# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

**VA 1-432-325**

**EFFECTIVE DATE OF REGISTRATION**

12 / 28 / 2010
Month / Day / Year

TE CONTINUATION SHEET.

---

**1**

**Title of This Work ▼**

Wave-s Photographs 2002

**NATURE OF THIS WORK ▼** See Instructions

Photographs

**Previous or Alternative Titles ▼**

Group Registration / Published Photos - 183 photographs

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

---

**2**

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a**

**NAME OF AUTHOR ▼**

Wave-s (employer for hire of Masano Kawana)

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _Singapore_

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture      ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork        ☑ Photograph     ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design ☐ Architectural work

**b**

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture      ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph     ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design ☐ Architectural work

---

**3**

**a** **Year in Which Creation of This Work Was Completed**    2002
This information must be given in all cases.

**b** **Date and Nation of First Publication of This Particular Work**    July 20-Dec. 2
Complete this information Month    Day    Year 2002
ONLY if this work has been published.    Singapore    Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

WAVE-S,
46 South Bridge Road, #04-02 Kingly Building, Singapore 058679

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED** 12-26-2010

**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.  • See detailed instructions.  • Sign the form at line 8.

**DO NOT WRITE HERE**

Page 1 of 21

EXAMINED BY _____    **FORM VA**

CHECKED BY _____

☒ CORRESPONDENCE
Yes (In Sele/ SR#1-540400234)

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** **PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼ _____    **Year of Registration** ▼ _____

**6** **DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

a

See instructions before completing this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**7** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼                                          **Account Number** ▼

Jennison & Shultz, P.C.                              080519

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

John N. Jennison, Esq.
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy.; Suite 1102, Arlington, VA 22202-3604

b

Area code and daytime telephone number  ( 703 ) 415-1640          Fax number  ( 703 ) 415-0788

Email  John@JennisonLaw.com

**8** **CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of    **WAVE-S**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Lee Kar Yin                                          Date  28 December 2010

Handwritten signature (X) ▼

X _____

**9**

Certificate
will be
mailed in
window
envelope
to this
address:

**Name** ▼
Jennison & Shultz, PC

**Number/Street/Apt** ▼
2001 Jefferson Davis Hwy.; Suite 1102

**City/State/ZIP** ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CONTINUATION SHEET
# FOR FORM VA
### for *Group Registration of Published Photographs*



Form GR/PPh/CON
UNITED STATES COPYRIGHT OFFICE

VA 1–432–325



EFFECTIVE DATE OF REGISTRATION

(Month) *12*   (Day) *28*   (Year) *2010*

CONTINUATION SHEET RECEIVED

Page *3* of *21* pages

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form may not be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A
*Identification of Application*

**IDENTIFICATION OF AUTHOR AND CLAIMANT** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author   WAVE-S

Name of Copyright Claimant   WAVE-S; 46 South Bridge Road, #04-02 Kingly Building, Singapore 058679

## B
*Registration for Group of Published Photographs*

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

| Number | Title of Photograph | lalu027 | | | |
|---|---|---|---|---|---|
| | Date of First Publication | 20 July 2002 | | Nation of First Publication | Singapore |
| | Description of Photograph (optional) | | | | |

| Number | Title of Photograph | lalu028 | | | |
|---|---|---|---|---|---|
| | Date of First Publication | 20 July 2002 | | Nation of First Publication | Singapore |
| | Description of Photograph (optional) | | | | |

| Number | Title of Photograph | lalu029 | | | |
|---|---|---|---|---|---|
| | Date of First Publication | 20 July 2002 | | Nation of First Publication | Singapore |
| | Description of Photograph (optional) | | | | |

| Number | Title of Photograph | lalu030 | | | |
|---|---|---|---|---|---|
| | Date of First Publication | 20 July 2002 | | Nation of First Publication | Singapore |
| | Description of Photograph (optional) | | | | |

| Number | Title of Photograph | lalu031 | | | |
|---|---|---|---|---|---|
| | Date of First Publication | 20 July 2002 | | Nation of First Publication | Singapore |
| | Description of Photograph (optional) | | | | |

**B**

Registration for Group of Published Photographs (continued)

Title of Photograph  lalu032
Date of First Publication  20  July  2002  Nation of First Publication  Singapore
Description of Photograph  (Optional)

Title of Photograph  lalu033
Date of First Publication  20  July  2002  Nation of First Publication  Singapore
Description of Photograph  (Optional)

Title of Photograph  lalu034
Date of First Publication  20  July  2002  Nation of First Publication  Singapore
Description of Photograph  (Optional)

Title of Photograph  lalu035
Date of First Publication  20  July  2002  Nation of First Publication  Singapore
Description of Photograph  (Optional)

Title of Photograph  lalu036
Date of First Publication  20  July  2002  Nation of First Publication  Singapore
Description of Photograph  (Optional)

Title of Photograph  lalu037
Date of First Publication  20  July  2002  Nation of First Publication  Singapore
Description of Photograph  (Optional)

Title of Photograph  lalu038
Date of First Publication  20  July  2002  Nation of First Publication  Singapore
Description of Photograph  (Optional)

Title of Photograph  lalu039
Date of First Publication  20  July  2002  Nation of First Publication  Singapore
Description of Photograph  (Optional)

Title of Photograph  lalu040
Date of First Publication  20  July  2002  Nation of First Publication  Singapore
Description of Photograph  (Optional)

Title of Photograph  lalu041
Date of First Publication  20  July  2002  Nation of First Publication  Singapore
Description of Photograph  (Optional)

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
Washington, DC 20559-6000

**B**

Title of Photograph    lalu042
Date of First Publication    20    July    2002    Nation of First Publication    Singapore
Description of Photograph

Registration for Group of Published Photographs (continued)

Title of Photograph    lalu043
Date of First Publication    20    July    2002    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    lalu044
Date of First Publication    20    July    2002    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    lalu045
Date of First Publication    20    July    2002    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    lalu046
Date of First Publication    20    July    2002    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    lalu047
Date of First Publication    20    July    2002    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    lalu048
Date of First Publication    20    July    2002    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    lalu049
Date of First Publication    20    July    2002    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    lalu050
Date of First Publication    20    July    2002    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    lalu051
Date of First Publication    20    July    2002    Nation of First Publication    Singapore
Description of Photograph

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC
Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102
City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration Coverage of Published (continued)

Title of Photograph  lalu052
Date of First Publication  20  (Month)  July  (Day)  2002  (Year)  Nation of First Publication  Singapore
Description of Photograph  (Optional)

Title of Photograph  lalu053
Date of First Publication  20  (Month)  July  (Day)  2002  (Year)  Nation of First Publication  Singapore
Description of Photograph  (Optional)

Title of Photograph  lalu054
Date of First Publication  20  (Month)  July  (Day)  2002  (Year)  Nation of First Publication  Singapore
Description of Photograph  (Optional)

Title of Photograph  lalu055
Date of First Publication  20  (Month)  July  (Day)  2002  (Year)  Nation of First Publication  Singapore
Description of Photograph  (Optional)

Title of Photograph  lalu056
Date of First Publication  20  (Month)  July  (Day)  2002  (Year)  Nation of First Publication  Singapore
Description of Photograph  (Optional)

Title of Photograph  lalu057
Date of First Publication  20  (Month)  July  (Day)  2002  (Year)  Nation of First Publication  Singapore
Description of Photograph  (Optional)

Title of Photograph  lalu058
Date of First Publication  20  (Month)  July  (Day)  2002  (Year)  Nation of First Publication  Singapore
Description of Photograph  (Optional)

Title of Photograph  lalu059
Date of First Publication  20  (Month)  July  (Day)  2002  (Year)  Nation of First Publication  Singapore
Description of Photograph  (Optional)

Title of Photograph  lalu060
Date of First Publication  20  (Month)  July  (Day)  2002  (Year)  Nation of First Publication  Singapore
Description of Photograph  (Optional)

Title of Photograph  lalu061
Date of First Publication  20  (Month)  July  (Day)  2002  (Year)  Nation of First Publication  Singapore
Description of Photograph  (Optional)

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

# B

Registration for Group of Published Photographs (continued)

Number

Title of Photograph: lalu062
Date of First Publication: 20 (Month) July (Day) 2002 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number

Title of Photograph: lalu063
Date of First Publication: 20 (Month) July (Day) 2002 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number

Title of Photograph: lalu064
Date of First Publication: 20 (Month) July (Day) 2002 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number

Title of Photograph: lalu065
Date of First Publication: 20 (Month) July (Day) 2002 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number

Title of Photograph: lalu066
Date of First Publication: 20 (Month) July (Day) 2002 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number

Title of Photograph: lalu067
Date of First Publication: 20 (Month) July (Day) 2002 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number

Title of Photograph: lalu068
Date of First Publication: 20 (Month) July (Day) 2002 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number

Title of Photograph: lalu069
Date of First Publication: 20 (Month) July (Day) 2002 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number

Title of Photograph: lalu070
Date of First Publication: 20 (Month) July (Day) 2002 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number

Title of Photograph: lalu071
Date of First Publication: 20 (Month) July (Day) 2002 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

# C

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

**YOU MUST:**
- Complete all necessary spaces
- Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Title of Photograph  lalu072
Date of First Publication  20  July  2002  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  lalu073
Date of First Publication  20  July  2002  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  lalu074
Date of First Publication  20  July  2002  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  lalu075
Date of First Publication  20  July  2002  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  lalu076
Date of First Publication  20  July  2002  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  lalu077
Date of First Publication  20  July  2002  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  lalu078
Date of First Publication  20  July  2002  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  lalu079
Date of First Publication  20  July  2002  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  lalu080
Date of First Publication  20  July  2002  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  lalu081
Date of First Publication  20  July  2002  Nation of First Publication  Singapore
Description of Photograph

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration
for Group of
Published
Photographs
(continued)

| Number | | |
|---|---|---|
| Title of Photograph | lalu082 | |
| Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Option) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu083 | |
| Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Option) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu084 | |
| Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Option) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu085 | |
| Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Option) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu086 | |
| Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Option) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu087 | |
| Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Option) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu088 | |
| Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Option) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu089 | |
| Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Option) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu090 | |
| Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Option) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu091 | |
| Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Option) | | |

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Ave., S.E.
Washington, DC 20559-6000

**B**

Title of Photograph  lalu092
Date of First Publication  20  July  2002  Nation of First Publication  Singapore
(Month)  (Day)  (Year)
Description of Photograph  (Optional)

Registration for Group of Related Published Photographs (continued)

Title of Photograph  lalu093
Date of First Publication  20  July  2002  Nation of First Publication  Singapore
(Month)  (Day)  (Year)
Description of Photograph  (Optional)

Title of Photograph  lalu094
Date of First Publication  20  July  2002  Nation of First Publication  Singapore
(Month)  (Day)  (Year)
Description of Photograph  (Optional)

Title of Photograph  lalu095
Date of First Publication  20  July  2002  Nation of First Publication  Singapore
(Month)  (Day)  (Year)
Description of Photograph  (Optional)

Title of Photograph  lalu096
Date of First Publication  20  July  2002  Nation of First Publication  Singapore
(Month)  (Day)  (Year)
Description of Photograph  (Optional)

Title of Photograph  lalu097
Date of First Publication  20  July  2002  Nation of First Publication  Singapore
(Month)  (Day)  (Year)
Description of Photograph  (Optional)

Title of Photograph  lalu098
Date of First Publication  20  July  2002  Nation of First Publication  Singapore
(Month)  (Day)  (Year)
Description of Photograph  (Optional)

Title of Photograph  lalu099
Date of First Publication  20  July  2002  Nation of First Publication  Singapore
(Month)  (Day)  (Year)
Description of Photograph  (Optional)

Title of Photograph  lalu100
Date of First Publication  20  July  2002  Nation of First Publication  Singapore
(Month)  (Day)  (Year)
Description of Photograph  (Optional)

Title of Photograph  lalu101
Date of First Publication  20  July  2002  Nation of First Publication  Singapore
(Month)  (Day)  (Year)
Description of Photograph  (Optional)

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Ave SE
Washington, DC 20559-6000

**B**

Title of Photograph    lalu102
Date of First Publication    20    July    2002    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    lalu103
Date of First Publication    20    July    2002    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    lalu104
Date of First Publication    20    July    2002    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    lalu105
Date of First Publication    20    July    2002    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    lalu106
Date of First Publication    20    July    2002    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    lalu107
Date of First Publication    20    July    2002    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    lalu108
Date of First Publication    20    July    2002    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    lalu109
Date of First Publication    20    July    2002    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    lalu110
Date of First Publication    20    July    2002    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    lalu111
Date of First Publication    20    July    2002    Nation of First Publication    Singapore
Description of Photograph

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jenniton & Shutr, PC
Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | lalu112 |
| Date of First Publication | 20 July 2002 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | lalu113 |
| Date of First Publication | 20 July 2002 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | lalu114 |
| Date of First Publication | 20 July 2002 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | lalu115 |
| Date of First Publication | 20 July 2002 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | lalu116 |
| Date of First Publication | 20 July 2002 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | lalu117 |
| Date of First Publication | 20 July 2002 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | lalu118 |
| Date of First Publication | 20 July 2002 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | lalu119 |
| Date of First Publication | 20 July 2002 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | lalu120 |
| Date of First Publication | 20 July 2002 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | lalu121 |
| Date of First Publication | 20 July 2002 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Title of Photograph ___ lalu122
Date of First Publication ___ 20 ___ July ___ 2002 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)
Description of Photograph (Option)

Title of Photograph ___ lalu123
Date of First Publication ___ 20 ___ July ___ 2002 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)
Description of Photograph (Option)

Title of Photograph ___ lalu124
Date of First Publication ___ 20 ___ July ___ 2002 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)
Description of Photograph (Option)

Title of Photograph ___ lalu125
Date of First Publication ___ 20 ___ July ___ 2002 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)
Description of Photograph (Option)

Title of Photograph ___ lalu126
Date of First Publication ___ 20 ___ July ___ 2002 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)
Description of Photograph (Option)

Title of Photograph ___ lalu127
Date of First Publication ___ 20 ___ July ___ 2002 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)
Description of Photograph (Option)

Title of Photograph ___ lalu128
Date of First Publication ___ 20 ___ July ___ 2002 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)
Description of Photograph (Option)

Title of Photograph ___ lalu129
Date of First Publication ___ 20 ___ July ___ 2002 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)
Description of Photograph (Option)

Title of Photograph ___ lalu130
Date of First Publication ___ 20 ___ July ___ 2002 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)
Description of Photograph (Option)

Title of Photograph ___ lalu131
Date of First Publication ___ 20 ___ July ___ 2002 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)
Description of Photograph (Option)

Registration for Group of Published Photographs (continued)

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

| | | |
|---|---|---|
| Title of Photograph | lalu132 | |
| Date of First Publication | 20 July 2002 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | lalu133 | |
| Date of First Publication | 20 July 2002 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | lalu134 | |
| Date of First Publication | 20 July 2002 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | lalu135 | |
| Date of First Publication | 20 July 2002 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | lalu136 | |
| Date of First Publication | 20 July 2002 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | lalu137 | |
| Date of First Publication | 20 July 2002 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | lalu138 | |
| Date of First Publication | 20 July 2002 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | lalu139 | |
| Date of First Publication | 20 July 2002 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | lalu140 | |
| Date of First Publication | 20 July 2002 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | lalu141 | |
| Date of First Publication | 20 July 2002 | Nation of First Publication Singapore |
| Description of Photograph | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration for Published Photographs (continued)

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | lalu142 | | |
| | Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | lalu143 | | |
| | Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | lalu144 | | |
| | Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | lalu145 | | |
| | Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | lalu146 | | |
| | Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | lalu147 | | |
| | Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | lalu148 | | |
| | Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | lalu149 | | |
| | Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | lalu150 | | |
| | Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | lalu151 | | |
| | Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

| | | |
|---|---|---|
| Title of Photograph | lalu152 | |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| | | |
|---|---|---|
| Title of Photograph | lalu153 | |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| | | |
|---|---|---|
| Title of Photograph | lalu154 | |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| | | |
|---|---|---|
| Title of Photograph | lalu155 | |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| | | |
|---|---|---|
| Title of Photograph | lalu156 | |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| | | |
|---|---|---|
| Title of Photograph | lalu157 | |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| | | |
|---|---|---|
| Title of Photograph | lalu158 | |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| | | |
|---|---|---|
| Title of Photograph | muscat001 | |
| Date of First Publication | 16 (Month) July (Day) 2002 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| | | |
|---|---|---|
| Title of Photograph | muscat002 | |
| Date of First Publication | 16 (Month) July (Day) 2002 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| | | |
|---|---|---|
| Title of Photograph | muscat003 | |
| Date of First Publication | 16 (Month) July (Day) 2002 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Number ___
Title of Photograph: muscat004
Date of First Publication: 16 (Month) July (Day) 2002 (Year)   Nation of First Publication: Singapore
Description of Photograph: (Optional)

Registration for Group of Published Photographs (continued)

Number ___
Title of Photograph: muscat005
Date of First Publication: 16 (Month) July (Day) 2002 (Year)   Nation of First Publication: Singapore
Description of Photograph: (Optional)

Number ___
Title of Photograph: muscat006
Date of First Publication: 16 (Month) July (Day) 2002 (Year)   Nation of First Publication: Singapore
Description of Photograph: (Optional)

Number ___
Title of Photograph: muscat007
Date of First Publication: 16 (Month) July (Day) 2002 (Year)   Nation of First Publication: Singapore
Description of Photograph: (Optional)

Number ___
Title of Photograph: muscat008
Date of First Publication: 16 (Month) July (Day) 2002 (Year)   Nation of First Publication: Singapore
Description of Photograph: (Optional)

Number ___
Title of Photograph: muscat009
Date of First Publication: 16 (Month) July (Day) 2002 (Year)   Nation of First Publication: Singapore
Description of Photograph: (Optional)

Number ___
Title of Photograph: muscat010
Date of First Publication: 16 (Month) July (Day) 2002 (Year)   Nation of First Publication: Singapore
Description of Photograph: (Optional)

Number ___
Title of Photograph: muscat011
Date of First Publication: 16 (Month) July (Day) 2002 (Year)   Nation of First Publication: Singapore
Description of Photograph: (Optional)

Number ___
Title of Photograph: muscat012
Date of First Publication: 16 (Month) July (Day) 2002 (Year)   Nation of First Publication: Singapore
Description of Photograph: (Optional)

Number ___
Title of Photograph: muscat013
Date of First Publication: 16 (Month) July (Day) 2002 (Year)   Nation of First Publication: Singapore
Description of Photograph: (Optional)

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Title of Photograph ▼  muscat014
Date of First Publication  16    July    2002    Nation of First Publication    Singapore
                          (Month)  (Day)  (Year)
Description of Photograph  (Optional)

Title of Photograph ▼  muscat015
Date of First Publication  16    July    2002    Nation of First Publication    Singapore
                          (Month)  (Day)  (Year)
Description of Photograph  (Optional)

Title of Photograph ▼  muscat016
Date of First Publication  16    July    2002    Nation of First Publication    Singapore
                          (Month)  (Day)  (Year)
Description of Photograph  (Optional)

Title of Photograph ▼  muscat017
Date of First Publication  16    July    2002    Nation of First Publication    Singapore
                          (Month)  (Day)  (Year)
Description of Photograph  (Optional)

Title of Photograph ▼  muscat018
Date of First Publication  16    July    2002    Nation of First Publication    Singapore
                          (Month)  (Day)  (Year)
Description of Photograph  (Optional)

Title of Photograph ▼  muscat019
Date of First Publication  16    July    2002    Nation of First Publication    Singapore
                          (Month)  (Day)  (Year)
Description of Photograph  (Optional)

Title of Photograph ▼  muscat020
Date of First Publication  16    July    2002    Nation of First Publication    Singapore
                          (Month)  (Day)  (Year)
Description of Photograph  (Optional)

Title of Photograph ▼  muscat021
Date of First Publication  16    July    2002    Nation of First Publication    Singapore
                          (Month)  (Day)  (Year)
Description of Photograph  (Optional)

Title of Photograph ▼  muscat022
Date of First Publication  16    July    2002    Nation of First Publication    Singapore
                          (Month)  (Day)  (Year)
Description of Photograph  (Optional)

Title of Photograph ▼  muscat023
Date of First Publication  16    July    2002    Nation of First Publication    Singapore
                          (Month)  (Day)  (Year)
Description of Photograph  (Optional)

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph  **muscat024**
Date of First Publication  **16**  **July**  **2002**  Nation of First Publication  **Singapore**
(Month) (Day) (Year)
Description of Photograph  (Optional)

Registration
for Group of
Published
Photographs
(continued)

Title of Photograph  **muscat025**
Date of First Publication  **16**  **July**  **2002**  Nation of First Publication  **Singapore**
(Month) (Day) (Year)
Description of Photograph  (Optional)

Title of Photograph  **muscat026**
Date of First Publication  **16**  **July**  **2002**  Nation of First Publication  **Singapore**
(Month) (Day) (Year)
Description of Photograph  (Optional)

Title of Photograph  **muscat027**
Date of First Publication  **16**  **July**  **2002**  Nation of First Publication  **Singapore**
(Month) (Day) (Year)
Description of Photograph  (Optional)

Title of Photograph  **muscat028**
Date of First Publication  **16**  **July**  **2002**  Nation of First Publication  **Singapore**
(Month) (Day) (Year)
Description of Photograph  (Optional)

Title of Photograph  **muscat029**
Date of First Publication  **16**  **July**  **2002**  Nation of First Publication  **Singapore**
(Month) (Day) (Year)
Description of Photograph  (Optional)

Title of Photograph  **legianclub001**
Date of First Publication  **12**  **July**  **2002**  Nation of First Publication  **Singapore**
(Month) (Day) (Year)
Description of Photograph  (Optional)

Title of Photograph  **legianclub002**
Date of First Publication  **12**  **July**  **2002**  Nation of First Publication  **Singapore**
(Month) (Day) (Year)
Description of Photograph  (Optional)

Title of Photograph  **legianclub003**
Date of First Publication  **12**  **July**  **2002**  Nation of First Publication  **Singapore**
(Month) (Day) (Year)
Description of Photograph  (Optional)

Title of Photograph  **legianclub004**
Date of First Publication  **12**  **July**  **2002**  Nation of First Publication  **Singapore**
(Month) (Day) (Year)
Description of Photograph  (Optional)

Certificate
will be mailed
in window
envelope to
this address:

Name ▼
**Jennison & Shultz, PC**

Number / Street / Apt ▼
**2001 Jefferson Davis Hwy.; Suite 1102**

City / State / Zip ▼
**Arlington, VA 22202-3604**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:

1 Application form
2 Nonrefundable filing fee in check or
money order payable to Register of
Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6222

**C**

**B**
Registration
for Group of
Published
Photographs
(Continued)

| | |
|---|---|
| Title of Photograph | legianclub005 |
| Date of First Publication | 12 July 2002 Nation of First Publication Singapore |
| | (Month) (Day) (Year) |
| Description of Photograph (Option) | |

| | |
|---|---|
| Title of Photograph | legianclub006 |
| Date of First Publication | 12 July 2002 Nation of First Publication Singapore |
| | (Month) (Day) (Year) |
| Description of Photograph (Option) | |

| | |
|---|---|
| Title of Photograph | legianclub007 |
| Date of First Publication | 12 July 2002 Nation of First Publication Singapore |
| | (Month) (Day) (Year) |
| Description of Photograph (Option) | |

| | |
|---|---|
| Title of Photograph | legianclub008 |
| Date of First Publication | 12 July 2002 Nation of First Publication Singapore |
| | (Month) (Day) (Year) |
| Description of Photograph (Option) | |

| | |
|---|---|
| Title of Photograph | legianclub009 |
| Date of First Publication | 12 July 2002 Nation of First Publication Singapore |
| | (Month) (Day) (Year) |
| Description of Photograph (Option) | |

| | |
|---|---|
| Title of Photograph | legianclub010 |
| Date of First Publication | 12 July 2002 Nation of First Publication Singapore |
| | (Month) (Day) (Year) |
| Description of Photograph (Option) | |

| | |
|---|---|
| Title of Photograph | legianclub011 |
| Date of First Publication | 12 July 2002 Nation of First Publication Singapore |
| | (Month) (Day) (Year) |
| Description of Photograph (Option) | |

| | |
|---|---|
| Title of Photograph | legianclub012 |
| Date of First Publication | 12 July 2002 Nation of First Publication Singapore |
| | (Month) (Day) (Year) |
| Description of Photograph (Option) | |

| | |
|---|---|
| Title of Photograph | legianclub013 |
| Date of First Publication | 12 July 2002 Nation of First Publication Singapore |
| | (Month) (Day) (Year) |
| Description of Photograph (Option) | |

| | |
|---|---|
| Title of Photograph | legianclub014 |
| Date of First Publication | 12 July 2002 Nation of First Publication Singapore |
| | (Month) (Day) (Year) |
| Description of Photograph (Option) | |

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jennison & Shute, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or
   money order payable to Register of
   Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (Continued)

| | |
|---|---|
| Title of Photograph | legianclub015 |
| Date of First Publication | 12 July 2002 |
| | Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legian001 |
| Date of First Publication | 12 July 2002 |
| | Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legian002 |
| Date of First Publication | 12 July 2002 |
| | Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legian003 |
| Date of First Publication | 12 July 2002 |
| | Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legian004 |
| Date of First Publication | 12 July 2002 |
| | Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legian005 |
| Date of First Publication | 12 July 2002 |
| | Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legian006 |
| Date of First Publication | 12 July 2002 |
| | Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | phuket042 |
| Date of First Publication | 2 December 2002 |
| | Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | |
| Date of First Publication | |
| | Nation of First Publication |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | |
| Date of First Publication | |
| | Nation of First Publication |
| Description of Photograph | |

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:

Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000