# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America



Form VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-432-326

EFFECTIVE DATE OF REGISTRATION
12 / 30 / 2010

---

**1. Title of This Work:** The Wave Design Pte. Ltd. Photographs 2007(A)

**Nature of This Work:** Photographs

**Previous or Alternative Titles:** Group Registration / Published Photos - 388 photographs

**2a. Name of Author:** The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)

Was this contribution to the work a "work made for hire"? ☑ Yes ☐ No

Author's Nationality or Domicile: Domiciled in Singapore

Was This Author's Contribution to the Work:
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No

Nature of Authorship: ☑ Photograph

**3a.** Year in Which Creation of This Work Was Completed: 2007

**3b.** Date and Nation of First Publication of This Particular Work: Feb. 7 – July 6, 2007, Singapore

**4. Copyright Claimant(s):**
THE WAVE DESIGN PTE LTD.,
10A Trengganu Street, Singapore 058464

APPLICATION RECEIVED: 12-30-2010
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☐ Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

**6**
a

See instructions
before completing
this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                          Account Number ▼
Jennison & Shultz, P.C.                                         080519

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
John N. Jennison, Esq.
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy.; Suite 1102, Arlington, VA 22202-3604

b

Area code and daytime telephone number  ( 703 ) 415-1640                    Fax number   ( 703 ) 415-0788
Email:  John@JennisonLaw.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
                                                  ☐ author
                                                  ☐ other copyright claimant
check only one ▶                                  ☐ owner of exclusive right(s)
                                                  ☑ authorized agent of  THE WAVE DESIGN PTE LTD
                                                     Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Lee Kar Yin                                                                  Date  28 December 2010

    Handwritten signature (X) ▼
    X

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Jennison & Shultz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy, Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

**9**

# CONTINUATION SHEET
# FOR FORM VA
## for Group Registration of Published Photographs

**Form GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

VA 1-432-326

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

12 / 30 / 2010
(Month) (Day) (Year)

CONTINUATION SHEET RECEIVED

Page 3 of 41 pages

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form may not be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A   IDENTIFICATION OF AUTHOR AND CLAIMANT:
Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author: **THE WAVE DESIGN PTE. LTD.**

Name of Copyright Claimant: **THE WAVE DESIGN PTE. LTD.; 10A Trengganu Street, Singapore 058464**

## B   COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:
To make a single registration for a group of works by the same individual author, all published within 1 calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

Title of Photograph: chiangmai076
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai077
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai078
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai079
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai080
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

**B**

| | |
|---|---|
| Title of Photograph | chiangmai081 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai082 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai083 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai084 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai085 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai086 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai087 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai088 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai089 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai090 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

**C**

Name: Jannison & Shultz, PC

Number / Street / Apt:
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip:
Arlington, VA 22202-1604

**B**

Title of Photograph: chiangmai091
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai092
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai093
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai094
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai095
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai096
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai097
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai098
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai099
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai100
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jamison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**Title of Photograph** chiangmai101
**Date of First Publication** 7 February 2007   **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** chiangmai102
**Date of First Publication** 7 February 2007   **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** chiangmai103
**Date of First Publication** 7 February 2007   **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** chiangmai104
**Date of First Publication** 7 February 2007   **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** chiangmai105
**Date of First Publication** 7 February 2007   **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** chiangmai106
**Date of First Publication** 7 February 2007   **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** chiangmai107
**Date of First Publication** 7 February 2007   **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** chiangmai108
**Date of First Publication** 7 February 2007   **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** chiangmai109
**Date of First Publication** 7 February 2007   **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** chiangmai110
**Date of First Publication** 7 February 2007   **Nation of First Publication** Singapore
**Description of Photograph**

**Name** Jennison & Shultz, PC
**Number / Street / Apt** 2001 Jefferson Davis Hwy., Suite 1102
**City / State / Zip** Arlington, VA 22202-3604

**B**

| Title of Photograph | chiangmai111 |
| Date of First Publication | 7  February  2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

Title of Photograph: chiangmai112
Date of First Publication: 7 February 2007
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai113
Date of First Publication: 7 February 2007
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai114
Date of First Publication: 7 February 2007
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai115
Date of First Publication: 7 February 2007
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai116
Date of First Publication: 7 February 2007
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai117
Date of First Publication: 7 February 2007
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai118
Date of First Publication: 7 February 2007
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai119
Date of First Publication: 7 February 2007
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai120
Date of First Publication: 7 February 2007
Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt #: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: chiangmai121
Date of First Publication: 7 February 2007
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai122
Date of First Publication: 7 February 2007
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai123
Date of First Publication: 7 February 2007
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai124
Date of First Publication: 7 February 2007
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai125
Date of First Publication: 7 February 2007
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai126
Date of First Publication: 7 February 2007
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai127
Date of First Publication: 7 February 2007
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai128
Date of First Publication: 7 February 2007
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai129
Date of First Publication: 7 February 2007
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai130
Date of First Publication: 7 February 2007
Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jenison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/ZIP: Arlington, VA 22202-3604

**B**

Title of Photograph: chiangmai131
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai132
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai133
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai134
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai135
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai136
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai137
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai138
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai139
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai140
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Street/Suite/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: chiangmai141
Date of First Publication: 7 February 2007
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai142
Date of First Publication: 7 February 2007
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai143
Date of First Publication: 7 February 2007
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai144
Date of First Publication: 7 February 2007
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai145
Date of First Publication: 7 February 2007
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai146
Date of First Publication: 7 February 2007
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai147
Date of First Publication: 7 February 2007
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai148
Date of First Publication: 7 February 2007
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai149
Date of First Publication: 7 February 2007
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai150
Date of First Publication: 7 February 2007
Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604