**B**

Title of Photograph: chiangmai151
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph: _____

Title of Photograph: chiangmai152
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph: _____

Title of Photograph: chiangmai153
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph: _____

Title of Photograph: chiangmai154
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph: _____

Title of Photograph: chiangmai155
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph: _____

Title of Photograph: chiangmai156
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph: _____

Title of Photograph: chiangmai157
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph: _____

Title of Photograph: chiangmai158
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph: _____

Title of Photograph: chiangmai159
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph: _____

Title of Photograph: chiangmai160
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph: _____

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: chiangmai161
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai162
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai163
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai164
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai165
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai166
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai167
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai168
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai169
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai170
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Tennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph _____ chiangmai171 _____
Date of First Publication __7__ __February__ __2007__   Nation of First Publication _____ Singapore _____
Description of Photograph _____

Title of Photograph _____ chiangmai172 _____
Date of First Publication __7__ __February__ __2007__   Nation of First Publication _____ Singapore _____
Description of Photograph _____

Title of Photograph _____ chiangmai173 _____
Date of First Publication __7__ __February__ __2007__   Nation of First Publication _____ Singapore _____
Description of Photograph _____

Title of Photograph _____ chiangmai174 _____
Date of First Publication __7__ __February__ __2007__   Nation of First Publication _____ Singapore _____
Description of Photograph _____

Title of Photograph _____ chiangmai175 _____
Date of First Publication __7__ __February__ __2007__   Nation of First Publication _____ Singapore _____
Description of Photograph _____

Title of Photograph _____ chiangmai176 _____
Date of First Publication __7__ __February__ __2007__   Nation of First Publication _____ Singapore _____
Description of Photograph _____

Title of Photograph _____ chiangmai177 _____
Date of First Publication __7__ __February__ __2007__   Nation of First Publication _____ Singapore _____
Description of Photograph _____

Title of Photograph _____ chiangmai178 _____
Date of First Publication __7__ __February__ __2007__   Nation of First Publication _____ Singapore _____
Description of Photograph _____

Title of Photograph _____ chiangmai179 _____
Date of First Publication __7__ __February__ __2007__   Nation of First Publication _____ Singapore _____
Description of Photograph _____

Title of Photograph _____ chiangmai180 _____
Date of First Publication __7__ __February__ __2007__   Nation of First Publication _____ Singapore _____
Description of Photograph _____

**C**

Name: Jenison & Shultz, PC
2001 Jefferson Davis Hwy., Suite 1102
Arlington, VA 22202-3604

**B**

| Title of Photograph | chiangmai181 | | |
|---|---|---|---|
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai182 | | |
|---|---|---|---|
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai183 | | |
|---|---|---|---|
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai184 | | |
|---|---|---|---|
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai185 | | |
|---|---|---|---|
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai186 | | |
|---|---|---|---|
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai187 | | |
|---|---|---|---|
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai188 | | |
|---|---|---|---|
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai189 | | |
|---|---|---|---|
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai190 | | |
|---|---|---|---|
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph __chiangmai191__
Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chiangmai192__
Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chiangmai193__
Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chiangmai194__
Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chiangmai195__
Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chiangmai196__
Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chiangmai197__
Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chiangmai198__
Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chiangmai199__
Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chiangmai200__
Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph __chiangmai201__
Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chiangmai202__
Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chiangmai203__
Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chiangmai204__
Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chiangmai205__
Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chiangmai206__
Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chiangmai207__
Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chiangmai208__
Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chiangmai209__
Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chiangmai210__
Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph __chiangmai211__
Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chiangmai212__
Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chiangmai213__
Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chiangmai214__
Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chiangmai215__
Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chiangmai216__
Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chiangmai217__
Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chiangmai218__
Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chiangmai219__
Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chiangmai220__
Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

**C**

Name: Jenkins & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy.; Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph ___chiangmai221___
Date of First Publication __7__ __February__ __2007__   Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph ___chiangmai222___
Date of First Publication __7__ __February__ __2007__   Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph ___chiangmai223___
Date of First Publication __7__ __February__ __2007__   Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph ___chiangmai224___
Date of First Publication __7__ __February__ __2007__   Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph ___chiangmai225___
Date of First Publication __7__ __February__ __2007__   Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph ___chiangmai226___
Date of First Publication __7__ __February__ __2007__   Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph ___chiangmai227___
Date of First Publication __7__ __February__ __2007__   Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph ___chiangmai228___
Date of First Publication __7__ __February__ __2007__   Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph ___chiangmai229___
Date of First Publication __7__ __February__ __2007__   Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph ___chiangmai230___
Date of First Publication __7__ __February__ __2007__   Nation of First Publication ___Singapore___
Description of Photograph _____

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: chiangmai231
Date of First Publication: 7 February 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai232
Date of First Publication: 7 February 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai233
Date of First Publication: 7 February 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai234
Date of First Publication: 7 February 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai235
Date of First Publication: 7 February 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai236
Date of First Publication: 7 February 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai237
Date of First Publication: 7 February 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai238
Date of First Publication: 7 February 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: bkk001
Date of First Publication: 7 February 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: bkk002
Date of First Publication: 7 February 2007    Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph ____ bkk003 ____
Date of First Publication __7__ __February__ __2007__   Nation of First Publication ____ Singapore ____
Description of Photograph ____

Title of Photograph ____ bkk004 ____
Date of First Publication __7__ __February__ __2007__   Nation of First Publication ____ Singapore ____
Description of Photograph ____

Title of Photograph ____ bkk005 ____
Date of First Publication __7__ __February__ __2007__   Nation of First Publication ____ Singapore ____
Description of Photograph ____

Title of Photograph ____ bkk006 ____
Date of First Publication __7__ __February__ __2007__   Nation of First Publication ____ Singapore ____
Description of Photograph ____

Title of Photograph ____ bkk007 ____
Date of First Publication __7__ __February__ __2007__   Nation of First Publication ____ Singapore ____
Description of Photograph ____

Title of Photograph ____ bkk008 ____
Date of First Publication __7__ __February__ __2007__   Nation of First Publication ____ Singapore ____
Description of Photograph ____

Title of Photograph ____ bkk009 ____
Date of First Publication __7__ __February__ __2007__   Nation of First Publication ____ Singapore ____
Description of Photograph ____

Title of Photograph ____ bkk010 ____
Date of First Publication __7__ __February__ __2007__   Nation of First Publication ____ Singapore ____
Description of Photograph ____

Title of Photograph ____ bkk011 ____
Date of First Publication __7__ __February__ __2007__   Nation of First Publication ____ Singapore ____
Description of Photograph ____

Title of Photograph ____ bkk012 ____
Date of First Publication __7__ __February__ __2007__   Nation of First Publication ____ Singapore ____
Description of Photograph ____

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B**

| Title of Photograph | bkk013 | | |
|---|---|---|---|
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | bkk014 | | |
|---|---|---|---|
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | bkk015 | | |
|---|---|---|---|
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | bkk016 | | |
|---|---|---|---|
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | bkk017 | | |
|---|---|---|---|
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | namhai070 | | |
|---|---|---|---|
| Date of First Publication | 6 July 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | namhai071 | | |
|---|---|---|---|
| Date of First Publication | 6 July 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | namhai072 | | |
|---|---|---|---|
| Date of First Publication | 6 July 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | namhai073 | | |
|---|---|---|---|
| Date of First Publication | 6 July 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | namhai074 | | |
|---|---|---|---|
| Date of First Publication | 6 July 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

**C**

Name: Jennison & Shultz, PC

Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip: Arlington, VA 22202-3604