**B**

Title of Photograph: namhai075
Date of First Publication: 6 July 2007 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai076
Date of First Publication: 6 July 2007 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai077
Date of First Publication: 6 July 2007 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai078
Date of First Publication: 6 July 2007 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai079
Date of First Publication: 6 July 2007 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai080
Date of First Publication: 6 July 2007 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai081
Date of First Publication: 6 July 2007 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai082
Date of First Publication: 6 July 2007 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai083
Date of First Publication: 6 July 2007 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai084
Date of First Publication: 6 July 2007 Nation of First Publication: Singapore
Description of Photograph:

**C**

Name ▼
Jennison & Shultz, PC
Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE

MAIL TO:

**B** Registration For Group of Published Photographs (continued)

Number
Title of Photograph: namhai085
Date of First Publication: 6 (Month) July (Day) 2007 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: namhai086
Date of First Publication: 6 (Month) July (Day) 2007 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: namhai087
Date of First Publication: 6 (Month) July (Day) 2007 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: namhai088
Date of First Publication: 6 (Month) July (Day) 2007 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: namhai089
Date of First Publication: 6 (Month) July (Day) 2007 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: namhai090
Date of First Publication: 6 (Month) July (Day) 2007 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: namhai091
Date of First Publication: 6 (Month) July (Day) 2007 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: namhai092
Date of First Publication: 6 (Month) July (Day) 2007 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: namhai093
Date of First Publication: 6 (Month) July (Day) 2007 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: namhai094
Date of First Publication: 6 (Month) July (Day) 2007 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:

MAIL TO:

**B** Registration for Group of Published Photographs (continued)

Title of Photograph: namhai095
Date of First Publication: 6 July 2007 (Month) (Day) (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Title of Photograph: namhai096
Date of First Publication: 6 July 2007 Nation of First Publication: Singapore
Description of Photograph (Optional):

Title of Photograph: namhai097
Date of First Publication: 6 July 2007 Nation of First Publication: Singapore
Description of Photograph (Optional):

Title of Photograph: namhai098
Date of First Publication: 6 July 2007 Nation of First Publication: Singapore
Description of Photograph (Optional):

Title of Photograph: namhai099
Date of First Publication: 6 July 2007 Nation of First Publication: Singapore
Description of Photograph (Optional):

Title of Photograph: namhai100
Date of First Publication: 6 July 2007 Nation of First Publication: Singapore
Description of Photograph (Optional):

Title of Photograph: namhai101
Date of First Publication: 6 July 2007 Nation of First Publication: Singapore
Description of Photograph (Optional):

Title of Photograph: namhai102
Date of First Publication: 6 July 2007 Nation of First Publication: Singapore
Description of Photograph (Optional):

Title of Photograph: namhai103
Date of First Publication: 6 July 2007 Nation of First Publication: Singapore
Description of Photograph (Optional):

Title of Photograph: namhai104
Date of First Publication: 6 July 2007 Nation of First Publication: Singapore
Description of Photograph (Optional):

**C**

Certificate will be mailed in window envelope to this address:

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/ZIP: Arlington, VA 22202-3604

YOU MUST: Complete all necessary spaces; Sign your application

SEND ALL ELEMENTS IN THE SAME PACKAGE: 1. Application form 2. Nonrefundable filing fee 3. Deposit material

MAIL TO: Library of Congress, Copyright Office, 101 Independence Avenue SE, Washington, DC 20559

**B**

Title of Photograph namhai105
Date of First Publication 6 July 2007 Nation of First Publication Singapore
Description of Photograph

Title of Photograph namhai106
Date of First Publication 6 July 2007 Nation of First Publication Singapore
Description of Photograph

Title of Photograph namhai107
Date of First Publication 6 July 2007 Nation of First Publication Singapore
Description of Photograph

Title of Photograph namhai108
Date of First Publication 6 July 2007 Nation of First Publication Singapore
Description of Photograph

Title of Photograph namhai109
Date of First Publication 6 July 2007 Nation of First Publication Singapore
Description of Photograph

Title of Photograph namhai110
Date of First Publication 6 July 2007 Nation of First Publication Singapore
Description of Photograph

Title of Photograph namhai111
Date of First Publication 6 July 2007 Nation of First Publication Singapore
Description of Photograph

Title of Photograph namhai112
Date of First Publication 6 July 2007 Nation of First Publication Singapore
Description of Photograph

Title of Photograph namhai113
Date of First Publication 6 July 2007 Nation of First Publication Singapore
Description of Photograph

Title of Photograph namhai114
Date of First Publication 6 July 2007 Nation of First Publication Singapore
Description of Photograph

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:

SEND ALL ELEMENTS IN THE SAME PACKAGE:

MAIL TO:

**B**

Registration for Group of Published Photographs (continued)

Title of Photograph namhai115
Date of First Publication 6 July 2007 Nation of First Publication Singapore
Description of Photograph

Title of Photograph namhai116
Date of First Publication 6 July 2007 Nation of First Publication Singapore
Description of Photograph

Title of Photograph namhai117
Date of First Publication 6 July 2007 Nation of First Publication Singapore
Description of Photograph

Title of Photograph namhai118
Date of First Publication 6 July 2007 Nation of First Publication Singapore
Description of Photograph

Title of Photograph namhai119
Date of First Publication 6 July 2007 Nation of First Publication Singapore
Description of Photograph

Title of Photograph namhai120
Date of First Publication 6 July 2007 Nation of First Publication Singapore
Description of Photograph

Title of Photograph namhai121
Date of First Publication 6 July 2007 Nation of First Publication Singapore
Description of Photograph

Title of Photograph namhai122
Date of First Publication 6 July 2007 Nation of First Publication Singapore
Description of Photograph

Title of Photograph namhai123
Date of First Publication 6 July 2007 Nation of First Publication Singapore
Description of Photograph

Title of Photograph namhai124
Date of First Publication 6 July 2007 Nation of First Publication Singapore
Description of Photograph

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC
Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
MAIL TO:

**B** Registration For Group of Published Photographs (continued)

Title of Photograph: namhai125
Date of First Publication: 6 (Month) July (Day) 2007 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Title of Photograph: namhai126
Date of First Publication: 6 (Month) July (Day) 2007 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Title of Photograph: namhai127
Date of First Publication: 6 (Month) July (Day) 2007 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Title of Photograph: namhai128
Date of First Publication: 6 (Month) July (Day) 2007 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Title of Photograph: namhai129
Date of First Publication: 6 (Month) July (Day) 2007 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Title of Photograph: namhai130
Date of First Publication: 6 (Month) July (Day) 2007 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Title of Photograph: namhai131
Date of First Publication: 6 (Month) July (Day) 2007 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Title of Photograph: namhai132
Date of First Publication: 6 (Month) July (Day) 2007 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Title of Photograph: namhai133
Date of First Publication: 6 (Month) July (Day) 2007 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Title of Photograph: namhai134
Date of First Publication: 6 (Month) July (Day) 2007 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE

MAIL TO:

**B**

Registration for Group of Published Photographs (continued)

Title of Photograph namhai135
Date of First Publication 6 July 2007 Nation of First Publication Singapore
Description of Photograph

Title of Photograph namhai136
Date of First Publication 6 July 2007 Nation of First Publication Singapore
Description of Photograph

Title of Photograph namhai137
Date of First Publication 6 July 2007 Nation of First Publication Singapore
Description of Photograph

Title of Photograph namhai138
Date of First Publication 6 July 2007 Nation of First Publication Singapore
Description of Photograph

Title of Photograph namhai139
Date of First Publication 6 July 2007 Nation of First Publication Singapore
Description of Photograph

Title of Photograph namhai140
Date of First Publication 6 July 2007 Nation of First Publication Singapore
Description of Photograph

Title of Photograph namhai141
Date of First Publication 6 July 2007 Nation of First Publication Singapore
Description of Photograph

Title of Photograph namhai142
Date of First Publication 6 July 2007 Nation of First Publication Singapore
Description of Photograph

Title of Photograph namhai143
Date of First Publication 6 July 2007 Nation of First Publication Singapore
Description of Photograph

Title of Photograph namhai144
Date of First Publication 6 July 2007 Nation of First Publication Singapore
Description of Photograph

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559

**B**

Registration for Group of Published Photographs (continued)

Title of Photograph: namhai145
Date of First Publication: 6 July 2007 — Nation of First Publication: Singapore
Description of Photograph (Optional):

Title of Photograph: namhai146
Date of First Publication: 6 July 2007 — Nation of First Publication: Singapore
Description of Photograph (Optional):

Title of Photograph: namhai147
Date of First Publication: 6 July 2007 — Nation of First Publication: Singapore
Description of Photograph (Optional):

Title of Photograph: namhai148
Date of First Publication: 6 July 2007 — Nation of First Publication: Singapore
Description of Photograph (Optional):

Title of Photograph: namhai149
Date of First Publication: 6 July 2007 — Nation of First Publication: Singapore
Description of Photograph (Optional):

Title of Photograph: namhai150
Date of First Publication: 6 July 2007 — Nation of First Publication: Singapore
Description of Photograph (Optional):

Title of Photograph: namhai151
Date of First Publication: 6 July 2007 — Nation of First Publication: Singapore
Description of Photograph (Optional):

Title of Photograph: namhai152
Date of First Publication: 6 July 2007 — Nation of First Publication: Singapore
Description of Photograph (Optional):

Title of Photograph: namhai153
Date of First Publication: 6 July 2007 — Nation of First Publication: Singapore
Description of Photograph (Optional):

Title of Photograph: namhai154
Date of First Publication: 6 July 2007 — Nation of First Publication: Singapore
Description of Photograph (Optional):

**C**

Certificate will be mailed in window envelope to this address:

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

Number

Title of Photograph: namhai155
Date of First Publication: 6 (Month) July (Day) 2007 (Year) — Nation of First Publication: Singapore
Description of Photograph (Optional):

Number

Title of Photograph: namhai156
Date of First Publication: 6 (Month) July (Day) 2007 (Year) — Nation of First Publication: Singapore
Description of Photograph (Optional):

Number

Title of Photograph: namhai157
Date of First Publication: 6 (Month) July (Day) 2007 (Year) — Nation of First Publication: Singapore
Description of Photograph (Optional):

Number

Title of Photograph: namhai158
Date of First Publication: 6 (Month) July (Day) 2007 (Year) — Nation of First Publication: Singapore
Description of Photograph (Optional):

Number

Title of Photograph: namhai159
Date of First Publication: 6 (Month) July (Day) 2007 (Year) — Nation of First Publication: Singapore
Description of Photograph (Optional):

Number

Title of Photograph: namhai160
Date of First Publication: 6 (Month) July (Day) 2007 (Year) — Nation of First Publication: Singapore
Description of Photograph (Optional):

Number

Title of Photograph: namhai161
Date of First Publication: 6 (Month) July (Day) 2007 (Year) — Nation of First Publication: Singapore
Description of Photograph (Optional):

Number

Title of Photograph: namhai162
Date of First Publication: 6 (Month) July (Day) 2007 (Year) — Nation of First Publication: Singapore
Description of Photograph (Optional):

Number

Title of Photograph: namhai163
Date of First Publication: 6 (Month) July (Day) 2007 (Year) — Nation of First Publication: Singapore
Description of Photograph (Optional):

Number

Title of Photograph: namhai164
Date of First Publication: 6 (Month) July (Day) 2007 (Year) — Nation of First Publication: Singapore
Description of Photograph (Optional):

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. [illegible] payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
[illegible] Avenue SE
Washington, DC [illegible]

**B** Registration for Group of Published Photographs (continued)

Number: [illegible]
Title of Photograph: namhai165
Date of First Publication: 6 (Month) July (Day) 2007 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number: [illegible]
Title of Photograph: namhai166
Date of First Publication: 6 (Month) July (Day) 2007 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number: [illegible]
Title of Photograph: namhai167
Date of First Publication: 6 (Month) July (Day) 2007 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number: [illegible]
Title of Photograph: namhai168
Date of First Publication: 6 (Month) July (Day) 2007 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number: [illegible]
Title of Photograph: namhai169
Date of First Publication: 6 (Month) July (Day) 2007 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number: [illegible]
Title of Photograph: namhai170
Date of First Publication: 6 (Month) July (Day) 2007 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number: [illegible]
Title of Photograph: namhai171
Date of First Publication: 6 (Month) July (Day) 2007 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number: [illegible]
Title of Photograph: namhai172
Date of First Publication: 6 (Month) July (Day) 2007 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number: [illegible]
Title of Photograph: namhai173
Date of First Publication: 6 (Month) July (Day) 2007 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number: [illegible]
Title of Photograph: namhai174
Date of First Publication: 6 (Month) July (Day) 2007 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

**C**

Certificate will be mailed in window envelope to this address:

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

YOU MUST:
• [illegible]
• [illegible]

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. [illegible]
2. [illegible]
3. [illegible]

MAIL TO:
Library of Congress [illegible]
Washington, DC [illegible]

**B**

Registration for Group of Published Photographs (continued)

Title of Photograph: namhai175
Date of First Publication: 6 July 2007 — Nation of First Publication: Singapore
Description of Photograph (Optional):

Title of Photograph: namhai176
Date of First Publication: 6 July 2007 — Nation of First Publication: Singapore
Description of Photograph (Optional):

Title of Photograph: namhai177
Date of First Publication: 6 July 2007 — Nation of First Publication: Singapore
Description of Photograph (Optional):

Title of Photograph: namhai178
Date of First Publication: 6 July 2007 — Nation of First Publication: Singapore
Description of Photograph (Optional):

Title of Photograph: namhai179
Date of First Publication: 6 July 2007 — Nation of First Publication: Singapore
Description of Photograph (Optional):

Title of Photograph: namhai180
Date of First Publication: 6 July 2007 — Nation of First Publication: Singapore
Description of Photograph (Optional):

Title of Photograph: namhai181
Date of First Publication: 6 July 2007 — Nation of First Publication: Singapore
Description of Photograph (Optional):

Title of Photograph: namhai182
Date of First Publication: 6 July 2007 — Nation of First Publication: Singapore
Description of Photograph (Optional):

Title of Photograph: namhai183
Date of First Publication: 6 July 2007 — Nation of First Publication: Singapore
Description of Photograph (Optional):

Title of Photograph: namhai184
Date of First Publication: 6 July 2007 — Nation of First Publication: Singapore
Description of Photograph (Optional):

**C**

Certificate will be mailed in window envelope to this address:

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

YOU MUST: Complete all necessary spaces; Sign your application

SEND ALL ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO: Library of Congress, Copyright Office, 101 Independence Avenue SE, Washington, DC 20559-6000

**B** Registration for Group of Published Photographs (continued)

Title of Photograph: namhai185
Date of First Publication: 6 (Month) July (Day) 2007 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Title of Photograph: namhai186
Date of First Publication: 6 (Month) July (Day) 2007 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Title of Photograph: namhai187
Date of First Publication: 6 (Month) July (Day) 2007 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Title of Photograph: namhai188
Date of First Publication: 6 (Month) July (Day) 2007 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Title of Photograph: namhai189
Date of First Publication: 6 (Month) July (Day) 2007 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Title of Photograph: namhai190
Date of First Publication: 6 (Month) July (Day) 2007 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Title of Photograph: namhai191
Date of First Publication: 6 (Month) July (Day) 2007 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Title of Photograph: namhai192
Date of First Publication: 6 (Month) July (Day) 2007 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Title of Photograph: namhai193
Date of First Publication: 6 (Month) July (Day) 2007 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Title of Photograph: namhai194
Date of First Publication: 6 (Month) July (Day) 2007 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:

MAIL TO:

**B** Registration for Group of Published Photographs (continued)

Number
Title of Photograph: namhai195
Date of First Publication: 6 (Month) July (Day) 2007 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: namhai196
Date of First Publication: 6 July 2007 Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: namhai197
Date of First Publication: 6 July 2007 Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: namhai198
Date of First Publication: 6 July 2007 Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: namhai199
Date of First Publication: 6 July 2007 Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: namhai200
Date of First Publication: 6 July 2007 Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: namhai201
Date of First Publication: 6 July 2007 Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: namhai202
Date of First Publication: 6 July 2007 Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: namhai203
Date of First Publication: 6 July 2007 Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: namhai204
Date of First Publication: 6 July 2007 Nation of First Publication: Singapore
Description of Photograph (Optional):

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jeanison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B** Registration for Group of Published Photographs (continued)

| Number | Title of Photograph | Date of First Publication (Month) | (Day) | (Year) | Nation of First Publication | Description of Photograph (Optional) |
|---|---|---|---|---|---|---|
| | namhai205 | 6 | July | 2007 | Singapore | |
| | namhai206 | 6 | July | 2007 | Singapore | |
| | namhai207 | 6 | July | 2007 | Singapore | |
| | namhai208 | 6 | July | 2007 | Singapore | |
| | namhai209 | 6 | July | 2007 | Singapore | |
| | namhai210 | 6 | July | 2007 | Singapore | |
| | namhai211 | 6 | July | 2007 | Singapore | |
| | namhai212 | 6 | July | 2007 | Singapore | |
| | namhai213 | 6 | July | 2007 | Singapore | |
| | namhai214 | 6 | July | 2007 | Singapore | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B** Registration for Group of Published Photographs (continued)

Title of Photograph namhai215
Date of First Publication 6 July 2007 Nation of First Publication Singapore
Description of Photograph

Title of Photograph namhai216
Date of First Publication 6 July 2007 Nation of First Publication Singapore
Description of Photograph

Title of Photograph namhai217
Date of First Publication 6 July 2007 Nation of First Publication Singapore
Description of Photograph

Title of Photograph namhai218
Date of First Publication 6 July 2007 Nation of First Publication Singapore
Description of Photograph

Title of Photograph namhai219
Date of First Publication 6 July 2007 Nation of First Publication Singapore
Description of Photograph

Title of Photograph namhai220
Date of First Publication 6 July 2007 Nation of First Publication Singapore
Description of Photograph

Title of Photograph namhai221
Date of First Publication 6 July 2007 Nation of First Publication Singapore
Description of Photograph

Title of Photograph namhai222
Date of First Publication 6 July 2007 Nation of First Publication Singapore
Description of Photograph

Title of Photograph namhai223
Date of First Publication 6 July 2007 Nation of First Publication Singapore
Description of Photograph

Title of Photograph namhai224
Date of First Publication 6 July 2007 Nation of First Publication Singapore
Description of Photograph

**C**

Certificate will be mailed in window envelope to this address:

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

YOU MUST:
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
MAIL TO:

**B** Registration for Group of Published Photographs (continued)

Title of Photograph namhai225
Date of First Publication 6 July 2007 (Month) (Day) (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph namhai226
Date of First Publication 6 July 2007 (Month) (Day) (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph namhai227
Date of First Publication 6 July 2007 (Month) (Day) (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph namhai228
Date of First Publication 6 July 2007 (Month) (Day) (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph namhai229
Date of First Publication 6 July 2007 (Month) (Day) (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph namhai230
Date of First Publication 6 July 2007 (Month) (Day) (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph namhai231
Date of First Publication 6 July 2007 (Month) (Day) (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph namhai232
Date of First Publication 6 July 2007 (Month) (Day) (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph namhai233
Date of First Publication 6 July 2007 (Month) (Day) (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph namhai234
Date of First Publication 6 July 2007 (Month) (Day) (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, SE
Washington, DC 20559-6000

B

Registration for Group of Published Photographs (continued)

Title of Photograph namhai235
Date of First Publication 6 July 2007 Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph namhai236
Date of First Publication 6 July 2007 Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph namhai237
Date of First Publication 6 July 2007 Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph namhai238
Date of First Publication 6 July 2007 Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph namhai239
Date of First Publication 6 July 2007 Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph namhai240
Date of First Publication 6 July 2007 Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph namhai241
Date of First Publication 6 July 2007 Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph namhai242
Date of First Publication 6 July 2007 Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph namhai243
Date of First Publication 6 July 2007 Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph namhai244
Date of First Publication 6 July 2007 Nation of First Publication Singapore
Description of Photograph (Optional)

C

Certificate will be mailed in window envelope to this address:

Name ▼
Jenkinson & Shultz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

**Registration for Group of Published Photographs (continued)**

Title of Photograph: namhai245
Date of First Publication: 6 (Month) July (Day) 2007 (Year) — Nation of First Publication: Singapore
Description of Photograph (Optional):

Title of Photograph: namhai246
Date of First Publication: 6 (Month) July (Day) 2007 (Year) — Nation of First Publication: Singapore
Description of Photograph (Optional):

Title of Photograph: namhai247
Date of First Publication: 6 (Month) July (Day) 2007 (Year) — Nation of First Publication: Singapore
Description of Photograph (Optional):

Title of Photograph: namhai248
Date of First Publication: 6 (Month) July (Day) 2007 (Year) — Nation of First Publication: Singapore
Description of Photograph (Optional):

Title of Photograph: namhai249
Date of First Publication: 6 (Month) July (Day) 2007 (Year) — Nation of First Publication: Singapore
Description of Photograph (Optional):

Title of Photograph: namhai250
Date of First Publication: 6 (Month) July (Day) 2007 (Year) — Nation of First Publication: Singapore
Description of Photograph (Optional):

Title of Photograph: namhai251
Date of First Publication: 6 (Month) July (Day) 2007 (Year) — Nation of First Publication: Singapore
Description of Photograph (Optional):

Title of Photograph: namhai252
Date of First Publication: 6 (Month) July (Day) 2007 (Year) — Nation of First Publication: Singapore
Description of Photograph (Optional):

Title of Photograph: namhai253
Date of First Publication: 6 (Month) July (Day) 2007 (Year) — Nation of First Publication: Singapore
Description of Photograph (Optional):

Title of Photograph: namhai254
Date of First Publication: 6 (Month) July (Day) 2007 (Year) — Nation of First Publication: Singapore
Description of Photograph (Optional):

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B** Registration for a Group of Published Photographs (continued)

Number
Title of Photograph namhai255
Date of First Publication 6 (Month) July (Day) 2007 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph namhai256
Date of First Publication 6 (Month) July (Day) 2007 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph namhai257
Date of First Publication 6 (Month) July (Day) 2007 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph namhai258
Date of First Publication 6 (Month) July (Day) 2007 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph namhai259
Date of First Publication 6 (Month) July (Day) 2007 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph namhai260
Date of First Publication 6 (Month) July (Day) 2007 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph namhai261
Date of First Publication 6 (Month) July (Day) 2007 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph namhai262
Date of First Publication 6 (Month) July (Day) 2007 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph namhai263
Date of First Publication 6 (Month) July (Day) 2007 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph namhai264
Date of First Publication 6 (Month) July (Day) 2007 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:

[illegible]

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:

[illegible]

MAIL TO:

[illegible]

**B**

[illegible]

Number
Title of Photograph namhai265
Date of First Publication 6 (Month) July (Day) 2007 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph namhai266
Date of First Publication 6 (Month) July (Day) 2007 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph namhai267
Date of First Publication 6 (Month) July (Day) 2007 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph namhai268
Date of First Publication 6 (Month) July (Day) 2007 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph namhai269
Date of First Publication 6 (Month) July (Day) 2007 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Number
Title of Photograph
Date of First Publication (Month) (Day) (Year) Nation of First Publication
Description of Photograph (Optional)

Number
Title of Photograph
Date of First Publication (Month) (Day) (Year) Nation of First Publication
Description of Photograph (Optional)

Number
Title of Photograph
Date of First Publication (Month) (Day) (Year) Nation of First Publication
Description of Photograph (Optional)

Number
Title of Photograph
Date of First Publication (Month) (Day) (Year) Nation of First Publication
Description of Photograph (Optional)

Number
Title of Photograph
Date of First Publication (Month) (Day) (Year) Nation of First Publication
Description of Photograph (Optional)

**C**

Certificate will be mailed in window envelope to this address:

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

YOU MUST:
[illegible]
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. [illegible]
2. [illegible]
3. [illegible]
MAIL TO:
[illegible]