# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America



Form VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-432-327

EFFECTIVE DATE OF REGISTRATION

12 / 30 / 2010
Month / Day / Year

---

**1. Title of This Work ▼**
The Wave Design Pte. Ltd. Photographs 2007 (B)

**Nature of This Work ▼**
Photographs

**Previous or Alternative Titles ▼**
Group Registration / Published Photos - 32 photographs

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

---

**2.a NAME OF AUTHOR ▼**
The Wave Design Pte. Ltd. (employer for hire of Lee Kar Yin)

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
    { Domiciled in Singapore

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

**Nature of Authorship** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☑ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**NOTE** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
    { Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

**Nature of Authorship** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

---

**3.a Year in Which Creation of This Work Was Completed**
2007
Year   ◄ This information must be given in all cases.

**b Date and Nation of First Publication of This Particular Work**
Month November   Day 28   Year 2007
Nation Singapore

---

**4. COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

THE WAVE DESIGN PTE. LTD.,
10A Trengganu Street, Singapore 058464

APPLICATION RECEIVED
12-30-2010

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

See instructions before completing this space.

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶** Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.   Sign the form at line 8.

DO NOT WRITE HERE

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☐ Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No    If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼    **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

a

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                               Account Number ▼

Jennison & Shultz, P.C.                                              080519

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

John N. Jennison, Esq.
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy., Suite 1102, Arlington, VA 22202-3604

b

Area code and daytime telephone number  ( 703 ) 415-1640         Fax number   ( 703 ) 415-0788

Email  John@JennisonLaw.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶ {
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  **THE WAVE DESIGN PTE LTD**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Lee Kar Yin                                                           Date  28 December 2010

Handwritten signature (X) ▼
X

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Jennison & Shultz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

**9**

# CONTINUATION SHEET FOR FORM VA
*for Group Registration of Published Photographs*

**Form GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

VA 1-432-327

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form may not be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**USE ONLY WITH FORM VA**

**EFFECTIVE DATE OF REGISTRATION**
12 / 30 / 2010

**CONTINUATION SHEET RECEIVED**

Page __3__ of __6__ pages

---

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A — Identification of Application

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

**Name of Author:** THE WAVE DESIGN PTE. LTD.

**Name of Copyright Claimant:** THE WAVE DESIGN PTE. LTD., 10A Trengganu Street, Singapore 058464

## B — Registration for Group of Published Photographs

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

**Title of Photograph:** saujana001
**Date of First Publication:** 28 November 2007
**Nation of First Publication:** Singapore
**Description of Photograph:**

**Title of Photograph:** saujana002
**Date of First Publication:** 28 November 2007
**Nation of First Publication:** Singapore
**Description of Photograph:**

**Title of Photograph:** saujana003
**Date of First Publication:** 28 November 2007
**Nation of First Publication:** Singapore
**Description of Photograph:**

**Title of Photograph:** saujana004
**Date of First Publication:** 28 November 2007
**Nation of First Publication:** Singapore
**Description of Photograph:**

**Title of Photograph:** saujana005
**Date of First Publication:** 28 November 2007
**Nation of First Publication:** Singapore
**Description of Photograph:**

**B**

Title of Photograph: saujana006
Date of First Publication: 28 November 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: saujana007
Date of First Publication: 28 November 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: saujana008
Date of First Publication: 28 November 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: saujana009
Date of First Publication: 28 November 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: saujana010
Date of First Publication: 28 November 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: saujana011
Date of First Publication: 28 November 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: saujana012
Date of First Publication: 28 November 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: saujana013
Date of First Publication: 28 November 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: saujana014
Date of First Publication: 28 November 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: saujana015
Date of First Publication: 28 November 2007   Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / ZIP: Arlington, VA 22202-3604

| | |
|---|---|
| Title of Photograph | saujana016 |
| Date of First Publication | 28 November 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | saujana017 |
| Date of First Publication | 28 November 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | saujana018 |
| Date of First Publication | 28 November 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | saujana019 |
| Date of First Publication | 28 November 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | saujana020 |
| Date of First Publication | 28 November 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | saujana021 |
| Date of First Publication | 28 November 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | saujana022 |
| Date of First Publication | 28 November 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | saujana023 |
| Date of First Publication | 28 November 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | saujana024 |
| Date of First Publication | 28 November 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | saujana025 |
| Date of First Publication | 28 November 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy.; Suite 1102
City/State/Zip: Arlington, VA 22202-3604

| | | |
|---|---|---|
| Title of Photograph | saujana026 | |
| Date of First Publication | 28 November 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |
| Title of Photograph | saujana027 | |
| Date of First Publication | 28 November 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |
| Title of Photograph | saujana028 | |
| Date of First Publication | 28 November 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |
| Title of Photograph | saujana029 | |
| Date of First Publication | 28 November 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |
| Title of Photograph | saujana030 | |
| Date of First Publication | 28 November 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |
| Title of Photograph | saujana031 | |
| Date of First Publication | 28 November 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |
| Title of Photograph | saujana032 | |
| Date of First Publication | 28 November 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |

**B**

Name: Tomlinson & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**C**