# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America



Form VA
For a Work of the Visual Arts
VA 1-432-328

EFFECTIVE DATE OF REGISTRATION
12 / 29 / 2010

---

**1. Title of This Work:** Wave-s Photographs 2003
**Nature of This Work:** Photographs
**Previous or Alternative Titles:** Group Registration / Published Photos - 139 photographs

**2. Name of Author:** Wave-s (employer for hire of Masano Kawana)
Was this contribution to the work a "work made for hire"? Yes
Author's Nationality or Domicile: Domiciled in Singapore
Nature of Authorship: Photograph

**3a.** Year in Which Creation of This Work Was Completed: 2003
**3b.** Date and Nation of First Publication of This Particular Work: March 18 - Nov. 4, 2003, Singapore

**4. Copyright Claimant(s):**
WAVE-S,
46 South Bridge Road, #04-02 Kingly Building, Singapore 058679

EXAMINED BY _____    FORM VA

CHECKED BY _____

☒ CORRESPONDENCE Yes (In Siebe / SR# 1-543095055)

FOR COPYRIGHT OFFICE USE ONLY

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ _____ Year of Registration ▼ _____

**5**

---

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**
**a**

See instructions before completing this space.

b. Material Added to This Work. Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

---

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                                Account Number ▼
Jennison & Shultz, P.C.                                              080519

**7**
**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
John N. Jennison, Esq.
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy., Suite 1102, Arlington, VA 22202-3604

**b**

Area code and daytime telephone number ( 703 ) 415-1640      Fax number ( 703 ) 415-0788
Email   John@JennisonLaw.com

---

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶ ☐ author
                ☐ other copyright claimant
                ☐ owner of exclusive right(s)
                ☒ authorized agent of   WAVE-S
                                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Lee Kar Yin                                                          Date  28 December 2010

Handwritten signature (X) ▼
X _____

---

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City/State/ZIP ▼
Arlington, VA 22202-3604

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**9**

17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CONTINUATION SHEET FOR FORM VA
*for Group Registration of Published Photographs*



Form GR/PPh/CON
UNITED STATES COPYRIGHT OFFICE
VA 1-432-328

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form *may not* be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

USE ONLY WITH FORM VA
EFFECTIVE DATE OF REGISTRATION

12 / 29 / 2010
(Month) (Day) (Year)

CONTINUATION SHEET RECEIVED

Page 3 of 17 pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**



## A  Identification of Application

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author: **WAVE-S**

Name of Copyright Claimant: WAVE-S; 46 South Bridge Road, #04-02 Kingly Building, Singapore 058679

## B  Registration for Group of Published Photographs

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

Title of Photograph: muscat030
Date of First Publication: 18 March 2003
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat031
Date of First Publication: 18 March 2003
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat032
Date of First Publication: 18 March 2003
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat033
Date of First Publication: 18 March 2003
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat034
Date of First Publication: 18 March 2003
Nation of First Publication: Singapore
Description of Photograph:

**B** Registration for Group of Published Photographs (continued)

Title of Photograph: muscat035
Date of First Publication: 18 March 2003    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat036
Date of First Publication: 18 March 2003    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat037
Date of First Publication: 18 March 2003    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat038
Date of First Publication: 18 March 2003    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat039
Date of First Publication: 18 March 2003    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat040
Date of First Publication: 18 March 2003    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat041
Date of First Publication: 18 March 2003    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat042
Date of First Publication: 18 March 2003    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat043
Date of First Publication: 18 March 2003    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat044
Date of First Publication: 18 March 2003    Nation of First Publication: Singapore
Description of Photograph:

**C**

Certificate will be mailed in window envelope to this address:

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B** Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| Title of Photograph | muscat045 | |
| Date of First Publication | 18 March 2003 | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat046 | |
| Date of First Publication | 18 March 2003 | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat047 | |
| Date of First Publication | 18 March 2003 | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat048 | |
| Date of First Publication | 18 March 2003 | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat049 | |
| Date of First Publication | 18 March 2003 | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat050 | |
| Date of First Publication | 18 March 2003 | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat051 | |
| Date of First Publication | 18 March 2003 | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat052 | |
| Date of First Publication | 18 March 2003 | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat053 | |
| Date of First Publication | 18 March 2003 | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat054 | |
| Date of First Publication | 18 March 2003 | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B** Registration for Group of Published Photographs (continued)

Title of Photograph: muscat055
Date of First Publication: 18 (Month) March (Day) 2003 (Year)    Nation of First Publication: Singapore
Description of Photograph: (Optional)

Title of Photograph: muscat056
Date of First Publication: 18 March 2003    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat057
Date of First Publication: 18 March 2003    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat058
Date of First Publication: 18 March 2003    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat059
Date of First Publication: 18 March 2003    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat060
Date of First Publication: 18 March 2003    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat061
Date of First Publication: 18 March 2003    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat062
Date of First Publication: 18 March 2003    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat063
Date of First Publication: 18 March 2003    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat064
Date of First Publication: 18 March 2003    Nation of First Publication: Singapore
Description of Photograph:

**C**

Certificate will be mailed in window envelope to this address:

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Title of Photograph: muscat065
Date of First Publication: 18 March 2003  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat066
Date of First Publication: 18 March 2003  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat067
Date of First Publication: 18 March 2003  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat068
Date of First Publication: 18 March 2003  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat069
Date of First Publication: 18 March 2003  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat070
Date of First Publication: 18 March 2003  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat071
Date of First Publication: 18 March 2003  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat072
Date of First Publication: 18 March 2003  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat073
Date of First Publication: 18 March 2003  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat074
Date of First Publication: 18 March 2003  Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy.; Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B** Registration for Group of Published Photographs (continued)

Title of Photograph: muscat075
Date of First Publication: 18 March 2003
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat076
Date of First Publication: 18 March 2003
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat077
Date of First Publication: 18 March 2003
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat078
Date of First Publication: 18 March 2003
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat079
Date of First Publication: 18 March 2003
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat080
Date of First Publication: 18 March 2003
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat081
Date of First Publication: 18 March 2003
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat082
Date of First Publication: 18 March 2003
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat083
Date of First Publication: 18 March 2003
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat084
Date of First Publication: 18 March 2003
Nation of First Publication: Singapore
Description of Photograph:

**C**

Certificate will be mailed in window envelope to this address

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Title of Photograph: muscat085
Date of First Publication: 18 March 2003    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat086
Date of First Publication: 18 March 2003    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat087
Date of First Publication: 18 March 2003    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat088
Date of First Publication: 18 March 2003    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat089
Date of First Publication: 18 March 2003    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat090
Date of First Publication: 18 March 2003    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat091
Date of First Publication: 18 March 2003    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat092
Date of First Publication: 18 March 2003    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat093
Date of First Publication: 18 March 2003    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat094
Date of First Publication: 18 March 2003    Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

| | | |
|---|---|---|
| Title of Photograph | muscat095 | |
| Date of First Publication | 18 March 2003 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | muscat096 | |
| Date of First Publication | 18 March 2003 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | muscat097 | |
| Date of First Publication | 18 March 2003 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | muscat098 | |
| Date of First Publication | 18 March 2003 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | muscat099 | |
| Date of First Publication | 18 March 2003 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | muscat100 | |
| Date of First Publication | 18 March 2003 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | muscat101 | |
| Date of First Publication | 18 March 2003 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | muscat102 | |
| Date of First Publication | 18 March 2003 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | muscat103 | |
| Date of First Publication | 18 March 2003 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | muscat104 | |
| Date of First Publication | 18 March 2003 | Nation of First Publication Singapore |
| Description of Photograph | | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

**B**

Registration for Group of Published Photographs (continued)

Number

Title of Photograph ___muscat105___
Date of First Publication ___18___ ___March___ ___2003___   Nation of First Publication ___Singapore___
(Month) (Day) (Year)
Description of Photograph ___
(Optional)

Number

Title of Photograph ___muscat106___
Date of First Publication ___18___ ___March___ ___2003___   Nation of First Publication ___Singapore___
(Month) (Day) (Year)
Description of Photograph ___
(Optional)

Number

Title of Photograph ___muscat107___
Date of First Publication ___18___ ___March___ ___2003___   Nation of First Publication ___Singapore___
(Month) (Day) (Year)
Description of Photograph ___
(Optional)

Number

Title of Photograph ___muscat108___
Date of First Publication ___18___ ___March___ ___2003___   Nation of First Publication ___Singapore___
(Month) (Day) (Year)
Description of Photograph ___
(Optional)

Number

Title of Photograph ___muscat109___
Date of First Publication ___18___ ___March___ ___2003___   Nation of First Publication ___Singapore___
(Month) (Day) (Year)
Description of Photograph ___
(Optional)

Number

Title of Photograph ___muscat110___
Date of First Publication ___18___ ___March___ ___2003___   Nation of First Publication ___Singapore___
(Month) (Day) (Year)
Description of Photograph ___
(Optional)

Number

Title of Photograph ___muscat111___
Date of First Publication ___18___ ___March___ ___2003___   Nation of First Publication ___Singapore___
(Month) (Day) (Year)
Description of Photograph ___
(Optional)

Number

Title of Photograph ___muscat112___
Date of First Publication ___18___ ___March___ ___2003___   Nation of First Publication ___Singapore___
(Month) (Day) (Year)
Description of Photograph ___
(Optional)

Number

Title of Photograph ___muscat113___
Date of First Publication ___18___ ___March___ ___2003___   Nation of First Publication ___Singapore___
(Month) (Day) (Year)
Description of Photograph ___
(Optional)

Number

Title of Photograph ___muscat114___
Date of First Publication ___18___ ___March___ ___2003___   Nation of First Publication ___Singapore___
(Month) (Day) (Year)
Description of Photograph ___
(Optional)

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

B

| Title of Photograph | muscat115 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |

Description of Photograph _____

| Title of Photograph | muscat116 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |

Description of Photograph _____

| Title of Photograph | muscat117 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |

Description of Photograph _____

| Title of Photograph | muscat118 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |

Description of Photograph _____

| Title of Photograph | muscat119 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |

Description of Photograph _____

| Title of Photograph | muscat120 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |

Description of Photograph _____

| Title of Photograph | muscat121 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |

Description of Photograph _____

| Title of Photograph | muscat122 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |

Description of Photograph _____

| Title of Photograph | muscat123 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |

Description of Photograph _____

| Title of Photograph | muscat124 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |

Description of Photograph _____

C

Certificate will be mailed in window envelope to this address:

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy.; Suite 1102
City/State/Zip: Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Title of Photograph _muscat125_
Date of First Publication _18_ _March_ _2003_   Nation of First Publication _Singapore_
Description of Photograph ___

Title of Photograph _muscat126_
Date of First Publication _18_ _March_ _2003_   Nation of First Publication _Singapore_
Description of Photograph ___

Title of Photograph _muscat127_
Date of First Publication _18_ _March_ _2003_   Nation of First Publication _Singapore_
Description of Photograph ___

Title of Photograph _muscat128_
Date of First Publication _18_ _March_ _2003_   Nation of First Publication _Singapore_
Description of Photograph ___

Title of Photograph _muscat129_
Date of First Publication _18_ _March_ _2003_   Nation of First Publication _Singapore_
Description of Photograph ___

Title of Photograph _muscat130_
Date of First Publication _18_ _March_ _2003_   Nation of First Publication _Singapore_
Description of Photograph ___

Title of Photograph _muscat131_
Date of First Publication _18_ _March_ _2003_   Nation of First Publication _Singapore_
Description of Photograph ___

Title of Photograph _muscat132_
Date of First Publication _18_ _March_ _2003_   Nation of First Publication _Singapore_
Description of Photograph ___

Title of Photograph _muscat133_
Date of First Publication _18_ _March_ _2003_   Nation of First Publication _Singapore_
Description of Photograph ___

Title of Photograph _muscat134_
Date of First Publication _18_ _March_ _2003_   Nation of First Publication _Singapore_
Description of Photograph ___

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy.; Suite 1102
City / State / Zip: Arlington, VA 22202-3604

| | | | | |
|---|---|---|---|---|
| Title of Photograph | muscat135 | | | |
| Date of First Publication | 18 March 2003 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | muscat136 | | | |
| Date of First Publication | 18 March 2003 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | muscat137 | | | |
| Date of First Publication | 18 March 2003 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | muscat138 | | | |
| Date of First Publication | 18 March 2003 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | muscat139 | | | |
| Date of First Publication | 18 March 2003 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | muscat140 | | | |
| Date of First Publication | 18 March 2003 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | muscat141 | | | |
| Date of First Publication | 18 March 2003 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | muscat142 | | | |
| Date of First Publication | 18 March 2003 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | muscat143 | | | |
| Date of First Publication | 18 March 2003 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | muscat144 | | | |
| Date of First Publication | 18 March 2003 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | muscat145 |
| Date of First Publication | 18 March 2003 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | muscat146 |
| Date of First Publication | 18 March 2003 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | muscat147 |
| Date of First Publication | 18 March 2003 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | muscat148 |
| Date of First Publication | 18 March 2003 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | lalu159 |
| Date of First Publication | 30 October 2003 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legian007 |
| Date of First Publication | 4 November 2003 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legian008 |
| Date of First Publication | 4 November 2003 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legian009 |
| Date of First Publication | 4 November 2003 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legian010 |
| Date of First Publication | 4 November 2003 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legian011 |
| Date of First Publication | 4 November 2003 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

**C**

Name: Jennison & Shultz, PC

Number/Street/Apt: 2001 Jefferson Davis Hwy.; Suite 1102

City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: legian012
Date of First Publication: 4 November 2003
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian013
Date of First Publication: 4 November 2003
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian014
Date of First Publication: 4 November 2003
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian015
Date of First Publication: 4 November 2003
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian016
Date of First Publication: 4 November 2003
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian017
Date of First Publication: 4 November 2003
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian018
Date of First Publication: 4 November 2003
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian019
Date of First Publication: 4 November 2003
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian020
Date of First Publication: 4 November 2003
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian021
Date of First Publication: 4 November 2003
Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B**

Number

Title of Photograph ___legian022___
Date of First Publication ___4___ ___November___ ___2003___  Nation of First Publication ___Singapore___
Description of Photograph ___

Number

Title of Photograph ___legian023___
Date of First Publication ___4___ ___November___ ___2003___  Nation of First Publication ___Singapore___
Description of Photograph ___

Number

Title of Photograph ___legian024___
Date of First Publication ___4___ ___November___ ___2003___  Nation of First Publication ___Singapore___
Description of Photograph ___

Number

Title of Photograph ___legian025___
Date of First Publication ___4___ ___November___ ___2003___  Nation of First Publication ___Singapore___
Description of Photograph ___

Number

Title of Photograph ___
Date of First Publication ___  Nation of First Publication ___
Description of Photograph ___

Number

Title of Photograph ___
Date of First Publication ___  Nation of First Publication ___
Description of Photograph ___

Number

Title of Photograph ___
Date of First Publication ___  Nation of First Publication ___
Description of Photograph ___

Number

Title of Photograph ___
Date of First Publication ___  Nation of First Publication ___
Description of Photograph ___

Number

Title of Photograph ___
Date of First Publication ___  Nation of First Publication ___
Description of Photograph ___

Number

Title of Photograph ___
Date of First Publication ___  Nation of First Publication ___
Description of Photograph ___

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604