**B**

| | |
|---|---|
| Title of Photograph | chediclub005 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub006 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub007 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub008 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub009 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub010 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub011 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub012 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub013 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub014 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

**C**

Name: Tennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy, Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B**

| Number | | |
|---|---|---|
| Title of Photograph | chediclub015 | |
| Date of First Publication | 12 August 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | chediclub016 | |
| Date of First Publication | 12 August 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | chediclub017 | |
| Date of First Publication | 12 August 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | chediclub018 | |
| Date of First Publication | 12 August 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | chediclub019 | |
| Date of First Publication | 12 August 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | chediclub020 | |
| Date of First Publication | 12 August 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | chediclub021 | |
| Date of First Publication | 12 August 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | chediclub022 | |
| Date of First Publication | 12 August 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | chediclub023 | |
| Date of First Publication | 12 August 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | chediclub024 | |
| Date of First Publication | 12 August 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

**Title of Photograph** chediclub025
**Date of First Publication** 12 August 2004  **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** chediclub026
**Date of First Publication** 12 August 2004  **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** chediclub027
**Date of First Publication** 12 August 2004  **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** chediclub028
**Date of First Publication** 12 August 2004  **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** chediclub029
**Date of First Publication** 12 August 2004  **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** chediclub030
**Date of First Publication** 12 August 2004  **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** chediclub031
**Date of First Publication** 12 August 2004  **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** chediclub032
**Date of First Publication** 12 August 2004  **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** chediclub033
**Date of First Publication** 12 August 2004  **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** chediclub034
**Date of First Publication** 12 August 2004  **Nation of First Publication** Singapore
**Description of Photograph**

**C**

**Certificate will be mailed in window envelope to this address**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Number
Title of Photograph: chediclub035
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Number
Title of Photograph: chediclub036
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Number
Title of Photograph: chediclub037
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Number
Title of Photograph: chediclub038
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Number
Title of Photograph: chediclub039
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Number
Title of Photograph: chediclub040
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Number
Title of Photograph: chediclub041
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Number
Title of Photograph: chediclub042
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Number
Title of Photograph: chediclub043
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Number
Title of Photograph: chediclub044
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

**C**

Certificate will be mailed in window envelope to this address:

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | chediclub045 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub046 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub047 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub048 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub049 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub050 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub051 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub052 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub053 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub054 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: chediclub055
Date of First Publication: 12 August 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub056
Date of First Publication: 12 August 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub057
Date of First Publication: 12 August 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub058
Date of First Publication: 12 August 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub059
Date of First Publication: 12 August 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub060
Date of First Publication: 12 August 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub061
Date of First Publication: 12 August 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub062
Date of First Publication: 12 August 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub063
Date of First Publication: 12 August 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub064
Date of First Publication: 12 August 2004
Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jenkins & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: chediclub065
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph: _____

Title of Photograph: chediclub066
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph: _____

Title of Photograph: chediclub067
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph: _____

Title of Photograph: chediclub068
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph: _____

Title of Photograph: chediclub069
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph: _____

Title of Photograph: chediclub070
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph: _____

Title of Photograph: chediclub071
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph: _____

Title of Photograph: chediclub072
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph: _____

Title of Photograph: chediclub073
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph: _____

Title of Photograph: chediclub074
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph: _____

**C**

Name: Jennison & Shultz, PC
2001 Jefferson Davis Hwy., Suite 1102
Arlington, VA 22202-3604

**B**

Title of Photograph: chediclub075
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub076
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub077
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub078
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub079
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub080
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub081
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub082
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub083
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub084
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**C**

**B**

Title of Photograph: chediclub085
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub086
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub087
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub088
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub089
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub090
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub091
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub092
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub093
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub094
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | chediclub095 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub096 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub097 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub098 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub099 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub100 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub101 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub102 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub103 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub104 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: chediclub105
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub106
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub107
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub108
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub109
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub110
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub111
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub112
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub113
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub114
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | chediclub115 | | | | B |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |
| Title of Photograph | chediclub116 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |
| Title of Photograph | chediclub117 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |
| Title of Photograph | chediclub118 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |
| Title of Photograph | chediclub119 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |
| Title of Photograph | chediclub120 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |
| Title of Photograph | chediclub121 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |
| Title of Photograph | chediclub122 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |
| Title of Photograph | chediclub123 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |
| Title of Photograph | chediclub124 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

| | | |
|---|---|---|
| Title of Photograph | chediclub125 | |
| Date of First Publication | 12 August 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chediclub126 | |
| Date of First Publication | 12 August 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chediclub127 | |
| Date of First Publication | 12 August 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chediclub128 | |
| Date of First Publication | 12 August 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chediclub129 | |
| Date of First Publication | 12 August 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chediclub130 | |
| Date of First Publication | 12 August 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chediclub131 | |
| Date of First Publication | 12 August 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chediclub132 | |
| Date of First Publication | 12 August 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chediclub133 | |
| Date of First Publication | 12 August 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chediclub134 | |
| Date of First Publication | 12 August 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604