**B**

Title of Photograph: chediclub135
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub136
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub137
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub138
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub139
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legianclub017
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legianclub018
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legianclub019
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legianclub020
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legianclub021
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy - Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: legianclub022
Date of First Publication: 12 August 2004  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian026
Date of First Publication: 12 August 2004  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian027
Date of First Publication: 12 August 2004  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian028
Date of First Publication: 12 August 2004  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian029
Date of First Publication: 12 August 2004  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian030
Date of First Publication: 12 August 2004  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian031
Date of First Publication: 12 August 2004  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian032
Date of First Publication: 12 August 2004  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian033
Date of First Publication: 12 August 2004  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian034
Date of First Publication: 12 August 2004  Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: legian035
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian036
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian037
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian038
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian039
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian040
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian041
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian042
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian043
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian044
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: legian045
Date of First Publication: 12 August 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian046
Date of First Publication: 12 August 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian047
Date of First Publication: 12 August 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian048
Date of First Publication: 12 August 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian049
Date of First Publication: 12 August 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian050
Date of First Publication: 12 August 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian051
Date of First Publication: 12 August 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian052
Date of First Publication: 12 August 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian053
Date of First Publication: 12 August 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian054
Date of First Publication: 12 August 2004
Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: legian055
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian056
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian057
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian058
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian059
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian060
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian061
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian062
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian063
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian064
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy, Suite 1102
City/State/ZIP: Arlington, VA 22202-3604

**B**

Title of Photograph: legian065
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph: Pictorial

Title of Photograph: chediclub140
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph: Pictorial

Title of Photograph: chiangmai001
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph: Pictorial

Title of Photograph: chiangmai002
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph: Pictorial

Title of Photograph: chiangmai003
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph: Pictorial

Title of Photograph: chiangmai004
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph: Pictorial

Title of Photograph: chiangmai005
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph: Pictorial

Title of Photograph: chiangmai006
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph: Pictorial

Title of Photograph: chiangmai007
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph: Pictorial

Title of Photograph: chiangmai008
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph: Pictorial

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: chiangmai009
Date of First Publication: 20 October 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai010
Date of First Publication: 20 October 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai011
Date of First Publication: 20 October 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai002
Date of First Publication: 20 October 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai013
Date of First Publication: 20 October 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai014
Date of First Publication: 20 October 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai015
Date of First Publication: 20 October 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai016
Date of First Publication: 20 October 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai017
Date of First Publication: 20 October 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai018
Date of First Publication: 20 October 2004   Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: chiangmai019
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai020
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai021
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai022
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai023
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai024
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai025
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai026
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai027
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai028
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B**

Number:
Title of Photograph: chiangmai029
Date of First Publication: 20 October 2004   Nation of First Publication: Singapore
Description of Photograph:

Number:
Title of Photograph: chiangmai030
Date of First Publication: 20 October 2004   Nation of First Publication: Singapore
Description of Photograph:

Number:
Title of Photograph: chiangmai031
Date of First Publication: 20 October 2004   Nation of First Publication: Singapore
Description of Photograph:

Number:
Title of Photograph: chiangmai032
Date of First Publication: 20 October 2004   Nation of First Publication: Singapore
Description of Photograph:

Number:
Title of Photograph: chiangmai033
Date of First Publication: 20 October 2004   Nation of First Publication: Singapore
Description of Photograph:

Number:
Title of Photograph: chiangmai034
Date of First Publication: 20 October 2004   Nation of First Publication: Singapore
Description of Photograph:

Number:
Title of Photograph: chiangmai035
Date of First Publication: 20 October 2004   Nation of First Publication: Singapore
Description of Photograph:

Number:
Title of Photograph: chiangmai036
Date of First Publication: 20 October 2004   Nation of First Publication: Singapore
Description of Photograph:

Number:
Title of Photograph: chiangmai037
Date of First Publication: 20 October 2004   Nation of First Publication: Singapore
Description of Photograph:

Number:
Title of Photograph: chiangmai038
Date of First Publication: 20 October 2004   Nation of First Publication: Singapore
Description of Photograph:

**C**

Certificate will be mailed in window envelope to this address

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

| Number | | |
|---|---|---|
| | Title of Photograph | chiangmai039 |
| | Date of First Publication: 20 October 2004 | Nation of First Publication: Singapore |
| | Description of Photograph: Portrait | |

| Number | | |
|---|---|---|
| | Title of Photograph | chiangmai040 |
| | Date of First Publication: 20 October 2004 | Nation of First Publication: Singapore |
| | Description of Photograph: Portrait | |

| Number | | |
|---|---|---|
| | Title of Photograph | chiangmai041 |
| | Date of First Publication: 20 October 2004 | Nation of First Publication: Singapore |
| | Description of Photograph: Portrait | |

| Number | | |
|---|---|---|
| | Title of Photograph | chiangmai042 |
| | Date of First Publication: 20 October 2004 | Nation of First Publication: Singapore |
| | Description of Photograph: Portrait | |

| Number | | |
|---|---|---|
| | Title of Photograph | chiangmai043 |
| | Date of First Publication: 20 October 2004 | Nation of First Publication: Singapore |
| | Description of Photograph: Portrait | |

| Number | | |
|---|---|---|
| | Title of Photograph | chiangmai044 |
| | Date of First Publication: 20 October 2004 | Nation of First Publication: Singapore |
| | Description of Photograph: Portrait | |

| Number | | |
|---|---|---|
| | Title of Photograph | chiangmai045 |
| | Date of First Publication: 20 October 2004 | Nation of First Publication: Singapore |
| | Description of Photograph: Portrait | |

| Number | | |
|---|---|---|
| | Title of Photograph | chiangmai046 |
| | Date of First Publication: 20 October 2004 | Nation of First Publication: Singapore |
| | Description of Photograph: Portrait | |

| Number | | |
|---|---|---|
| | Title of Photograph | chiangmai047 |
| | Date of First Publication: 20 October 2004 | Nation of First Publication: Singapore |
| | Description of Photograph: Portrait | |

| Number | | |
|---|---|---|
| | Title of Photograph | chiangmai048 |
| | Date of First Publication: 20 October 2004 | Nation of First Publication: Singapore |
| | Description of Photograph: Portrait | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

| | | |
|---|---|---|
| Title of Photograph | chiangmai049 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai050 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai051 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai052 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai053 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai054 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai055 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai056 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai057 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai058 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: chiangmai059
Date of First Publication: 20 October 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai060
Date of First Publication: 20 October 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai061
Date of First Publication: 20 October 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai062
Date of First Publication: 20 October 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai063
Date of First Publication: 20 October 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai064
Date of First Publication: 20 October 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai065
Date of First Publication: 20 October 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai066
Date of First Publication: 20 October 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai067
Date of First Publication: 20 October 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai068
Date of First Publication: 20 October 2004   Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

| Title of Photograph | chiangmai069 |
| Date of First Publication | 20 October 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | chiangmai070 |
| Date of First Publication | 20 October 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | chiangmai071 |
| Date of First Publication | 20 October 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | chiangmai072 |
| Date of First Publication | 20 October 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | chiangmai073 |
| Date of First Publication | 20 October 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | chiangmai074 |
| Date of First Publication | 20 October 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | chiangmai075 |
| Date of First Publication | 20 October 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | |
| Date of First Publication | |
| Nation of First Publication | |
| Description of Photograph | |

| Title of Photograph | |
| Date of First Publication | |
| Nation of First Publication | |
| Description of Photograph | |

| Title of Photograph | |
| Date of First Publication | |
| Nation of First Publication | |
| Description of Photograph | |

**C**

Certificate will be mailed in window envelope to this address

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604