# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



Acting Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

**VA 1-432-330**

**EFFECTIVE DATE OF REGISTRATION**
12 / 29 / 2010

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1
**Title of This Work ▼**
The Wave Design Pte. Ltd. Photographs 2006

**NATURE OF THIS WORK ▼** See instructions
Photographs

**Previous or Alternative Titles ▼**
Group Registration / Published Photos – 362 photographs

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

## 2
**a**  **NAME OF AUTHOR ▼**
The Wave Design Pte. Ltd.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☒ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
     Domiciled in Singapore

**Was This Author's Contribution to the Work**
Anonymous?     ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture   ☐ Map               ☐ Technical drawing
☐ 2-Dimensional artwork     ☒ Photograph        ☐ Text
☐ Reproduction of work of art ☐ Jewelry design   ☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire, check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**  **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼   Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
     Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture   ☐ Map               ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph        ☐ Text
☐ Reproduction of work of art ☐ Jewelry design   ☐ Architectural work

## 3
**a** **Year in Which Creation of This Work Was Completed**
2006 ◄ Year   in all cases.

**b** **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month 8/23–12/12/2006   Day ____   Year 2006
Singapore ◄ Nation

## 4
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

THE WAVE DESIGN PTE. LTD.,
10A Trengganu Street, Singapore 058464

**APPLICATION RECEIVED**
12-29-2010
**ONE DEPOSIT RECEIVED**
**TWO DEPOSITS RECEIVED**
**FUNDS RECEIVED**

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**MORE ON BACK ►** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY _____  FORM VA

CHECKED BY _____

☐ CORRESPONDENCE
  Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ _____ Year of Registration ▼ _____

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

a

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                                 Account Number ▼

Jennison & Shultz, P.C.                                                  080519

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

John N. Jennison, Esq.
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy.; Suite 1102, Arlington, VA 22202-3604

b

Area code and daytime telephone number ( 703 ) 415-1640                  Fax number ( 703 ) 415-0788
Email  John@JennisonLaw.com

**CERTIFICATION***  I, the undersigned, hereby certify that I am the
                                              ☐ author
                check only one ▶ {             ☐ other copyright claimant
                                              ☐ owner of exclusive right(s)
                                              ☒ authorized agent of   THE WAVE DESIGN PTE LTD
                                                Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Lee Kar Yin                                                            Date  28 December 2010

            Handwritten signature (X) ▼
        X _____

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Jennison & Shultz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City/State/ZIP ▼
Arlington, VA 22202-3604

**9**

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CONTINUATION SHEET
# FOR FORM VA
## for Group Registration of Published Photographs

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form may not be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.



Form GR/PPh/CON
UNITED STATES COPYRIGHT OFFICE

VA 1-432-330

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

12  21  2010
(Month)  (Day)  (Year)

CONTINUATION SHEET RECEIVED

Page 3 of 34 pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A — Identification of Application

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author: THE WAVE DESIGN PTE. LTD

Name of Copyright Claimant: THE WAVE DESIGN PTE. LTD., 10A Trengganu Street, Singapore 058464

## B — Registration for Group of Published Photographs

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

Title of Photograph: milan001
Date of First Publication: 23 August 2006    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan002
Date of First Publication: 23 August 2006    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan003
Date of First Publication: 23 August 2006    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan004
Date of First Publication: 23 August 2006    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan005
Date of First Publication: 23 August 2006    Nation of First Publication: Singapore
Description of Photograph:



**B**

Title of Photograph: milan006
Date of First Publication: 23 August 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan007
Date of First Publication: 23 August 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan008
Date of First Publication: 23 August 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan009
Date of First Publication: 23 August 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan010
Date of First Publication: 23 August 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan011
Date of First Publication: 23 August 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan012
Date of First Publication: 23 August 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan013
Date of First Publication: 23 August 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan014
Date of First Publication: 23 August 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan015
Date of First Publication: 23 August 2006   Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: milan016
Date of First Publication: 23 August 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan017
Date of First Publication: 23 August 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan018
Date of First Publication: 23 August 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan019
Date of First Publication: 23 August 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan020
Date of First Publication: 23 August 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan021
Date of First Publication: 23 August 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan022
Date of First Publication: 23 August 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan023
Date of First Publication: 23 August 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan024
Date of First Publication: 23 August 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan025
Date of First Publication: 23 August 2006   Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph **milan026**
Date of First Publication **23** (Month) **August** (Day) **2006** (Year)   Nation of First Publication **Singapore**
Description of Photograph _____

Title of Photograph **milan027**
Date of First Publication **23** **August** **2006**   Nation of First Publication **Singapore**
Description of Photograph _____

Title of Photograph **milan028**
Date of First Publication **23** **August** **2006**   Nation of First Publication **Singapore**
Description of Photograph _____

Title of Photograph **milan029**
Date of First Publication **23** **August** **2006**   Nation of First Publication **Singapore**
Description of Photograph _____

Title of Photograph **milan030**
Date of First Publication **23** **August** **2006**   Nation of First Publication **Singapore**
Description of Photograph _____

Title of Photograph **milan031**
Date of First Publication **23** **August** **2006**   Nation of First Publication **Singapore**
Description of Photograph _____

Title of Photograph **milan032**
Date of First Publication **23** **August** **2006**   Nation of First Publication **Singapore**
Description of Photograph _____

Title of Photograph **milan033**
Date of First Publication **23** **August** **2006**   Nation of First Publication **Singapore**
Description of Photograph _____

Title of Photograph **milan034**
Date of First Publication **23** **August** **2006**   Nation of First Publication **Singapore**
Description of Photograph _____

Title of Photograph **milan035**
Date of First Publication **23** **August** **2006**   Nation of First Publication **Singapore**
Description of Photograph _____

**C**

Name ▼
**Jennison & Shultz, PC**

Number / Street / Apt ▼
**2001 Jefferson Davis Hwy.; Suite 1102**

City / State / Zip ▼
**Arlington, VA 22202-3604**

**B**

Title of Photograph: milan036
Date of First Publication: 23 August 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan037
Date of First Publication: 23 August 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan038
Date of First Publication: 23 August 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan039
Date of First Publication: 23 August 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan040
Date of First Publication: 23 August 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan041
Date of First Publication: 23 August 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan042
Date of First Publication: 23 August 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan043
Date of First Publication: 23 August 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan044
Date of First Publication: 23 August 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan045
Date of First Publication: 23 August 2006   Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: milan046
Date of First Publication: 23 August 2006    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan047
Date of First Publication: 23 August 2006    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan048
Date of First Publication: 23 August 2006    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan049
Date of First Publication: 23 August 2006    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan050
Date of First Publication: 23 August 2006    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan051
Date of First Publication: 23 August 2006    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan052
Date of First Publication: 23 August 2006    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan053
Date of First Publication: 23 August 2006    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan054
Date of First Publication: 23 August 2006    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan055
Date of First Publication: 23 August 2006    Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

| | | |
|---|---|---|
| Title of Photograph | milan056 | |
| Date of First Publication | 23 August 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | milan057 | |
| Date of First Publication | 23 August 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | milan058 | |
| Date of First Publication | 23 August 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | milan059 | |
| Date of First Publication | 23 August 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | milan060 | |
| Date of First Publication | 23 August 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | milan061 | |
| Date of First Publication | 23 August 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | milan062 | |
| Date of First Publication | 23 August 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | milan063 | |
| Date of First Publication | 23 August 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | milan064 | |
| Date of First Publication | 23 August 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | milan065 | |
| Date of First Publication | 23 August 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |

**C**

Name
Jennison & Shultz, PC

Number / Street / Apt
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip
Arlington, VA 22202-3604

**B**

| | | |
|---|---|---|
| Title of Photograph | milan066 | |
| Date of First Publication | 23  August  2006 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | milan067 | |
| Date of First Publication | 23  August  2006 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | milan068 | |
| Date of First Publication | 23  August  2006 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | milan069 | |
| Date of First Publication | 23  August  2006 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | milan070 | |
| Date of First Publication | 23  August  2006 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | milan071 | |
| Date of First Publication | 23  August  2006 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | milan072 | |
| Date of First Publication | 23  August  2006 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | milan073 | |
| Date of First Publication | 23  August  2006 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | seraiclub001 | |
| Date of First Publication | 4  September  2006 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | seraiclub002 | |
| Date of First Publication | 4  September  2006 | Nation of First Publication: Singapore |
| Description of Photograph | | |

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy.; Suite 1102
City/State/Zip: Arlington, VA 22202-3604

| | |
|---|---|
| Title of Photograph | seraiclub003 |
| Date of First Publication | 4 September 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | seraiclub004 |
| Date of First Publication | 4 September 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | seraiclub005 |
| Date of First Publication | 4 September 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | seraiclub006 |
| Date of First Publication | 4 September 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | seraiclub007 |
| Date of First Publication | 4 September 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | seraiclub008 |
| Date of First Publication | 4 September 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | seraiclub009 |
| Date of First Publication | 4 September 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | seraiclub010 |
| Date of First Publication | 4 September 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | seraiclub011 |
| Date of First Publication | 4 September 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | seraiclub012 |
| Date of First Publication | 4 September 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

**B**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**C**

**B**

Title of Photograph: seraiclub013
Date of First Publication: 4 September 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: seraiclub014
Date of First Publication: 4 September 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: seraiclub015
Date of First Publication: 4 September 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: seraiclub016
Date of First Publication: 4 September 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: seraiclub017
Date of First Publication: 4 September 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: seraiclub018
Date of First Publication: 4 September 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: seraiclub019
Date of First Publication: 4 September 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: seraiclub020
Date of First Publication: 4 September 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: seraiclub021
Date of First Publication: 4 September 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: seraiclub022
Date of First Publication: 4 September 2006   Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jenison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: seraiclub023
Date of First Publication: 4 September 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: seraiclub024
Date of First Publication: 4 September 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: seraiclub025
Date of First Publication: 4 September 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: seraiclub026
Date of First Publication: 4 September 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: seraiclub027
Date of First Publication: 4 September 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: seraiclub028
Date of First Publication: 4 September 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: seraiclub029
Date of First Publication: 4 September 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: seraiclub030
Date of First Publication: 4 September 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: seraiclub031
Date of First Publication: 4 September 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: seraiclub032
Date of First Publication: 4 September 2006   Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

| Title of Photograph | seraiclub033 | | | |
|---|---|---|---|---|
| Date of First Publication | 4 | September | 2006 | Nation of First Publication: Singapore |

Description of Photograph:

| Title of Photograph | seraiclub034 | | | |
|---|---|---|---|---|
| Date of First Publication | 4 | September | 2006 | Nation of First Publication: Singapore |

Description of Photograph:

| Title of Photograph | seraiclub035 | | | |
|---|---|---|---|---|
| Date of First Publication | 4 | September | 2006 | Nation of First Publication: Singapore |

Description of Photograph:

| Title of Photograph | seraiclub036 | | | |
|---|---|---|---|---|
| Date of First Publication | 4 | September | 2006 | Nation of First Publication: Singapore |

Description of Photograph:

| Title of Photograph | seraiclub037 | | | |
|---|---|---|---|---|
| Date of First Publication | 4 | September | 2006 | Nation of First Publication: Singapore |

Description of Photograph:

| Title of Photograph | seraiclub038 | | | |
|---|---|---|---|---|
| Date of First Publication | 4 | September | 2006 | Nation of First Publication: Singapore |

Description of Photograph:

| Title of Photograph | seraiclub039 | | | |
|---|---|---|---|---|
| Date of First Publication | 4 | September | 2006 | Nation of First Publication: Singapore |

Description of Photograph:

| Title of Photograph | seraiclub040 | | | |
|---|---|---|---|---|
| Date of First Publication | 4 | September | 2006 | Nation of First Publication: Singapore |

Description of Photograph:

| Title of Photograph | seraiclub041 | | | |
|---|---|---|---|---|
| Date of First Publication | 4 | September | 2006 | Nation of First Publication: Singapore |

Description of Photograph:

| Title of Photograph | seraiclub042 | | | |
|---|---|---|---|---|
| Date of First Publication | 4 | September | 2006 | Nation of First Publication: Singapore |

Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: seraiclub043
Date of First Publication: 4 September 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: seraiclub044
Date of First Publication: 4 September 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: seraiclub045
Date of First Publication: 4 September 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: seraiclub046
Date of First Publication: 4 September 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: seraiclub047
Date of First Publication: 4 September 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: seraiclub048
Date of First Publication: 4 September 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: seraiclub049
Date of First Publication: 4 September 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: seraiclub050
Date of First Publication: 4 September 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: seraiclub051
Date of First Publication: 4 September 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: seraiclub052
Date of First Publication: 4 September 2006   Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph __legian066__
Date of First Publication __4__ __October__ __2006__   Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __legian067__
Date of First Publication __4__ __October__ __2006__   Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __legian068__
Date of First Publication __4__ __October__ __2006__   Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __legian069__
Date of First Publication __4__ __October__ __2006__   Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __legian070__
Date of First Publication __4__ __October__ __2006__   Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __legian071__
Date of First Publication __4__ __October__ __2006__   Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __legian072__
Date of First Publication __4__ __October__ __2006__   Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __legian073__
Date of First Publication __4__ __October__ __2006__   Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __legian074__
Date of First Publication __4__ __October__ __2006__   Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __legian075__
Date of First Publication __4__ __October__ __2006__   Nation of First Publication __Singapore__
Description of Photograph ____

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

| | | |
|---|---|---|
| Title of Photograph | legian076 | |
| Date of First Publication | 4 October 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | legian077 | |
| Date of First Publication | 4 October 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | legian078 | |
| Date of First Publication | 4 October 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | legian079 | |
| Date of First Publication | 4 October 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | legian080 | |
| Date of First Publication | 4 October 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | legian081 | |
| Date of First Publication | 4 October 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | legian082 | |
| Date of First Publication | 4 October 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | legian083 | |
| Date of First Publication | 4 October 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | legian084 | |
| Date of First Publication | 4 October 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | legian085 | |
| Date of First Publication | 4 October 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | |

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Number: Title of Photograph: legian086
Date of First Publication: 4 October 2006
Nation of First Publication: Singapore
Description of Photograph:

Number: Title of Photograph: legian087
Date of First Publication: 4 October 2006
Nation of First Publication: Singapore
Description of Photograph:

Number: Title of Photograph: legian088
Date of First Publication: 4 October 2006
Nation of First Publication: Singapore
Description of Photograph:

Number: Title of Photograph: legian089
Date of First Publication: 4 October 2006
Nation of First Publication: Singapore
Description of Photograph:

Number: Title of Photograph: legian090
Date of First Publication: 4 October 2006
Nation of First Publication: Singapore
Description of Photograph:

Number: Title of Photograph: legian091
Date of First Publication: 4 October 2006
Nation of First Publication: Singapore
Description of Photograph:

Number: Title of Photograph: legian092
Date of First Publication: 4 October 2006
Nation of First Publication: Singapore
Description of Photograph:

Number: Title of Photograph: legian093
Date of First Publication: 4 October 2006
Nation of First Publication: Singapore
Description of Photograph:

Number: Title of Photograph: legian094
Date of First Publication: 4 October 2006
Nation of First Publication: Singapore
Description of Photograph:

Number: Title of Photograph: legian095
Date of First Publication: 4 October 2006
Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: legian096
Date of First Publication: 4 October 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian097
Date of First Publication: 4 October 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian098
Date of First Publication: 4 October 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian099
Date of First Publication: 4 October 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian100
Date of First Publication: 4 October 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian101
Date of First Publication: 4 October 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian102
Date of First Publication: 4 October 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian103
Date of First Publication: 4 October 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian104
Date of First Publication: 4 October 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian105
Date of First Publication: 4 October 2006   Nation of First Publication: Singapore
Description of Photograph:

**C**

Jennison & Shultz, PC
2001 Jefferson Davis Hwy., Suite 1102
Arlington, VA 22202-3604

**B**

| Title of Photograph | legian106 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 4 | October | 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | legian107 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 4 | October | 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | legian108 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 4 | October | 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | legian109 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 4 | October | 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | legian110 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 4 | October | 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | legian111 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 4 | October | 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | legian112 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 4 | October | 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | legian113 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 4 | October | 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | legian114 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 4 | October | 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | legian115 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 4 | October | 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604