**B**

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | legian116 | | | |
| | Date of First Publication | 4 October 2006 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | legian117 | | | |
| | Date of First Publication | 4 October 2006 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | legian118 | | | |
| | Date of First Publication | 4 October 2006 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | legian119 | | | |
| | Date of First Publication | 4 October 2006 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | legian120 | | | |
| | Date of First Publication | 4 October 2006 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai393 | | | |
| | Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai394 | | | |
| | Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai395 | | | |
| | Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai396 | | | |
| | Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai397 | | | |
| | Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | |

**C**

Name: Jennison & Shultz, PC

Number/Street/Apt: 2001 Jefferson Davis Hwy, Suite 1102

City/State/Zip: Arlington, VA 22202-3604

**B**

Registration for Group of Published Photographs (Continued)

| | |
|---|---|
| Title of Photograph | setai398 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai399 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai400 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai401 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai402 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai403 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai404 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai405 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai406 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai407 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

**C**

Name: Jennison & Shultz, PC

Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip: Arlington, VA 22202-3604

**B** Identification of Group of Published Photographs (continued)

| | | |
|---|---|---|
| Title of Photograph | setai408 | |
| Date of First Publication | 12 December 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | setai409 | |
| Date of First Publication | 12 December 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | setai410 | |
| Date of First Publication | 12 December 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | setai411 | |
| Date of First Publication | 12 December 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | setai412 | |
| Date of First Publication | 12 December 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | setai413 | |
| Date of First Publication | 12 December 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | setai414 | |
| Date of First Publication | 12 December 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | setai415 | |
| Date of First Publication | 12 December 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | setai416 | |
| Date of First Publication | 12 December 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | setai417 | |
| Date of First Publication | 12 December 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | |

**C** Certificate will be mailed in window envelope to this address

Name: Johnson & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph ___ setai418 ___
Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ setai419 ___
Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ setai420 ___
Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ setai421 ___
Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ setai422 ___
Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ setai423 ___
Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ setai424 ___
Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ setai425 ___
Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ setai426 ___
Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ setai427 ___
Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

B

| | |
|---|---|
| Title of Photograph | setai428 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | (retain) |

| | |
|---|---|
| Title of Photograph | mendocino001 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | (retain) |

| | |
|---|---|
| Title of Photograph | mendocino002 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | (retain) |

| | |
|---|---|
| Title of Photograph | mendocino003 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | (retain) |

| | |
|---|---|
| Title of Photograph | mendocino004 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | (retain) |

| | |
|---|---|
| Title of Photograph | mendocino005 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | (retain) |

| | |
|---|---|
| Title of Photograph | mendocino006 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | (retain) |

| | |
|---|---|
| Title of Photograph | mendocino007 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | (retain) |

| | |
|---|---|
| Title of Photograph | mendocino008 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | (retain) |

| | |
|---|---|
| Title of Photograph | mendocino009 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | (retain) |

C

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: mendocino010
Date of First Publication: 12 December 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino011
Date of First Publication: 12 December 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino012
Date of First Publication: 12 December 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino013
Date of First Publication: 12 December 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino014
Date of First Publication: 12 December 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino015
Date of First Publication: 12 December 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino016
Date of First Publication: 12 December 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino017
Date of First Publication: 12 December 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino018
Date of First Publication: 12 December 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino019
Date of First Publication: 12 December 2006
Nation of First Publication: Singapore
Description of Photograph:

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**C**

**B**

Title of Photograph: mendocino020
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino021
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino022
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino023
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino024
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino025
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino026
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino027
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino028
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino029
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

| Number | | |
|---|---|---|
| | Title of Photograph | mendocino030 |
| | Date of First Publication: 12 December 2006 | Nation of First Publication: Singapore |
| | Description of Photograph | |

| | Title of Photograph | mendocino031 |
|---|---|---|
| | Date of First Publication: 12 December 2006 | Nation of First Publication: Singapore |
| | Description of Photograph | |

| | Title of Photograph | mendocino032 |
|---|---|---|
| | Date of First Publication: 12 December 2006 | Nation of First Publication: Singapore |
| | Description of Photograph | |

| | Title of Photograph | mendocino033 |
|---|---|---|
| | Date of First Publication: 12 December 2006 | Nation of First Publication: Singapore |
| | Description of Photograph | |

| | Title of Photograph | mendocino034 |
|---|---|---|
| | Date of First Publication: 12 December 2006 | Nation of First Publication: Singapore |
| | Description of Photograph | |

| | Title of Photograph | mendocino035 |
|---|---|---|
| | Date of First Publication: 12 December 2006 | Nation of First Publication: Singapore |
| | Description of Photograph | |

| | Title of Photograph | mendocino036 |
|---|---|---|
| | Date of First Publication: 12 December 2006 | Nation of First Publication: Singapore |
| | Description of Photograph | |

| | Title of Photograph | mendocino037 |
|---|---|---|
| | Date of First Publication: 12 December 2006 | Nation of First Publication: Singapore |
| | Description of Photograph | |

| | Title of Photograph | mendocino038 |
|---|---|---|
| | Date of First Publication: 12 December 2006 | Nation of First Publication: Singapore |
| | Description of Photograph | |

| | Title of Photograph | mendocino039 |
|---|---|---|
| | Date of First Publication: 12 December 2006 | Nation of First Publication: Singapore |
| | Description of Photograph | |

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

| Number | | |
|---|---|---|
| | Title of Photograph | mendocino040 |
| | Date of First Publication | 12 December 2006 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | mendocino041 |
|---|---|---|
| | Date of First Publication | 12 December 2006 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | mendocino042 |
|---|---|---|
| | Date of First Publication | 12 December 2006 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | mendocino043 |
|---|---|---|
| | Date of First Publication | 12 December 2006 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | mendocino044 |
|---|---|---|
| | Date of First Publication | 12 December 2006 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | mendocino045 |
|---|---|---|
| | Date of First Publication | 12 December 2006 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | mendocino046 |
|---|---|---|
| | Date of First Publication | 12 December 2006 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | mendocino047 |
|---|---|---|
| | Date of First Publication | 12 December 2006 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | mendocino048 |
|---|---|---|
| | Date of First Publication | 12 December 2006 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | mendocino049 |
|---|---|---|
| | Date of First Publication | 12 December 2006 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

B

Name
Jennison & Shultz, PC

Number / Street / Apt
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip
Arlington, VA 22202-3604

C

**B**

Title of Photograph __mendocino050__
Date of First Publication __12__ __December__ __2006__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __mendocino051__
Date of First Publication __12__ __December__ __2006__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __mendocino052__
Date of First Publication __12__ __December__ __2006__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __mendocino053__
Date of First Publication __12__ __December__ __2006__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __mendocino054__
Date of First Publication __12__ __December__ __2006__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __mendocino055__
Date of First Publication __12__ __December__ __2006__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __mendocino056__
Date of First Publication __12__ __December__ __2006__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __mendocino057__
Date of First Publication __12__ __December__ __2006__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __mendocino058__
Date of First Publication __12__ __December__ __2006__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __mendocino059__
Date of First Publication __12__ __December__ __2006__   Nation of First Publication __Singapore__
Description of Photograph _____

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | mendocino060 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino061 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino062 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino063 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino064 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino065 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino066 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino067 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino068 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino069 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

**C**

Name: Jennison & Shultz, PC

Number / Street / Apt:
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip:
Arlington, VA 22202-3604

**B**

Title of Photograph: mendocino070
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino071
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino072
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino073
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino074
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino075
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino076
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino077
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino078
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino079
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

| Number | | |
|---|---|---|
| Title of Photograph | mendocino080 | |
| Date of First Publication | 12 December 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | mendocino081 | |
| Date of First Publication | 12 December 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | mendocino082 | |
| Date of First Publication | 12 December 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | mendocino083 | |
| Date of First Publication | 12 December 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | mendocino084 | |
| Date of First Publication | 12 December 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | mendocino085 | |
| Date of First Publication | 12 December 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | mendocino086 | |
| Date of First Publication | 12 December 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | mendocino087 | |
| Date of First Publication | 12 December 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | mendocino088 | |
| Date of First Publication | 12 December 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | mendocino089 | |
| Date of First Publication | 12 December 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph: mendocino090
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino091
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino092
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino093
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino094
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino095
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino096
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino097
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino098
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino099
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: mendocino100
Date of First Publication: 12 December 2006    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino101
Date of First Publication: 12 December 2006    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino102
Date of First Publication: 12 December 2006    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino103
Date of First Publication: 12 December 2006    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino104
Date of First Publication: 12 December 2006    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino105
Date of First Publication: 12 December 2006    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino106
Date of First Publication: 12 December 2006    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino107
Date of First Publication: 12 December 2006    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino108
Date of First Publication: 12 December 2006    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino109
Date of First Publication: 12 December 2006    Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: mendocino110
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino111
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino112
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino113
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino114
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino115
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino116
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino117
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino118
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino119
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: mendocino120
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino121
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino122
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino123
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino124
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino125
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino126
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino127
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino128
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino129
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: mendocino130
Date of First Publication: 12 December 2006    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino131
Date of First Publication: 12 December 2006    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino132
Date of First Publication: 12 December 2006    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino133
Date of First Publication: 12 December 2006    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino134
Date of First Publication: 12 December 2006    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino135
Date of First Publication: 12 December 2006    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino136
Date of First Publication: 12 December 2006    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino137
Date of First Publication: 12 December 2006    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino138
Date of First Publication: 12 December 2006    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino139
Date of First Publication: 12 December 2006    Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | mendocino140 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino141 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino142 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino143 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino144 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino145 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino146 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604