# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



Acting Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-432-332**

**EFFECTIVE DATE OF REGISTRATION**

12    30    2010
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**Title of This Work ▼**
The Wave Design Pte. Ltd.  Photographs 2005 (B)

**NATURE OF THIS WORK ▼** See instructions
Photographs

**Previous or Alternative Titles ▼**
Group Registration / Published Photos - 394 photographs

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

## 2

**NAME OF AUTHOR ▼**

a   The Wave Design Pte. Ltd.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in  Singapore

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either
of these questions is
"Yes," see detailed
instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Nature of Authorship** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**Name of Author ▼**

b

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either
of these questions is
"Yes," see detailed
instructions.

**Nature of Authorship** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

## 3

a **Year in Which Creation of This Work Was Completed**   2005
Year    in all cases.

b **Date and Nation of First Publication of This Particular Work**   Month July 6   Day Oct. 9   Year 2005
Nation  Singapore

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

THE WAVE DESIGN PTE. LTD.
10A Trengganu Street, Singapore 058464

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
12-30-2010
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ___ pages

EXAMINED BY 

FORM VA

CHECKED BY

CORRESPONDENCE
Yes (In Siebe/N° 1543173304)

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼        **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                      Account Number ▼

Jennison & Shultz, P.C.                      080519

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

John N. Jennison, Esq.
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy., Suite 1102, Arlington, VA 22202-3604

Area code and daytime telephone number  ( 703 ) 415-1640          Fax number  ( 703 ) 415-0788

Email  John@JennisonLaw.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of  THE WAVE DESIGN PTE LTD

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Lee Kar Yin                                                        Date  28 December 2010

Handwritten signature (X) ▼

**CERTIFICATION**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number/Street ▼
2001 Jefferson Davis Hwy., Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

**9**

# CONTINUATION SHEET
# FOR FORM VA
### *for Group Registration of Published Photographs*



Form GR/PPh/CON
UNITED STATES COPYRIGHT OFFICE

VA 1-432-332

USE ONLY WITH FORM VA

**EFFECTIVE DATE OF REGISTRATION**

12        30        2010
(Month)    (Day)    (Year)

**CONTINUATION SHEET RECEIVED**

Page   3   of   43   pages

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form may not be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

---

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

---

## A

*Identification of Application*

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

**Name of Author**        THE WAVE DESIGN PTE. LTD.

**Name of Copyright Claimant**   THE WAVE DESIGN PTE. LTD. ; 10A Trengganu Street, Singapore 058464

---

## B

*Registration for Group of Published Photographs*

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

| Number | | | | |
|---|---|---|---|---|
| | Title of Photograph | muscat149 | | |
| | Date of First Publication | 6 (Month)  July (Day)  2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| Number | | | | |
|---|---|---|---|---|
| | Title of Photograph | muscat150 | | |
| | Date of First Publication | 6 (Month)  July (Day)  2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| Number | | | | |
|---|---|---|---|---|
| | Title of Photograph | muscat151 | | |
| | Date of First Publication | 6 (Month)  July (Day)  2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| Number | | | | |
|---|---|---|---|---|
| | Title of Photograph | muscat152 | | |
| | Date of First Publication | 6 (Month)  July (Day)  2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| Number | | | | |
|---|---|---|---|---|
| | Title of Photograph | muscat153 | | |
| | Date of First Publication | 6 (Month)  July (Day)  2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

**B**

Registration for Group of Published Photographs (continued)

| Title of Photograph | muscat154 | | | | |
| Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | | |

| Title of Photograph | muscat155 | | | | |
| Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | | |

| Title of Photograph | muscat156 | | | | |
| Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | | |

| Title of Photograph | muscat157 | | | | |
| Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | | |

| Title of Photograph | muscat158 | | | | |
| Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | | |

| Title of Photograph | muscat159 | | | | |
| Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | | |

| Title of Photograph | muscat160 | | | | |
| Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | | |

| Title of Photograph | muscat161 | | | | |
| Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | | |

| Title of Photograph | muscat162 | | | | |
| Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | | |

| Title of Photograph | muscat163 | | | | |
| Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | | |

**C**

Certificate will be mailed in window envelope according to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration Published Photographs Continuation

Title of Photograph    muscat164
Date of First Publication   6     July     2005     Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat165
Date of First Publication   6     July     2005     Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat166
Date of First Publication   6     July     2005     Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat167
Date of First Publication   6     July     2005     Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat168
Date of First Publication   6     July     2005     Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat169
Date of First Publication   6     July     2005     Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat170
Date of First Publication   6     July     2005     Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat171
Date of First Publication   6     July     2005     Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat172
Date of First Publication   6     July     2005     Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat173
Date of First Publication   6     July     2005     Nation of First Publication    Singapore
Description of Photograph

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph        muscat174

Date of First Publication    6        July        2005        Nation of First Publication        Singapore
                            (Month)    (Day)    (Year)

Description of Photograph    (Optional)

Registration
for Group of
Published
Photographs
(continued)

Title of Photograph        muscat175

Date of First Publication    6        July        2005        Nation of First Publication        Singapore
                            (Month)    (Day)    (Year)

Description of Photograph    (Optional)

Title of Photograph        muscat176

Date of First Publication    6        July        2005        Nation of First Publication        Singapore
                            (Month)    (Day)    (Year)

Description of Photograph    (Optional)

Title of Photograph        muscat167

Date of First Publication    6        July        2005        Nation of First Publication        Singapore
                            (Month)    (Day)    (Year)

Description of Photograph    (Optional)

Title of Photograph        muscat178

Date of First Publication    6        July        2005        Nation of First Publication        Singapore
                            (Month)    (Day)    (Year)

Description of Photograph    (Optional)

Title of Photograph        muscat179

Date of First Publication    6        July        2005        Nation of First Publication        Singapore
                            (Month)    (Day)    (Year)

Description of Photograph    (Optional)

Title of Photograph        muscat180

Date of First Publication    6        July        2005        Nation of First Publication        Singapore
                            (Month)    (Day)    (Year)

Description of Photograph    (Optional)

Title of Photograph        muscat181

Date of First Publication    6        July        2005        Nation of First Publication        Singapore
                            (Month)    (Day)    (Year)

Description of Photograph    (Optional)

Title of Photograph        muscat182

Date of First Publication    6        July        2005        Nation of First Publication        Singapore
                            (Month)    (Day)    (Year)

Description of Photograph    (Optional)

Title of Photograph        muscat183

Date of First Publication    6        July        2005        Nation of First Publication        Singapore
                            (Month)    (Day)    (Year)

Description of Photograph    (Optional)

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
Jenison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Ave. S.E.
Washington, DC 20559-6000

**B**

Registration for Published Photographs (continued)

Title of Photograph    muscat184
Date of First Publication    6 (Month)    July (Day)    2005 (Year)    Nation of First Publication    Singapore
Description of Photograph    (Optional)

Title of Photograph    muscat185
Date of First Publication    6 (Month)    July (Day)    2005 (Year)    Nation of First Publication    Singapore
Description of Photograph    (Optional)

Title of Photograph    muscat186
Date of First Publication    6 (Month)    July (Day)    2005 (Year)    Nation of First Publication    Singapore
Description of Photograph    (Optional)

Title of Photograph    muscat187
Date of First Publication    6 (Month)    July (Day)    2005 (Year)    Nation of First Publication    Singapore
Description of Photograph    (Optional)

Title of Photograph    muscat188
Date of First Publication    6 (Month)    July (Day)    2005 (Year)    Nation of First Publication    Singapore
Description of Photograph    (Optional)

Title of Photograph    muscat189
Date of First Publication    6 (Month)    July (Day)    2005 (Year)    Nation of First Publication    Singapore
Description of Photograph    (Optional)

Title of Photograph    muscat190
Date of First Publication    6 (Month)    July (Day)    2005 (Year)    Nation of First Publication    Singapore
Description of Photograph    (Optional)

Title of Photograph    muscat191
Date of First Publication    6 (Month)    July (Day)    2005 (Year)    Nation of First Publication    Singapore
Description of Photograph    (Optional)

Title of Photograph    muscat192
Date of First Publication    6 (Month)    July (Day)    2005 (Year)    Nation of First Publication    Singapore
Description of Photograph    (Optional)

Title of Photograph    muscat193
Date of First Publication    6 (Month)    July (Day)    2005 (Year)    Nation of First Publication    Singapore
Description of Photograph    (Optional)

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration
for Group of
Published
Photographs
(continued)

| | |
|---|---|
| Title of Photograph | muscat194 |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) Nation of First Publication Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat195 |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) Nation of First Publication Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat196 |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) Nation of First Publication Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat197 |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) Nation of First Publication Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat198 |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) Nation of First Publication Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat199 |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) Nation of First Publication Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat200 |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) Nation of First Publication Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat201 |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) Nation of First Publication Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat202 |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) Nation of First Publication Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat203 |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) Nation of First Publication Singapore |
| Description of Photograph (Optional) | |

**C**

| | |
|---|---|
| Name ▼ | Jennison & Shultz, PC |
| Number / Street / Apt ▼ | 2001 Jefferson Davis Hwy.; Suite 1102 |
| City / State / Zip ▼ | Arlington, VA 22202-3604 |

Certificate
will be mailed
in window
envelope to
this address

**B**

| | |
|---|---|
| Number | |
| Title of Photograph | muscat204 |
| Date of First Publication | 6 July 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Number | |
| Title of Photograph | muscat205 |
| Date of First Publication | 6 July 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Number | |
| Title of Photograph | muscat206 |
| Date of First Publication | 6 July 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Number | |
| Title of Photograph | muscat207 |
| Date of First Publication | 6 July 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Number | |
| Title of Photograph | muscat208 |
| Date of First Publication | 6 July 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Number | |
| Title of Photograph | muscat209 |
| Date of First Publication | 6 July 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Number | |
| Title of Photograph | muscat210 |
| Date of First Publication | 6 July 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Number | |
| Title of Photograph | muscat211 |
| Date of First Publication | 6 July 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Number | |
| Title of Photograph | muscat212 |
| Date of First Publication | 6 July 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Number | |
| Title of Photograph | muscat213 |
| Date of First Publication | 6 July 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**
Registration for Group of Published Photographs (continued)

| Number | Title of Photograph | muscat214 | | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | muscat215 | | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | muscat216 | | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | muscat217 | | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | muscat218 | | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | muscat219 | | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | muscat220 | | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | muscat221 | | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | muscat222 | | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | muscat223 | | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

**C**

Certificate will be mailed in window envelope to this address:

**Name ▼**
Jeunison & Shultz, PC

**Number / Street / Apt ▼**
2001 Jefferson Davis Hwy., Suite 1102

**City / State / Zip ▼**
Arlington, VA 22202-3604

**B**

| Number | Title of Photograph | muscat224 | | | |
|---|---|---|---|---|---|
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication: Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | Title of Photograph | muscat225 | | | |
|---|---|---|---|---|---|
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication: Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | Title of Photograph | muscat226 | | | |
|---|---|---|---|---|---|
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication: Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | Title of Photograph | muscat227 | | | |
|---|---|---|---|---|---|
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication: Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | Title of Photograph | muscat228 | | | |
|---|---|---|---|---|---|
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication: Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | Title of Photograph | muscat229 | | | |
|---|---|---|---|---|---|
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication: Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | Title of Photograph | muscat230 | | | |
|---|---|---|---|---|---|
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication: Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | Title of Photograph | muscat231 | | | |
|---|---|---|---|---|---|
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication: Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | Title of Photograph | muscat232 | | | |
|---|---|---|---|---|---|
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication: Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | Title of Photograph | muscat233 | | | |
|---|---|---|---|---|---|
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication: Singapore |
| | Description of Photograph (Optional) | | | | |

**C**

Certification

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | Title of Photograph | muscat234 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 6 | July | 2005 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph (Optional) | | | | | |

| | Title of Photograph | muscat235 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 6 | July | 2005 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph (Optional) | | | | | |

| | Title of Photograph | muscat236 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 6 | July | 2005 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph (Optional) | | | | | |

| | Title of Photograph | muscat237 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 6 | July | 2005 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph (Optional) | | | | | |

| | Title of Photograph | muscat238 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 6 | July | 2005 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph (Optional) | | | | | |

| | Title of Photograph | muscat239 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 6 | July | 2005 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph (Optional) | | | | | |

| | Title of Photograph | muscat240 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 6 | July | 2005 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph (Optional) | | | | | |

| | Title of Photograph | muscat241 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 6 | July | 2005 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph (Optional) | | | | | |

| | Title of Photograph | muscat242 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 6 | July | 2005 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph (Optional) | | | | | |

| | Title of Photograph | muscat243 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 6 | July | 2005 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph (Optional) | | | | | |

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

**B**

| Title of Photograph | muscat244 |
|---|---|
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| Title of Photograph | muscat245 |
|---|---|
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| Title of Photograph | muscat246 |
|---|---|
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| Title of Photograph | muscat247 |
|---|---|
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| Title of Photograph | muscat248 |
|---|---|
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| Title of Photograph | muscat249 |
|---|---|
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| Title of Photograph | muscat250 |
|---|---|
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| Title of Photograph | muscat251 |
|---|---|
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| Title of Photograph | muscat252 |
|---|---|
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| Title of Photograph | namhai001 |
|---|---|
| Date of First Publication | 14 (Month) July (Day) 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

**C**

| Name ▼ |
|---|
| Jennison & Shultz, PC |
| Number / Street / Apt ▼ |
| 2001 Jefferson Davis Hwy., Suite 1102 |
| City / State / Zip ▼ |
| Arlington, VA 22202-3604 |

Certificate will be mailed in window envelope to this address

**B**

Title of Photograph __namhai002__

Date of First Publication __14__ (Month) __July__ (Day) __2005__ (Year)   Nation of First Publication __Singapore__

Description of Photograph (Optional) _____

---

Title of Photograph __namhai003__

Date of First Publication __14__ (Month) __July__ (Day) __2005__ (Year)   Nation of First Publication __Singapore__

Description of Photograph (Optional) _____

---

Title of Photograph __namhai004__

Date of First Publication __14__ (Month) __July__ (Day) __2005__ (Year)   Nation of First Publication __Singapore__

Description of Photograph (Optional) _____

---

Title of Photograph __namhai005__

Date of First Publication __14__ (Month) __July__ (Day) __2005__ (Year)   Nation of First Publication __Singapore__

Description of Photograph (Optional) _____

---

Title of Photograph __namhai006__

Date of First Publication __14__ (Month) __July__ (Day) __2005__ (Year)   Nation of First Publication __Singapore__

Description of Photograph (Optional) _____

---

Title of Photograph __namhai007__

Date of First Publication __14__ (Month) __July__ (Day) __2005__ (Year)   Nation of First Publication __Singapore__

Description of Photograph (Optional) _____

---

Title of Photograph __namhai008__

Date of First Publication __14__ (Month) __July__ (Day) __2005__ (Year)   Nation of First Publication __Singapore__

Description of Photograph (Optional) _____

---

Title of Photograph __namhai009__

Date of First Publication __14__ (Month) __July__ (Day) __2005__ (Year)   Nation of First Publication __Singapore__

Description of Photograph (Optional) _____

---

Title of Photograph __namhai010__

Date of First Publication __14__ (Month) __July__ (Day) __2005__ (Year)   Nation of First Publication __Singapore__

Description of Photograph (Optional) _____

---

Title of Photograph __namhai011__

Date of First Publication __14__ (Month) __July__ (Day) __2005__ (Year)   Nation of First Publication __Singapore__

Description of Photograph (Optional) _____

---

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**
Registration
for Group of
Published
Photographs
(continued)

| Number | | |
|---|---|---|
| | Title of Photograph | namhai012 |
| | Date of First Publication 14 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | namhai013 |
| | Date of First Publication 14 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | namhai014 |
| | Date of First Publication 14 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | namhai015 |
| | Date of First Publication 14 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | namhai016 |
| | Date of First Publication 14 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | namhai017 |
| | Date of First Publication 14 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | namhai018 |
| | Date of First Publication 14 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | namhai019 |
| | Date of First Publication 14 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | namhai020 |
| | Date of First Publication 14 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | namhai021 |
| | Date of First Publication 14 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration for Group of Published Photographs (continued)

| Number | Title of Photograph | namhai022 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 14 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | namhai023 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 14 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | namhai024 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 14 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | namhai025 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 14 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | namhai026 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 14 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | namhai027 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 14 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | namhai028 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 14 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | namhai029 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 14 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | namhai030 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 14 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | namhai031 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 14 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE

**B**

Registration for Group of Published Photographs (continued)

Number ▼

Title of Photograph ___ namhai032

Date of First Publication __ 14 ___ July ___ 2005 ___ Nation of First Publication ___ Singapore
(Month)  (Day)  (Year)

Description of Photograph ___ (Optional)

---

Number ▼

Title of Photograph ___ namhai033

Date of First Publication __ 14 ___ July ___ 2005 ___ Nation of First Publication ___ Singapore
(Month)  (Day)  (Year)

Description of Photograph ___ (Optional)

---

Number ▼

Title of Photograph ___ namhai034

Date of First Publication __ 14 ___ July ___ 2005 ___ Nation of First Publication ___ Singapore
(Month)  (Day)  (Year)

Description of Photograph ___ (Optional)

---

Number ▼

Title of Photograph ___ namhai035

Date of First Publication __ 14 ___ July ___ 2005 ___ Nation of First Publication ___ Singapore
(Month)  (Day)  (Year)

Description of Photograph ___ (Optional)

---

Number ▼

Title of Photograph ___ namhai036

Date of First Publication __ 14 ___ July ___ 2005 ___ Nation of First Publication ___ Singapore
(Month)  (Day)  (Year)

Description of Photograph ___ (Optional)

---

Number ▼

Title of Photograph ___ namhai037

Date of First Publication __ 14 ___ July ___ 2005 ___ Nation of First Publication ___ Singapore
(Month)  (Day)  (Year)

Description of Photograph ___ (Optional)

---

Number ▼

Title of Photograph ___ namhai038

Date of First Publication __ 14 ___ July ___ 2005 ___ Nation of First Publication ___ Singapore
(Month)  (Day)  (Year)

Description of Photograph ___ (Optional)

---

Number ▼

Title of Photograph ___ namhai039

Date of First Publication __ 14 ___ July ___ 2005 ___ Nation of First Publication ___ Singapore
(Month)  (Day)  (Year)

Description of Photograph ___ (Optional)

---

Number ▼

Title of Photograph ___ namhai040

Date of First Publication __ 14 ___ July ___ 2005 ___ Nation of First Publication ___ Singapore
(Month)  (Day)  (Year)

Description of Photograph ___ (Optional)

---

Number ▼

Title of Photograph ___ namhai041

Date of First Publication __ 14 ___ July ___ 2005 ___ Nation of First Publication ___ Singapore
(Month)  (Day)  (Year)

Description of Photograph ___ (Optional)

---

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| Title of Photograph | namhai042 | | | |
|---|---|---|---|---|
| Date of First Publication | 14 (Month) | July (Day) | 2005 (Year) | Nation of First Publication   Singapore |
| Description of Photograph (Optional) | | | | |

| Title of Photograph | namhai043 | | | |
|---|---|---|---|---|
| Date of First Publication | 14 | July | 2005 | Nation of First Publication   Singapore |
| Description of Photograph | | | | |

| Title of Photograph | namhai044 | | | |
|---|---|---|---|---|
| Date of First Publication | 14 | July | 2005 | Nation of First Publication   Singapore |
| Description of Photograph | | | | |

| Title of Photograph | namhai045 | | | |
|---|---|---|---|---|
| Date of First Publication | 14 | July | 2005 | Nation of First Publication   Singapore |
| Description of Photograph | | | | |

| Title of Photograph | namhai046 | | | |
|---|---|---|---|---|
| Date of First Publication | 14 | July | 2005 | Nation of First Publication   Singapore |
| Description of Photograph | | | | |

| Title of Photograph | namhai047 | | | |
|---|---|---|---|---|
| Date of First Publication | 14 | July | 2005 | Nation of First Publication   Singapore |
| Description of Photograph | | | | |

| Title of Photograph | namhai048 | | | |
|---|---|---|---|---|
| Date of First Publication | 14 | July | 2005 | Nation of First Publication   Singapore |
| Description of Photograph | | | | |

| Title of Photograph | namhai049 | | | |
|---|---|---|---|---|
| Date of First Publication | 14 | July | 2005 | Nation of First Publication   Singapore |
| Description of Photograph | | | | |

| Title of Photograph | namhai050 | | | |
|---|---|---|---|---|
| Date of First Publication | 14 | July | 2005 | Nation of First Publication   Singapore |
| Description of Photograph | | | | |

| Title of Photograph | namhai051 | | | |
|---|---|---|---|---|
| Date of First Publication | 14 | July | 2005 | Nation of First Publication   Singapore |
| Description of Photograph | | | | |

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

| | | |
|---|---|---|
| **Number** | Title of Photograph | namhai052 |
| | Date of First Publication  14 (Month)  July (Day)  2005 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | |

| | | |
|---|---|---|
| **Number** | Title of Photograph | namhai053 |
| | Date of First Publication  14 (Month)  July (Day)  2005 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | |

| | | |
|---|---|---|
| **Number** | Title of Photograph | namhai054 |
| | Date of First Publication  14 (Month)  July (Day)  2005 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | |

| | | |
|---|---|---|
| **Number** | Title of Photograph | namhai055 |
| | Date of First Publication  14 (Month)  July (Day)  2005 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | |

| | | |
|---|---|---|
| **Number** | Title of Photograph | namhai056 |
| | Date of First Publication  14 (Month)  July (Day)  2005 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | |

| | | |
|---|---|---|
| **Number** | Title of Photograph | namhai057 |
| | Date of First Publication  14 (Month)  July (Day)  2005 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | |

| | | |
|---|---|---|
| **Number** | Title of Photograph | namhai058 |
| | Date of First Publication  14 (Month)  July (Day)  2005 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | |

| | | |
|---|---|---|
| **Number** | Title of Photograph | namhai059 |
| | Date of First Publication  14 (Month)  July (Day)  2005 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | |

| | | |
|---|---|---|
| **Number** | Title of Photograph | namhai060 |
| | Date of First Publication  14 (Month)  July (Day)  2005 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | |

| | | |
|---|---|---|
| **Number** | Title of Photograph | namhai061 |
| | Date of First Publication  14 (Month)  July (Day)  2005 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | |

**B**

Registration for Group of Published Photographs (continued)

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jemison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration
for Group of
Published
Photographs
(continued)

Title of Photograph    namhai062
Date of First Publication    14    July    2005    Nation of First Publication    Singapore
(Month)    (Day)    (Year)
Description of Photograph (Optional)

Number

Title of Photograph    namhai063
Date of First Publication    14    July    2005    Nation of First Publication    Singapore
(Month)    (Day)    (Year)
Description of Photograph (Optional)

Number

Title of Photograph    namhai064
Date of First Publication    14    July    2005    Nation of First Publication    Singapore
(Month)    (Day)    (Year)
Description of Photograph (Optional)

Number

Title of Photograph    namhai065
Date of First Publication    14    July    2005    Nation of First Publication    Singapore
(Month)    (Day)    (Year)
Description of Photograph (Optional)

Number

Title of Photograph    namhai066
Date of First Publication    14    July    2005    Nation of First Publication    Singapore
(Month)    (Day)    (Year)
Description of Photograph (Optional)

Number

Title of Photograph    namhai067
Date of First Publication    14    July    2005    Nation of First Publication    Singapore
(Month)    (Day)    (Year)
Description of Photograph (Optional)

Number

Title of Photograph    namhai068
Date of First Publication    14    July    2005    Nation of First Publication    Singapore
(Month)    (Day)    (Year)
Description of Photograph (Optional)

Number

Title of Photograph    namhai069
Date of First Publication    14    July    2005    Nation of First Publication    Singapore
(Month)    (Day)    (Year)
Description of Photograph (Optional)

Number

Title of Photograph    carcosa001
Date of First Publication    16    September    2005    Nation of First Publication    Singapore
(Month)    (Day)    (Year)
Description of Photograph (Optional)

Number

Title of Photograph    carcosa002
Date of First Publication    16    September    2005    Nation of First Publication    Singapore
(Month)    (Day)    (Year)
Description of Photograph (Optional)

Number

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | carcosa003 |
| Date of First Publication | 16    September    2005 |
| | (Month)    (Day)    (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | setai185 |
| Date of First Publication | 8    October    2005 |
| | (Month)    (Day)    (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | setai186 |
| Date of First Publication | 8    October    2005 |
| | (Month)    (Day)    (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | setai187 |
| Date of First Publication | 8    October    2005 |
| | (Month)    (Day)    (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | setai188 |
| Date of First Publication | 8    October    2005 |
| | (Month)    (Day)    (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | setai189 |
| Date of First Publication | 8    October    2005 |
| | (Month)    (Day)    (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | setai190 |
| Date of First Publication | 8    October    2005 |
| | (Month)    (Day)    (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | setai191 |
| Date of First Publication | 8    October    2005 |
| | (Month)    (Day)    (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | setai192 |
| Date of First Publication | 8    October    2005 |
| | (Month)    (Day)    (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | setai193 |
| Date of First Publication | 8    October    2005 |
| | (Month)    (Day)    (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

**C**

| | |
|---|---|
| Name ▼ | Jennison & Shultz, PC |
| Number / Street / Apt ▼ | 2001 Jefferson Davis Hwy.; Suite 1102 |
| City / State / Zip ▼ | Arlington, VA 22202-3604 |