**B**

| | |
|---|---|
| Title of Photograph | setai194 |
| Date of First Publication | 8 October 2005 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai195 |
| Date of First Publication | 8 October 2005 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai196 |
| Date of First Publication | 8 October 2005 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai197 |
| Date of First Publication | 8 October 2005 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai198 |
| Date of First Publication | 8 October 2005 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai199 |
| Date of First Publication | 8 October 2005 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai200 |
| Date of First Publication | 8 October 2005 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai201 |
| Date of First Publication | 8 October 2005 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai202 |
| Date of First Publication | 8 October 2005 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai203 |
| Date of First Publication | 8 October 2005 Nation of First Publication Singapore |
| Description of Photograph | |

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | setai204 |
| Date of First Publication | 8 (Month) October (Day) 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | setai205 |
| Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai206 |
| Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai207 |
| Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai208 |
| Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai209 |
| Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai210 |
| Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai211 |
| Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai212 |
| Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai213 |
| Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore |
| Description of Photograph | |

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration For Group of Published Photographs (continued)

Title of Photograph — setai214
Date of First Publication — 8 (Month) October (Day) 2005 (Year) Nation of First Publication — Singapore
Description of Photograph (Optional)

Title of Photograph — setai215
Date of First Publication — 8 (Month) October (Day) 2005 (Year) Nation of First Publication — Singapore
Description of Photograph (Optional)

Title of Photograph — setai216
Date of First Publication — 8 (Month) October (Day) 2005 (Year) Nation of First Publication — Singapore
Description of Photograph (Optional)

Title of Photograph — setai217
Date of First Publication — 8 (Month) October (Day) 2005 (Year) Nation of First Publication — Singapore
Description of Photograph (Optional)

Title of Photograph — setai218
Date of First Publication — 8 (Month) October (Day) 2005 (Year) Nation of First Publication — Singapore
Description of Photograph (Optional)

Title of Photograph — setai219
Date of First Publication — 8 (Month) October (Day) 2005 (Year) Nation of First Publication — Singapore
Description of Photograph (Optional)

Title of Photograph — setai220
Date of First Publication — 8 (Month) October (Day) 2005 (Year) Nation of First Publication — Singapore
Description of Photograph (Optional)

Title of Photograph — setai221
Date of First Publication — 8 (Month) October (Day) 2005 (Year) Nation of First Publication — Singapore
Description of Photograph (Optional)

Title of Photograph — setai222
Date of First Publication — 8 (Month) October (Day) 2005 (Year) Nation of First Publication — Singapore
Description of Photograph (Optional)

Title of Photograph — setai223
Date of First Publication — 8 (Month) October (Day) 2005 (Year) Nation of First Publication — Singapore
Description of Photograph (Optional)

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Smits, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
Washington, DC 20559-6000

**B**

Registration for Non-Group of Published (continued)

Title of Photograph   setai224
Date of First Publication   8   October   2005   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   setai225
Date of First Publication   8   October   2005   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   setai226
Date of First Publication   8   October   2005   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   setai227
Date of First Publication   8   October   2005   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   setai228
Date of First Publication   8   October   2005   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   setai229
Date of First Publication   8   October   2005   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   setai230
Date of First Publication   8   October   2005   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   setai231
Date of First Publication   8   October   2005   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   setai232
Date of First Publication   8   October   2005   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   setai233
Date of First Publication   8   October   2005   Nation of First Publication   Singapore
Description of Photograph

**C**

Certification
until the method to all of other procedure in this address

Name ▼
Jennison & Shulze PC

Number / Street / apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai234 | | | | |
| | Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai235 | | | | |
| | Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai236 | | | | |
| | Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai237 | | | | |
| | Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai238 | | | | |
| | Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai239 | | | | |
| | Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai240 | | | | |
| | Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai241 | | | | |
| | Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai242 | | | | |
| | Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai243 | | | | |
| | Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

**C**

Certificate
will be
mailed in
window
envelope

Name ▼
Jenkison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | setai244 |
| Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai245 |
| Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai246 |
| Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai247 |
| Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai248 |
| Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai249 |
| Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai250 |
| Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai251 |
| Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai252 |
| Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai253 |
| Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore |
| Description of Photograph | |

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph _____ setai254 _____
Date of First Publication _____ 8 _____ October _____ 2005 _____ Nation of First Publication _____ Singapore _____
Description of Photograph _____

Title of Photograph _____ setai255 _____
Date of First Publication _____ 8 _____ October _____ 2005 _____ Nation of First Publication _____ Singapore _____
Description of Photograph _____

Title of Photograph _____ setai256 _____
Date of First Publication _____ 8 _____ October _____ 2005 _____ Nation of First Publication _____ Singapore _____
Description of Photograph _____

Title of Photograph _____ setai257 _____
Date of First Publication _____ 8 _____ October _____ 2005 _____ Nation of First Publication _____ Singapore _____
Description of Photograph _____

Title of Photograph _____ setai258 _____
Date of First Publication _____ 8 _____ October _____ 2005 _____ Nation of First Publication _____ Singapore _____
Description of Photograph _____

Title of Photograph _____ setai259 _____
Date of First Publication _____ 8 _____ October _____ 2005 _____ Nation of First Publication _____ Singapore _____
Description of Photograph _____

Title of Photograph _____ setai260 _____
Date of First Publication _____ 8 _____ October _____ 2005 _____ Nation of First Publication _____ Singapore _____
Description of Photograph _____

Title of Photograph _____ setai261 _____
Date of First Publication _____ 8 _____ October _____ 2005 _____ Nation of First Publication _____ Singapore _____
Description of Photograph _____

Title of Photograph _____ setai262 _____
Date of First Publication _____ 8 _____ October _____ 2005 _____ Nation of First Publication _____ Singapore _____
Description of Photograph _____

Title of Photograph _____ setai263 _____
Date of First Publication _____ 8 _____ October _____ 2005 _____ Nation of First Publication _____ Singapore _____
Description of Photograph _____

**C**

Name ▼
Jennison & Shultz, PC
Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102
City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | setai264 |
| Date of First Publication | 8 (Month) October (Day) 2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | setai265 |
| Date of First Publication | 8 (Month) October (Day) 2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | setai266 |
| Date of First Publication | 8 (Month) October (Day) 2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | setai267 |
| Date of First Publication | 8 (Month) October (Day) 2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | setai268 |
| Date of First Publication | 8 (Month) October (Day) 2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | setai269 |
| Date of First Publication | 8 (Month) October (Day) 2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | setai270 |
| Date of First Publication | 8 (Month) October (Day) 2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | setai271 |
| Date of First Publication | 8 (Month) October (Day) 2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | setai272 |
| Date of First Publication | 8 (Month) October (Day) 2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | setai273 |
| Date of First Publication | 8 (Month) October (Day) 2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| Number | Title of Photograph | setai274 | | | |
|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication    Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | Title of Photograph | setai275 | | | |
|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication    Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | Title of Photograph | setai276 | | | |
|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication    Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | Title of Photograph | setai277 | | | |
|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication    Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | Title of Photograph | setai278 | | | |
|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication    Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | Title of Photograph | setai279 | | | |
|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication    Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | Title of Photograph | setai280 | | | |
|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication    Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | Title of Photograph | setai281 | | | |
|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication    Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | Title of Photograph | setai282 | | | |
|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication    Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | Title of Photograph | setai283 | | | |
|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication    Singapore |
| | Description of Photograph (Optional) | | | | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| Title of Photograph | setai284 | |
| Date of First Publication | 8    October    2005 | Nation of First Publication    Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai285 | |
| Date of First Publication | 8    October    2005 | Nation of First Publication    Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai286 | |
| Date of First Publication | 8    October    2005 | Nation of First Publication    Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai287 | |
| Date of First Publication | 8    October    2005 | Nation of First Publication    Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai288 | |
| Date of First Publication | 8    October    2005 | Nation of First Publication    Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai289 | |
| Date of First Publication | 8    October    2005 | Nation of First Publication    Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai290 | |
| Date of First Publication | 8    October    2005 | Nation of First Publication    Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | carcosa004 | |
| Date of First Publication | 16    September    2005 | Nation of First Publication    Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | carcosa005 | |
| Date of First Publication | 16    September    2005 | Nation of First Publication    Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | carcosa006 | |
| Date of First Publication | 16    September    2005 | Nation of First Publication    Singapore |
| Description of Photograph | | |

**C**

Certificate will be mailed in window envelope to this address:

**Name** ▼
Jennison & Shultz, PC

**Number / Street / Apt** ▼
2001 Jefferson Davis Hwy., Suite 1102

**City / State / Zip** ▼
Arlington, VA 22202-3604

**B**

Title of Photograph    carcosa007

Date of First Publication    16    September    2005    Nation of First Publication    Singapore
(Month)    (Day)    (Year)

Description of Photograph
(Optional)

**Registration for Group of Published Photographs (continued)**

Title of Photograph    carcosa008

Date of First Publication    16    September    2005    Nation of First Publication    Singapore
(Month)    (Day)    (Year)

Description of Photograph
(Optional)

Title of Photograph    carcosa009

Date of First Publication    16    September    2005    Nation of First Publication    Singapore
(Month)    (Day)    (Year)

Description of Photograph
(Optional)

Title of Photograph    carcosa010

Date of First Publication    16    September    2005    Nation of First Publication    Singapore
(Month)    (Day)    (Year)

Description of Photograph
(Optional)

Title of Photograph    carcosa011

Date of First Publication    16    September    2005    Nation of First Publication    Singapore
(Month)    (Day)    (Year)

Description of Photograph
(Optional)

Title of Photograph    carcosa012

Date of First Publication    16    September    2005    Nation of First Publication    Singapore
(Month)    (Day)    (Year)

Description of Photograph
(Optional)

Title of Photograph    carcosa013

Date of First Publication    16    September    2005    Nation of First Publication    Singapore
(Month)    (Day)    (Year)

Description of Photograph
(Optional)

Title of Photograph    carcosa014

Date of First Publication    16    September    2005    Nation of First Publication    Singapore
(Month)    (Day)    (Year)

Description of Photograph
(Optional)

Title of Photograph    carcosa015

Date of First Publication    16    September    2005    Nation of First Publication    Singapore
(Month)    (Day)    (Year)

Description of Photograph
(Optional)

Title of Photograph    carcosa016

Date of First Publication    16    September    2005    Nation of First Publication    Singapore
(Month)    (Day)    (Year)

Description of Photograph
(Optional)

**C**

Name ▼
Jemison & Kmitz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | carcosa017 | | | | |
| Date of First Publication | 16 | September | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | carcosa018 | | | | |
| Date of First Publication | 16 | September | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | carcosa019 | | | | |
| Date of First Publication | 16 | September | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | carcosa020 | | | | |
| Date of First Publication | 16 | September | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | carcosa021 | | | | |
| Date of First Publication | 16 | September | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | carcosa022 | | | | |
| Date of First Publication | 16 | September | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | carcosa023 | | | | |
| Date of First Publication | 16 | September | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai291 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai292 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai293 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

**C**

| | |
|---|---|
| Name | Jennison & Shultz, PC |
| Number / Street / Apt | 2001 Jefferson Davis Hwy., Suite 1102 |
| City / State / Zip | Arlington, VA 22202-3604 |

**B**

| | | |
|---|---|---|
| Title of Photograph | setai294 | |
| Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | setai295 | |
| Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | setai296 | |
| Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | setai297 | |
| Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | setai298 | |
| Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | setai299 | |
| Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | setai300 | |
| Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | setai301 | |
| Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | setai302 | |
| Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | setai303 | |
| Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | |

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph ___ setai304
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph (Optional)

Title of Photograph ___ setai305
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph (Optional)

Title of Photograph ___ setai306
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph (Optional)

Title of Photograph ___ setai307
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph (Optional)

Title of Photograph ___ setai308
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph (Optional)

Title of Photograph ___ setai309
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph (Optional)

Title of Photograph ___ setai310
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph (Optional)

Title of Photograph ___ setai311
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph (Optional)

Title of Photograph ___ setai312
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph (Optional)

Title of Photograph ___ setai313
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph (Optional)

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai314 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai315 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai316 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai317 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai318 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai319 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai320 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai321 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai322 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai323 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | setai324 |
| Date of First Publication | 8 October 2005 (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Option) | |

| | |
|---|---|
| Title of Photograph | setai325 |
| Date of First Publication | 8 October 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai326 |
| Date of First Publication | 8 October 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai327 |
| Date of First Publication | 8 October 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai328 |
| Date of First Publication | 8 October 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai329 |
| Date of First Publication | 8 October 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai330 |
| Date of First Publication | 8 October 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai331 |
| Date of First Publication | 8 October 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai332 |
| Date of First Publication | 8 October 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai333 |
| Date of First Publication | 8 October 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| Title of Photograph | setai334 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph | (Optional) | | | | |

| Title of Photograph | setai335 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph | (Optional) | | | | |

| Title of Photograph | setai336 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph | (Optional) | | | | |

| Title of Photograph | setai337 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph | (Optional) | | | | |

| Title of Photograph | setai338 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph | (Optional) | | | | |

| Title of Photograph | setai339 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph | (Optional) | | | | |

| Title of Photograph | setai340 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph | (Optional) | | | | |

| Title of Photograph | setai341 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph | (Optional) | | | | |

| Title of Photograph | setai342 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph | (Optional) | | | | |

| Title of Photograph | setai343 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph | (Optional) | | | | |

**C**

Name ▼
**Jennison & Shultz, PC**

Number / Street / Apt ▼
**2001 Jefferson Davis Hwy., Suite 1102**

City / State / Zip ▼
**Arlington, VA 22202-3604**

**B**

| | | |
|---|---|---|
| Title of Photograph | setai344 | |
| Date of First Publication | 8 October 2005 | Nation of First Publication    Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | setai345 | |
| Date of First Publication | 8 October 2005 | Nation of First Publication    Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | setai346 | |
| Date of First Publication | 8 October 2005 | Nation of First Publication    Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | setai347 | |
| Date of First Publication | 8 October 2005 | Nation of First Publication    Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | setai348 | |
| Date of First Publication | 8 October 2005 | Nation of First Publication    Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | setai349 | |
| Date of First Publication | 8 October 2005 | Nation of First Publication    Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | setai350 | |
| Date of First Publication | 8 October 2005 | Nation of First Publication    Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | setai351 | |
| Date of First Publication | 8 October 2005 | Nation of First Publication    Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | setai352 | |
| Date of First Publication | 8 October 2005 | Nation of First Publication    Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | setai353 | |
| Date of First Publication | 8 October 2005 | Nation of First Publication    Singapore |
| Description of Photograph | | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | setai354 |
| Date of First Publication | 8 October 2005 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai355 |
| Date of First Publication | 8 October 2005 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai356 |
| Date of First Publication | 8 October 2005 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai357 |
| Date of First Publication | 8 October 2005 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai358 |
| Date of First Publication | 8 October 2005 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai359 |
| Date of First Publication | 8 October 2005 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai360 |
| Date of First Publication | 8 October 2005 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai361 |
| Date of First Publication | 8 October 2005 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai362 |
| Date of First Publication | 8 October 2005 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai363 |
| Date of First Publication | 8 October 2005 Nation of First Publication Singapore |
| Description of Photograph | |

**C**

Name ▼
Jemison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai364 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai365 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai366 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai367 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai368 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai369 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai370 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai371 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai372 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai373 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph ___ setai374
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ setai375
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ setai376
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ setai377
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ setai378
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ setai379
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ setai380
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ setai381
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ setai382
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ setai383
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration
for Group of
Published
Photographs
(continued)

| Number | | |
|---|---|---|
| Title of Photograph | setai384 | |
| Date of First Publication | 8 (Month) October (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Option) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai385 | |
| Date of First Publication | 8 (Month) October (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Option) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai386 | |
| Date of First Publication | 8 (Month) October (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Option) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai387 | |
| Date of First Publication | 8 (Month) October (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Option) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai388 | |
| Date of First Publication | 8 (Month) October (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Option) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai389 | |
| Date of First Publication | 8 (Month) October (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Option) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai390 | |
| Date of First Publication | 8 (Month) October (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Option) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai391 | |
| Date of First Publication | 8 (Month) October (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Option) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai392 | |
| Date of First Publication | 8 (Month) October (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Option) | | |

| Number | | |
|---|---|---|
| Title of Photograph | | |
| Date of First Publication | (Month) (Day) (Year) | Nation of First Publication |
| Description of Photograph (Option) | | |

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy ; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604