# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

**VA 1-432-336**

EFFECTIVE DATE OF REGISTRATION

Month **1**  Day **5**  Year **2011**

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** Title of This Work ▼
Wave-s Photographs 2002 (B)

NATURE OF THIS WORK ▼ See Instructions
Photographs

Previous or Alternative Titles ▼
Group Registration / Published Photos 13 photographs

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2** NAME OF AUTHOR ▼
**a** Wave-s  (employer for hire of Masano Kawana)

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR  Citizen of _____
Domiciled in  Singapore

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship  Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☒ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR  Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship  Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

---

**3** **a** Year in Which Creation of This Work Was Completed
2002
This information must be given in all cases.
Year in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month  July  Day  12  Year  2002
Singapore    Nation

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
WAVE-S, 46 South Bridge Road, #04-02 Kingly Building, Singapore 058679

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED  **2011**
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of __ pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
　　Yes

**FORM VA**

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No. If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼ _____ **Year of Registration** ▼ _____

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a

b

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼　Jennison & Shultz, P.C.

**Account Number** ▼　080519

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

John N. Jennison, Esq.
Jennison & Shultz, PC
2001 Jefferson Davis Highway, Suite 1102;  Arlington, Virginia 22202-3604

b

Area code and daytime telephone number　( 703 ) 415-1640　　　　Fax number　( 703 ) 415-0788

Email　John@JennisonLaw.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶ {
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of　WAVE-S

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Lee Kar Yin　　　　　　　　　　　　　　　　　　Date　January 5, 2011

Handwritten signature (X) ▼

X

Certificate
will be
mailed in
window
envelope
to this
address:

**Name** ▼
Jennison & Shultz, P.C.

**Number/Street** ▼
2001 Jefferson Davis Highway, Suite 1102

**City/State/Zip** ▼
Arlington, VA 22202-3604

• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

**MAIL TO**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**9**

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CONTINUATION SHEET
# FOR FORM VA
## *for Group Registration of Published Photographs*

**Form GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

VA 1–432–336

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

*1*  *5*  *2011*

(Month)   (Day)   (Year)

CONTINUATION SHEET RECEIVED

Page  *3*  of  *4*  pages

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form may not be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

## A
**Identification of Application**

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author   **WAVE-S**

Name of Copyright Claimant   **WAVE-S**

## B
**Registration for Group of Published Photographs**

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within a calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

| Number | | |
|---|---|---|
| | Title of Photograph   legianclub016 | |
| | Date of First Publication   July (Month)  12 (Day)  2002 (Year) | Nation of First Publication   Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph   legianclub023 | |
| | Date of First Publication   July (Month)  12 (Day)  2002 (Year) | Nation of First Publication   Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph   legianclub024 | |
| | Date of First Publication   July (Month)  12 (Day)  2002 (Year) | Nation of First Publication   Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph   legianclub025 | |
| | Date of First Publication   July (Month)  12 (Day)  2002 (Year) | Nation of First Publication   Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph   legianclub026 | |
| | Date of First Publication   July (Month)  12 (Day)  2002 (Year) | Nation of First Publication   Singapore |
| | Description of Photograph (Optional) | |

**B**

| Number | Title of Photograph | legianclub027 |
| | Date of First Publication | July 12 2002 Nation of First Publication Singapore |
| | Description of Photograph | |

| Number | Title of Photograph | legianclub028 |
| | Date of First Publication | July 12 2002 Nation of First Publication Singapore |
| | Description of Photograph | |

| Number | Title of Photograph | legianclub029 |
| | Date of First Publication | July 12 2002 Nation of First Publication Singapore |
| | Description of Photograph | |

| Number | Title of Photograph | legianclub030 |
| | Date of First Publication | July 12 2002 Nation of First Publication Singapore |
| | Description of Photograph | |

| Number | Title of Photograph | legianclub031 |
| | Date of First Publication | July 12 2002 Nation of First Publication Singapore |
| | Description of Photograph | |

| Number | Title of Photograph | legianclub032 |
| | Date of First Publication | July 12 2002 Nation of First Publication Singapore |
| | Description of Photograph | |

| Number | Title of Photograph | legianclub033 |
| | Date of First Publication | July 12 2002 Nation of First Publication Singapore |
| | Description of Photograph | |

| Number | Title of Photograph | legianclub034 |
| | Date of First Publication | July 12 2002 Nation of First Publication Singapore |
| | Description of Photograph | |

| Number | Title of Photograph | |
| | Date of First Publication | Nation of First Publication |
| | Description of Photograph | |

| Number | Title of Photograph | |
| | Date of First Publication | Nation of First Publication |
| | Description of Photograph | |

**C**

Name ▼
Jennison & Shultz, P.C.

Number / Street / Apt ▼
2001 Jefferson Davis Highway, Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604





Firefox File Edit View History Bookmarks Tools Window Help 71% Fri 5:37 PM Lee Kar Yin

The Best Of YIRUMA | Yi Gmail WebVoyage Record View 1

cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=1&ti=1,1&SAB1=The Wave Design Pte Ltd&BOOL1=all of these&F Search

Copyright United States Copyright Office

Help | Search | History | Titles | Start Over

# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Builder = (The Wave Design Pte Ltd)[ in Name Claimant ]

Search Results: Displaying 1 of 7 entries

previous next

Labeled View

***The Wave Design Pte. Ltd. Photographs 2005 (B); Group Registration,...***

**Type of Work:** Visual Material

**Registration Number / Date:** VA0001432637 / 2011-02-18

Supplement to: VA0001432332 / 2010

**Application Title:** The Wave Design Pte. Ltd. Photographs 2005 (B); Group Registration, Published Photos - 380 photographs (on original appl.: The Wave Design Pte. Ltd. Photographs 2005 (B); Group Registration, Published Photos - 394 photographs)

**Title:** The Wave Design Pte. Ltd. Photographs 2005 (B); Group Registration, Published Photos - 394 photographs / by The Wave Design Pte. Ltd.

**Notes:** Statement re removal of 14 content titles: setai337 - setai350.

**Copyright Claimant:** The Wave Design Pte. Ltd.

**Supplement to Registration:** VA 1-432-332, 2010

**Names:** Wave Design Pte. Ltd.

previous next

**Save, Print and Email (Help Page)**

# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Builder = (The AND Wave AND Design AND Pte AND Ltd AND Photographs AND 2005 AND B)[in Title (TKEY)]

Search Results: Displaying 1 through 8 of 8 entries.

 previous    next

**Resort results by:**                                                          Set Search Limits

| # | Full Title | Copyright Number | Date |
|---|-----------|------------------|------|
| [ 1 ] | Wave Design Pte. Ltd. photographs 2005 (B) & 8 other titles. | V3610D299 | 2011 |
| [ 2 ] | Wave Design Pte. Ltd. photographs 2005 (B) CA. VA 1-432-637. | V3610D299 | 2011 |
| [ 3 ] | Wave Design Pte. Ltd. photographs 2005 (B): group registration and 31 other titles. | V9906D030 | 2015 |
| [ 4 ] | Wave Design Pte., Ltd. Photographs 2005 (B) : Group Registration / Published Photos - 394 photographs. | VA0001432332 | 2010 |
| [ 5 ] | Wave Design Pte. Ltd. Photographs 2005 (B); Group Registration, Published Photos - 394 photographs / by The Wave Design Pte. Ltd. | VA0001432637 | 2010 |
| [ 6 ] | Wave Design Pte. Ltd. photographs 2005 (B) / Reg. VA1432332. | V9928D237 | 2015 |
| [ 7 ] | Wave Design Pte. Ltd. photographs 2005 (B) / Reg. VA1432637. | V9928D237 | 2015 |
| [ 8 ] | Wave Design Pte. Ltd. photographs 2005 (B). VA 1-432-332. | V3610D299 | 2011 |

**Resort results by:**                                                          Set Search Limits



**Public Catalog**

Copyright Catalog (1978 to present)
Search Request: Builder = (The Wave Design Pte Ltd Photographs 2005 B)[ in Title ]
Search Results: Displaying 2 of 8 entries

*The Wave Design Pte. Ltd. photographs 2005 (B) CA. VA 1-432-637.*

| | |
|---|---|
| **Type of Work:** | Recorded Document |
| **Document Number:** | V3610D299 |
| **Date of Recordation:** | 2011-11-15 |
| **Entire Copyright Document:** | V3610 D299 P1-3 |
| **Registration Number Not Verified:** | VA 1-432-637. |
| **Title:** | The Wave Design Pte. Ltd. photographs 2005 (B) CA. VA 1-432-637. |

**Title appears in Document:**

| # | Full Title |
|---|---|
| [ 1 ] | Wave Design Pte. Ltd. photographs 2005 (B) & 8 other titles. |

| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format   Full Record   Format for Print/Save |



This list contains titles in document **V3610D299**

Document title: The Wave Design Pte. Ltd. photographs 2005 (B) & 8 other titles.

The complete document is: **V3610 D299 P1-3**

---

List of titles:

001 The Wave Design Pte. Ltd. photographs 2005 (B). VA 1-432-332.

002 The Wave Design Pte. Ltd. photographs 2005 (B) CA. VA 1-432-637.

003 The Wave Design Pte. Ltd. photographs 2006. VA 1-432-330.

004 The Wave Design Pte. Ltd. photographs 2007 (A). VA 1-432-326.

005 The Wave Design Pte. Ltd. photographs 2007 (B). VA 1-432-327.

006 The Wave Design Pte. Ltd. unpublished photographs 2005 (C). VAu 1-055-458.

007 The Wave Design Pte. Ltd. unpublished photographs 2005 (D). VAu 1-055-459.

008 The Wave Design Pte. Ltd. unpublished setai0183 : 0184. VAu 1-060-180.

009 The Wave Design Pte. Ltd. published legian 121. VA 1-765-854.

---

End of titles list for document **V3610D299**

*This is not a legal document.*

**How to obtain a copy of a recorded document: http://www.copyright.gov/circs/circ06.pdf**

*U.S. Copyright Office*

*101 Independence Ave., S.E.*

*Washington, D.C. 20559-6000*

*(202) 707-3000*



🍎 Firefox  File  Edit  View  History  Bookmarks  Tools  Window  Help                    Fri 5:37 PM  Lee Kar Yin

# Copyright
### United States Copyright Office

**Help** | **Search** | **History** | **Titles** | **Start Over**

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (The Wave Design Pte Ltd)[ in Name Claimant  ]
Search Results: Displaying 1 of 7 entries

[previous]  [next]

**Labeled View**

*The Wave Design Pte. Ltd. Photographs 2005 (B); Group Registration,...*

**Type of Work:** Visual Material
**Registration Number / Date:** VA0001432637 / 2011-02-18
Supplement to: VA0001432332 / 2010
**Application Title:** The Wave Design Pte. Ltd. Photographs 2005 (B); Group Registration, Published Photos - 380 photographs (on original appl.: The Wave Design Pte. Ltd. Photographs 2005 (B); Group Registration, Published Photos - 394 photographs)
**Title:** The Wave Design Pte. Ltd. Photographs 2005 (B); Group Registration, Published Photos - 394 photographs / by The Wave Design Pte. Ltd.
**Notes:** Statement re removal of 14 content titles: setai337 - setai350.
**Copyright Claimant:** The Wave Design Pte. Ltd.
**Supplement to Registration:** VA 1-432-332, 2010
**Names:** Wave Design Pte. Ltd.

[previous]  [next]

**Save, Print and Email (Help Page)**



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (The AND Wave AND Design AND Pte AND Ltd AND Photographs AND 2005 AND B)[in Title (TKEY)]
Search Results: Displaying 1 through 8 of 8 entries.

◁ previous    next ▷

Resort results by:                                                                      Set Search Limits

| # | Full Title | Copyright Number | Date |
|---|---|---|---|
| [ 1 ] | Wave Design Pte. Ltd. photographs 2005 (B) & 8 other titles. | V3610D299 | 2011 |
| [ 2 ] | Wave Design Pte. Ltd. photographs 2005 (B) CA. VA 1-432-637. | V3610D299 | 2011 |
| [ 3 ] | Wave Design Pte. Ltd. photographs 2005 (B): group registration and 31 other titles. | V9906D030 | 2015 |
| [ 4 ] | Wave Design Pte., Ltd. Photographs 2005 (B) : Group Registration / Published Photos - 394 photographs. | VA0001432332 | 2010 |
| [ 5 ] | Wave Design Pte. Ltd. Photographs 2005 (B); Group Registration, Published Photos - 394 photographs / by The Wave Design Pte. Ltd. | VA0001432637 | 2010 |
| [ 6 ] | Wave Design Pte. Ltd. photographs 2005 (B) / Reg. VA1432332. | V9928D237 | 2015 |
| [ 7 ] | Wave Design Pte. Ltd. photographs 2005 (B) / Reg. VA1432637. | V9928D237 | 2015 |
| [ 8 ] | Wave Design Pte. Ltd. photographs 2005 (B). VA 1-432-332. | V3610D299 | 2011 |

Resort results by:                                                                      Set Search Limits



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (The Wave Design Pte Ltd Photographs 2005 B)[ in Title ]
Search Results: Displaying 2 of 8 entries

*The Wave Design Pte. Ltd. photographs 2005 (B) CA. VA 1-432-637.*

**Type of Work:** Recorded Document
**Document Number:** V3610D299
**Date of Recordation:** 2011-11-15
**Entire Copyright Document:** V3610 D299 P1-3
**Registration Number Not Verified:** VA 1-432-637.
**Title:** The Wave Design Pte. Ltd. photographs 2005 (B) CA. VA 1-432-637.

**Title appears in Document:**

| # | Full Title |
|---|---|
| [ 1 ] | Wave Design Pte. Ltd. photographs 2005 (B) & 8 other titles. |

**Save, Print and Email (Help Page)**
Select Download Format  Full Record    Format for Print/Save



This list contains titles in document **V3610D299**

Document title: The Wave Design Pte. Ltd. photographs 2005 (B) & 8 other titles.

The complete document is: **V3610 D299 P1-3**

_____

List of titles:

001  The Wave Design Pte. Ltd. photographs 2005 (B). VA 1-432-332.

002  The Wave Design Pte. Ltd. photographs 2005 (B) CA. VA 1-432-637.

003  The Wave Design Pte. Ltd. photographs 2006. VA 1-432-330.

004  The Wave Design Pte. Ltd. photographs 2007 (A). VA 1-432-326.

005  The Wave Design Pte. Ltd. photographs 2007 (B). VA 1-432-327.

006  The Wave Design Pte. Ltd. unpublished photographs 2005 (C). VAu 1-055-458.

007  The Wave Design Pte. Ltd. unpublished photographs 2005 (D). VAu 1-055-459.

008  The Wave Design Pte. Ltd. unpublished setai0183 : 0184. VAu 1-060-180.

009  The Wave Design Pte. Ltd. published legian 121. VA 1-765-854.

_____

End of titles list for document **V3610D299**

*This is not a legal document.*

**How to obtain a copy of a recorded document: http://www.copyright.gov/circs/circ06.pdf**

*U.S. Copyright Office*

*101 Independence Ave., S.E.*

*Washington, D.C. 20559-6000*

*(202) 707-3000*

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

**VA 1-433-816**

EFFECTIVE DATE OF REGISTRATION

MAY    2    2013
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

Title of This Work ▼
Wave-s Photographs 2002 (C)

NATURE OF THIS WORK ▼ See Instructions
Photographs

Previous or Alternative Titles ▼
Group Registration/Published Photos - 6 photographs

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

NAME OF AUTHOR ▼

**a** Wave-s (employer for hire of Masano Kawana)

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in   Singapore

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes    ☒ No
Pseudonymous?    ☐ Yes    ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☒ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes    ☐ No
Pseudonymous?    ☐ Yes    ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**3**

**a** Year in Which Creation of This Work Was Completed
2002
This information must be given in all cases.
Year

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month July 12-20    Day    Year 2002
Singapore

**4**

See Instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

The Wave Studio, LLC; One Barkley Avenue, White Plains, NY 10601

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

By written agreement.

APPLICATION RECEIVED
5/2/2013

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED
5/2/2013

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE H
Page 1 of 4 p

EXAMINED BY    FOR

CHECKED BY

☑ CORRESPONDENCE
Yes

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                    Account Number ▼

Jennison & Shultz, P.C.            080519                                **a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

John N. Jennison, Esq.                                                    **b**
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy.; Suite 1102. Arlington, VA 22202-3604

Area code and daytime telephone number    ( 703 ) 415-1640        Fax number    ( 703 ) 415-0788

Email   John@JennisonLaw.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶   { ☐ author
                     ☐ other copyright claimant
                     ☐ owner of exclusive right(s)
                     ☑ authorized agent of   The Wave Studio, LLC
                                             Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Lee Kar Yin                                              Date    4/30/2013

Handwritten signature (X) ▼

X

Certificate        Name ▼
will be           Jennison & Shultz, PC
mailed in
window            Number/Street/Apt ▼
envelope          2001 Jefferson Davis Hwy.; Suite 1102
to this
address:          City/State/ZIP ▼
                  Arlington, VA 22202-3604

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CONTINUATION SHEET
# FOR FORM VA
## *for Group Registration of Published Photographs*

**Form GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

VA 1 – 433 – 816

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

MAY        2        2013

(Month)        (Day)        (Year)

CONTINUATION SHEET RECEIVED

5/2/2013

Page  3  of  4  pages

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form *may not* be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

## A
Identification of Application

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author        Wave-s

Name of Copyright Claimant        The Wave Studio, LLC; One Barkley Avenue, White Plains, NY 10601

## B
Registration for Group of Published Photographs

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

**Number 1**
Title of Photograph    legianclub035
Date of First Publication    July    12    2002    Nation of First Publication    Singapore
Description of Photograph

**Number 2**
Title of Photograph    legianclub036
Date of First Publication    July    12    2002    Nation of First Publication    Singapore
Description of Photograph

**Number 3**
Title of Photograph    legianclub037
Date of First Publication    July    12    2002    Nation of First Publication    Singapore
Description of Photograph

**Number 4**
Title of Photograph    legianclub038
Date of First Publication    July    12    2002    Nation of First Publication    Singapore
Description of Photograph

**Number 5**
Title of Photograph    legianclub039
Date of First Publication    July    12    2002    Nation of First Publication    Singapore
Description of Photograph

**B**

Registration
for Group of
Published
Photographs
(continued)

| Number | | | | |
|---|---|---|---|---|
| **6** | Title of Photograph | lalu159 | | |
| | Date of First Publication | July | 20 | 2002 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | |
| | Description of Photograph | (Optional) | | |

| Number | | | | |
|---|---|---|---|---|
| | Title of Photograph | | | |
| | Date of First Publication | | | | Nation of First Publication | |
| | | (Month) | (Day) | (Year) | |
| | Description of Photograph | (Optional) | | |

| Number | | | | |
|---|---|---|---|---|
| | Title of Photograph | | | |
| | Date of First Publication | | | | Nation of First Publication | |
| | | (Month) | (Day) | (Year) | |
| | Description of Photograph | (Optional) | | |

| Number | | | | |
|---|---|---|---|---|
| | Title of Photograph | | | |
| | Date of First Publication | | | | Nation of First Publication | |
| | | (Month) | (Day) | (Year) | |
| | Description of Photograph | (Optional) | | |

| Number | | | | |
|---|---|---|---|---|
| | Title of Photograph | | | |
| | Date of First Publication | | | | Nation of First Publication | |
| | | (Month) | (Day) | (Year) | |
| | Description of Photograph | (Optional) | | |

| Number | | | | |
|---|---|---|---|---|
| | Title of Photograph | | | |
| | Date of First Publication | | | | Nation of First Publication | |
| | | (Month) | (Day) | (Year) | |
| | Description of Photograph | (Optional) | | |

| Number | | | | |
|---|---|---|---|---|
| | Title of Photograph | | | |
| | Date of First Publication | | | | Nation of First Publication | |
| | | (Month) | (Day) | (Year) | |
| | Description of Photograph | (Optional) | | |

| Number | | | | |
|---|---|---|---|---|
| | Title of Photograph | | | |
| | Date of First Publication | | | | Nation of First Publication | |
| | | (Month) | (Day) | (Year) | |
| | Description of Photograph | (Optional) | | |

| Number | | | | |
|---|---|---|---|---|
| | Title of Photograph | | | |
| | Date of First Publication | | | | Nation of First Publication | |
| | | (Month) | (Day) | (Year) | |
| | Description of Photograph | (Optional) | | |

| Number | | | | |
|---|---|---|---|---|
| | Title of Photograph | | | |
| | Date of First Publication | | | | Nation of First Publication | |
| | | (Month) | (Day) | (Year) | |
| | Description of Photograph | (Optional) | | |

**C**

Certificate
will be mailed
in window
envelope to
this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**YOU MUST:**
• Complete all necessary spaces
• Sign your application

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1 Application form
2 Nonrefundable fee in check or
money order payable to Register of
Copyrights
3 Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Tuple*

Acting United States Register of Copyrights and Director



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**VA 1-437-151**



| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

**SEPT 09 2015**
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**

Title of Work ▼
The Wave Design Pte. Ltd. - datai105

Registration Number of the Basic Registration ▼
VA 1-824-376

Year of Basic Registration ▼
2012

Name(s) of Author(s) ▼
The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)

Name(s) of Copyright Claimant(s) ▼
The Wave Studio, LLC

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 2        Line Heading or Description Author

Incorrect Information as It Appears in Basic Registration ▼
The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)

Corrected Information ▼
The Wave Studio PTE. LTD. (employer for hire of Masano Kawana)

Explanation of Correction ▼
An error was made in identifying the author. The identified author The Wave Design Pte. Ltd. changed its name to The Wave Studio PTE. LTD. as of July 27, 2007. Therefore, the correct author should have been identified as The Wave Studio PTE. LTD.

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____        Line Heading or Description _____

Amplified Information and Explanation of Information ▼

---

MORE ON BACK ▶    • Complete all applicable spaces (D-G) on the reverse side of this page.
                  • See detailed instructions.    • Sign the form at Space F.

DO NOT WRITE HERE

Page 1 of  2  pages


American LegalNet, Inc.
www.FormsWorkFlow.com

FORM CA RECEIVED
SEP 0 9 2015

FORM CA

FUNDS RECEIVED DATE
9/9/15

EXAMINED BY

CORRESPONDENCE ☐

FOR
COPYRIGHT
OFFICE USE
ONLY

REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION   ☑ YES   ☐ NO

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**Continuation of:** ☐ Part B *or* ☐ Part C

**D**

**Correspondence:** Give name and address to which correspondence about this application should be sent.

Sophie Cohen
Cobalt LLP
918 Parker Street, Building A21
Berkeley, CA  94710
Phone ( 510 )841-9800          Fax ( 510 ) 295-2401          Email sophie@cobaltlaw.com

**Deposit Account:** If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name Mitchell Silberberg & Knupp LLP

Account Number 55387

**E**

**Certification*** I, the undersigned, hereby certify that I am the: (Check only one)
☐ author                        ☐ owner of exclusive right(s)
☐ other copyright claimant    ☒ duly authorized agent of   The Wave Studio PTE. LTD.
                                              Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name ▼**
Vijay Toke

**Date ▼**
9/4/2015

**Handwritten signature (X) ▼**

**F**

**Certificate**
**will be**
**mailed in**
**window**
**envelope**
**to this**
**address:**

Name ▼
Sophie Cohen, Cobalt LLP

Number/Street/Apt ▼
918 Parker Street, Building A21

City/State/ZIP ▼
Berkeley, CA  94710

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in Space F
**SEND ALL ELEMENTS IN THE**
**SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or
   money order payable to Register of
   Copyrights
**MAIL TO:**
Library of Congress
Copyright Office-RACO
101 Independence Avenue SE
Washington, DC 20559

**G**

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA–Full   Rev: 10/2011 Printed on recycled paper

U.S. Government Printing Office: 2011·xxx-xxx/xx,xxx

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

## VA 1-758-524

**Effective date of
registration:**

February 18, 2011

---

## Title

Title of Work: Wave-s Photographs 2004 (B)

Previous or Alternative Title: Group Registration / Published Photos - 14 photographs

Nature of Work: Photographs

## Completion/Publication

Year of Completion: 2004

Date of 1st Publication: May 30, 2004          Nation of 1st Publication: Singapore

## Author

■      Author: Wave-s (employer for hire of Masano Kawana)

Author Created: Photographs

Work made for hire: Yes

Domiciled in: Singapore

Anonymous: No                    Pseudonymous: No

## Copyright claimant

Copyright Claimant: WAVE-S

46 South Bridge Road, #04-02, Kingly Building, 058679, Singapore

## Limitation of copyright claim

Previously registered: No

## Certification

Name: Lee Kar Yin

Date: February 17, 2011

---

**Registration #:**   VA0001758524
**Service Request #:**   1-570833555



Jennison & Shultz, P.C.
Attn: John N. Jennison, Esq.
2001 Jefferson Davis Hwy., Suite 1102
Arlington, VA 22202-3604

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

## VA 1-765-854

**Effective date of registration:**

January 10, 2011

---

## Title

| | |
|---|---|
| **Title of Work:** | The Wave Design Pte. Ltd. published legian 121 |
| **Nature of Work:** | photograph |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2006 | | |
| **Date of 1st Publication:** | October 4, 2006 | **Nation of 1st Publication:** | Singapore |

## Author

| | |
|---|---|
| ■ **Author:** | The Wave Design Pte. Ltd. |
| **Author Created:** | Photograph |
| **Work made for hire:** | Yes |
| **Domiciled in:** | Singapore |
| **Anonymous:** | No | **Pseudonymous:** No |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | THE WAVE DESIGN PTE. LTD. |
| | 10A Trengganu Street, Singapore, 058679 |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |

## Certification

| | |
|---|---|
| **Name:** | Lee Kar Yin |
| **Date:** | December 28, 2010 |

**Registration #:**   VA0001765854
**Service Request #:**   1-546889984



Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy; Suite II 02
Arlington, VA 2202-3604

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-824-376

**Effective date of
registration:**

June 5, 2012

## Title ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**Title of Work:** The Wave Design Pte. Ltd. - datai105

## Completion/Publication ━━━━━━━━━━━━━━━━━━━━━━━━

**Year of Completion:** 2005

**Date of 1st Publication:** August 10, 2005    **Nation of 1st Publication:** Singapore

## Author ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

■    **Author:** The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)

**Author Created:** photograph(s)

**Work made for hire:** Yes

**Domiciled in:** Singapore

## Copyright claimant ━━━━━━━━━━━━━━━━━━━━━━━━━━

**Copyright Claimant:** THE WAVE STUDIO, LLC

One Barkley Avenue, White Plains, NY, 10601

**Transfer Statement:** By written agreement

## Certification ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**Name:** John Jennison

**Date:** June 5, 2012

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-825-249

**Effective date of registration:**

June 5, 2012

## Title

Title of Work: The Wave Design Pte. Ltd. - detai104

## Completion/Publication

Year of Completion: 2005

Date of 1st Publication: August 10, 2005          Nation of 1st Publication: Singapore

## Author

■ Author: The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)

Author Created: photograph(s)

Work made for hire: Yes

Domiciled in: Singapore

## Copyright claimant

Copyright Claimant: THE WAVE STUDIO, LLC

One Barkley Avenue, White Plains, NY, 10601

Transfer Statement: By written agreement

## Limitation of copyright claim

Material excluded from this claim: detai085 photo

Previous registration and year: VA 1-432-331     2010

New material included in claim: photograph(s)

## Certification

Name: John Jennison

Date: June 5, 2012

Correspondence: Yes

**Registration #:**   VA0001825249
**Service Request #:**  1-776639512

Jennison & Shultz, P.C.
John N. Jennison
2001 Jefferson Davis Hwy.
Suite 1102
Arlington, VA 22202-3604

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

VA 1-825-264

Effective date of registration:

June 4, 2012

## Title

**Title of Work:** The Wave Design Pte. Ltd. - andaman067

## Completion/Publication

**Year of Completion:** 2005

**Date of 1st Publication:** August 10, 2005        **Nation of 1st Publication:** Singapore

## Author

**Author:** The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)

**Author Created:** photograph(s)

**Work made for hire:** Yes

**Domiciled in:** Singapore

## Copyright claimant

**Copyright Claimant:** THE WAVE STUDIO, LLC

One Barkley Avenue, White Plains, NY, 10601

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** andaman006 photo

**Previous registration and year:** VA 1-432-332        2010

**New material included in claim:** photograph(s)

## Certification

**Name:** John Jennison

**Date:** June 4, 2012

**Correspondence:** Yes

Page 1 of 1

Registration #:   VA0001825264
Service Request #:   1-776145042

Jennison & Shultz, P.C.
John N. Jennison
2001 Jefferson Davis Hwy.
Suite 1102
Arlington, VA 22202-3604

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-825-429**

**Effective date of registration:**

May 31, 2012

## Title

**Title of Work:** Wave-s Photographs 2004 (D) - chediclub141

## Completion/Publication

**Year of Completion:** 2004

**Date of 1st Publication:** August 12, 2004        **Nation of 1st Publication:** Singapore

## Author

■ **Author:** Wave-s (employer for hire of Masano Kawana)

**Author Created:** photograph(s)

**Work made for hire:** Yes

**Domiciled in:** Singapore

## Copyright claimant

**Copyright Claimant:** THE WAVE STUDIO, LLC

One Barkley Avenue, White Plains, NY, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** photo: chediclub033

**Previous registration and year:** VA 1-432-329    2010

**New material included in claim:** photograph(s)

## Certification

**Name:** John Jennison

**Date:** August 1, 2012

**Correspondence:** Yes

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-825-431

**Effective date of registration:**

May 31, 2012

---

## Title

**Title of Work:** Wave-s Photographs 2004 (C) - legian122

## Completion/Publication

**Year of Completion:** 2004

**Date of 1st Publication:** August 12, 2004    **Nation of 1st Publication:** Singapore

## Author

**Author:** Wave-s (employer for hire of Masano Kawana)

**Author Created:** photograph(s)

**Work made for hire:** Yes

**Domiciled in:** Singapore

## Copyright claimant

**Copyright Claimant:** THE WAVE STUDIO, LLC

One Barkley Avenue, White Plains, NY, United States

**Transfer Statement:** by written agreement

## Certification

**Name:** John Jennison

**Date:** August 1, 2012

---

**Correspondence:** Yes

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-829-021**

**Effective date of
registration:**

August 27, 2012

---

## Title

Title of Work: The Wave Design Pte. Ltd. - andaman068

## Completion/Publication

Year of Completion: 2005

Date of 1st Publication: August 10, 2005          Nation of 1st Publication: Singapore

## Author

■          Author: The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)

Author Created: photograph(s)

Work made for hire: Yes

Domiciled in: Singapore

## Copyright claimant

Copyright Claimant: THE WAVE STUDIO, LLC

One Barkley Avenue, White Plains, NY, 10601

Transfer Statement: By written agreement

## Limitation of copyright claim

Material excluded from this claim: andaman052 photo

Previous registration and year: VA 1-432-332    2010

New material included in claim: photograph(s)

## Certification

Name: John Jennison

Date: June 26, 2012

---

Page 1 of 1

**Registration #:**   VA0001829021
**Service Request #:**   1-786544322



Jennison & Shultz, P.C.
John N. Jennison
2001 Jefferson Davis Hwy.
Suite 1102
Arlington, VA 22202-3604

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-842-228

**Effective date of registration:**

December 6, 2012

---

## Title

Title of Work: The Wave Design Pte. Ltd. - bkk018 - bkk025

## Completion/Publication

Year of Completion: 2007

Date of 1st Publication: February 7, 2007        Nation of 1st Publication: Singapore

## Author

- Author: The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)

  Author Created: photograph(s)

  Work made for hire: Yes

  Domiciled in: Singapore

## Copyright claimant

Copyright Claimant: THE WAVE STUDIO, LLC

One Barkley Avenue, White Plains, NY, 10601

Transfer Statement: By written agreement

## Certification

Name: John Jennison

Date: December 6, 2012

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-842-230

**Effective date of
registration:**

December 6, 2012

## Title

**Title of Work:** Wave-s Photographs 2004 - chiangmai239

## Completion/Publication

**Year of Completion:** 2004

**Date of 1st Publication:** October 20, 2004        **Nation of 1st Publication:** Singapore

## Author

**Author:** Wave-s (employer for hire of Masano Kawana)

**Author Created:** photograph(s)

**Work made for hire:** Yes

**Domiciled in:** Singapore

## Copyright claimant

**Copyright Claimant:** THE WAVE STUDIO, LLC

One Barkley Avenue, White Plains, NY, 10601

**Transfer Statement:** By written agreement

## Certification

**Name:** John Jennison

**Date:** December 6, 2012

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-857-706**

**Effective date of
registration:**

April 16, 2013

---

### Title

**Title of Work:** Wave-S Photographs 2002 - lalu159

### Completion/Publication

**Year of Completion:** 2002

**Date of 1st Publication:** July 20, 2002     **Nation of 1st Publication:** Singapore

### Author

■  **Author:** Wave-S (employer for hire of Masano Kawana)

**Author Created:** photograph(s)

**Work made for hire:** Yes

**Domiciled in:** Singapore

### Copyright claimant

**Copyright Claimant:** THE WAVE STUDIO, LLC

One Barkley Avenue, White Plains, NY, 10601

**Transfer Statement:** By written agreement

### Certification

**Name:** John Jennison

**Date:** April 16, 2013

---



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Keyword = setai 1182
Search Results: Displaying 4 of 1982 entries

**‹ previous**  **next ›**

**Labeled View**

*setai1182.*

| | |
|---|---|
| **Relevance:** | |
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0001942993 / 2014-12-31 |
| **Application Title:** | The Wave Design Pte. Ltd. - setai1182. |
| **Title:** | setai1182. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | THE WAVE STUDIO, LLC, Transfer: By written agreement. Address: One Barkley Avenue, White Plains, NY, 10601. |
| **Date of Creation:** | 2007 |
| **Date of Publication:** | 2007-04-27 |
| **Nation of First Publication:** | Singapore |
| **Authorship on Application:** | The Wave Design Pte. Ltd., employer for hire; Domicile: Singapore. Authorship: photograph(s) |
| **Previous Registration:** | 2010, VA 1-432-331. |
| **Pre-existing Material:** | setai 090 photo. |
| **Basis of Claim:** | photograph(s) |
| **Names:** | The Wave Design Pte. Ltd. |
| | THE WAVE STUDIO, LLC |

**‹ previous**  **next ›**

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

## VAu 1-055-458

**Effective date of
registration:**

February 18, 2011

---

## Title

| | |
|---|---|
| Title of Work: | The Wave Design Pte. Ltd. Unpublished photographs 2005 (C) setai429 - setai803 |
| Previous or Alternative Title: | Group Registration / Unpublished Photos - 375 photographs |
| Nature of Work: | photographs |

## Completion/Publication

Year of Completion: 2005

## Author

■ Author: The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)

Author Created: Photographs

Work made for hire: Yes

Domiciled in: Singapore

Anonymous: No                         Pseudonymous: No

## Copyright claimant

Copyright Claimant: THE WAVE DESIGN PTE. LTD.

10A Trengganu Street, Singapore 058464

## Limitation of copyright claim

Previously registered: No

## Certification

Name: Lee Kar Yin, authorized agent of The Wave Design Pte. Ltd.

Date: February 18, 2011

---

Registration #:  VAU001055458
Service Request #:  1-571517046



Jennison & Shultz, P.C.
Attn: John N. Jennison, Esq.
2001 Jefferson Davis Hwy., Suite 1102
Arlington, VA 22202-3604

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

**VAu 1-055-459**

**Effective date of registration:**

February 18, 2011

## Title

**Title of Work:** The Wave Design Pte. Ltd. Unpublished photographs 2005 (D) setai804 - setai958, setai960 - setai1179

**Previous or Alternative Title:** Group Registration / Unpublished Photos - 375 photographs

**Nature of Work:** photographs

## Completion/Publication

**Year of Completion:** 2005

## Author

- **Author:** The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)

  **Author Created:** Photographs

  **Work made for hire:** Yes

  **Domiciled in:** Singapore

  **Anonymous:** No                    **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** THE WAVE DESIGN PTE. LTD.

10A Trengganu Street, Singapore 058464

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Lee Kar Yin, authorized agent of The Wave Design Pte. Ltd.

**Date:** February 18, 2011

**Registration #:** VAU001055459

**Service Request #:** 1-571517011

Jennison & Shultz, P.C.
Attn: John N. Jennison
2001 Jefferson Davis Hwy., Suite 1102
Arlington, VA 22202-3604

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marie A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

**VAu 1-057-927**

**Effective date of
registration:**

December 30, 2010

## Title ─────────────────────────

Title of Work: The Wave Pte. Ltd. unpublished setat 182

Nature of Work: photograph

## Completion/Publication ─────────────

Year of Completion: 2005

## Author ─────────────────────────

- Author: The Wave Pte. Ltd.

Author Created: photograph

Work made for hire: Yes

Domiciled in: Singapore

Anonymous: No                     Pseudonymous: No

## Copyright claimant ──────────────────

Copyright Claimant: The Wave Pte. Ltd.

36 Sago Street, Singapore, 059027

## Limitation of copyright claim ──────────

Previously registered: No

## Certification ──────────────────────

Name: Lee Kar Yin

Date: December 29, 2010



Registration #:   VAU001057927
Service Request #:   1-543670416

Jennison & Schultz, P.C.
2001 Jefferson Davis Highway, Suite 1102
Arlington, VA 22202-3604

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

## VAu 1-060-180

**Effective date of
registration:**

December 30, 2010

---

## Title

| | |
|---|---|
| **Title of Work:** | The Wave Design Pte. Ltd. unpublished setaiO183; 0184 |
| **Nature of Work:** | photographs |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2005 |

## Author

| | |
|---|---|
| ■   **Author:** | The Wave Design Pte. Ltd. |
| **Author Created:** | Photograph |
| **Work made for hire:** | Yes |
| **Anonymous:** | No | **Pseudonymous:** No |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | THE WAVE DESIGN PTE. LTD. |
| | 10A Trengganu Street, Singapore, 058464 |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |

## Certification

| | |
|---|---|
| **Name:** | Lee Kar Yin |
| **Date:** | December 29, 2010 |

Registration #:   VAU001060180
Service Request #:   1-543670205



Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy., Suite 1102
Arlington, VA 22202-3604

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

# VAu 1-060-182

**Effective date of registration:**

December 30, 2010

## Title ───────────────────────

Title of Work: Wave-s unpublished setai959
Nature of Work: photograph

## Completion/Publication ───────────

Year of Completion: 2004

## Author ──────────────────────

■    Author: Wave-s
Author Created: Photograph

Work made for hire: Yes
Domiciled in: Singapore

Anonymous: No                    Pseudonymous: No

## Copyright claimant ─────────────

Copyright Claimant: WAVE-S
                    46 South Bridge Road, #04-02, Kingly Building, Singapore, 058679

## Limitation of copyright claim ─────

Previously registered: No

## Certification ────────────────

Name: Lee Kar Yin
Date: December 29, 2010

Registration #:   VAU001060182
Service Request #:   1-543670466



Jennison & Shultz, P.C.
2001 Jefferson Davis Highway, Suite 1 102
Arlington, VA 22202-3604

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-110-867

**Effective date of
registration:**

September 7, 2012

## Title

**Title of Work:** The Wave Design Pte. Ltd. - Unpublished Photograph setai1180

## Completion/Publication

**Year of Completion:** 2005

## Author

■      **Author:** The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)

**Author Created:** photograph(s)

**Work made for hire:** Yes

**Domiciled in:** Singapore

## Copyright claimant

**Copyright Claimant:** THE WAVE STUDIO, LLC

One Barkley Avenue, White Plains, NY, 10601

**Transfer Statement:** By written agreement

## Certification

**Name:** John Jennison

**Date:** September 7, 2012

Registration #:   VAU001110867
Service Request #:   1-820050022



Jennison & Shultz, P.C.
John N. Jennison
2001 Jefferson Davis Hwy.
Suite 1102
Arlington, VA 22202-3604

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-144-751**

**Effective date of
registration:**

July 19, 2013

---

## Title

**Title of Work:** The Wave Design Pte. Ltd. - Unpublished setai1181

## Completion/Publication

**Year of Completion:** 2005

## Author

- **Author:** The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)

  **Author Created:** photograph(s)

  **Work made for hire:** Yes

  **Domiciled in:** Singapore

## Copyright claimant

**Copyright Claimant:** THE WAVE STUDIO, LLC

One Barkley Avenue, White Plains, NY, 10601

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** setai287 photo

**Previous registration and year:** VA 1-432-332    2010

**New material included in claim:** photograph(s)

## Certification

**Name:** John N. Jennison

**Date:** July 19, 2013

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay H. Teeter*

Acting United States Register of Copyrights and Director



# Form CA
### For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**VAu 758 – 175**

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

SEPT 09 2005
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## A

**Title of Work ▼**
The Wave Design Pte. Ltd. Unpublished photographs 2005 (C) setai429 - setai803

**Registration Number of the Basic Registration ▼**
VAu 1-055-458

**Year of Basic Registration ▼**
2011

**Name(s) of Author(s) ▼**
The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)

**Name(s) of Copyright Claimant(s) ▼**
The Wave Design Pte. Ltd.

## B

**Location and Nature of Incorrect Information in Basic Registration ▼**
Line Number 4 *and 3       Line Heading or Description Claimant *and Author

**Incorrect Information as It Appears in Basic Registration ▼**
The Wave Design Pte. Ltd.

**Corrected Information ▼**
The Wave Studio PTE. LTD.

**Explanation of Correction ▼**
An error was made in identifying the claimant. The identified claimant The Wave Design Pte. Ltd. changed its name to The Wave Studio PTE. LTD. as of July 27, 2007. Therefore, the correct claimant should have been identified as The Wave Studio PTE. LTD. *Correct Author should alsobbe identified as The Wave Studio PTE LTD.

## C

**Location and Nature of Information in Basic Registration to be Amplified ▼**
Line Number _____       Line Heading or Description _____

**Amplified Information and Explanation of Information ▼**



American LegalNet, Inc.
www.FormsWorkFlow.com

*Amended by C.O., per authority of Travis
Manfredi, authorized agent of The Wave
Studio PTE. LTD.

FORM CA RECEIVED

FORM CA

SEP 0 9 2015

FUNDS RECEIVED DATE

9/9/2015

EXAMINED BY

CORRESPONDENCE ☐

FOR
COPYRIGHT
OFFICE USE
ONLY

REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION  ☑ YES  ☐ NO

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Continuation of: ☐ Part B *or* ☐ Part C

**D**

**Correspondence** Give name and address to which correspondence about this application should be sent.

Sophie Cohen
Cobalt LLP
918 Parker Street, Building A21
Berkeley, CA 94710
Phone ( 510 )841-9800        Fax ( 510 ) 295-2401        Email sophie@cobaltlaw.com

**Deposit Account:** If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name Mitchell Silberberg & Knupp LLP

Account Number 55387

**E**

**Certification** I, the undersigned, hereby certify that I am the: (Check only one)
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ duly authorized agent of  The Wave Studio PTE. LTD.
                             Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼
Vijay Toke

Date ▼
9/4/2015

Handwritten signature (X) ▼

**F**

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Sophie Cohen, Cobalt LLP

Number/Street/Apt ▼
918 Parker Street, Building A21

City/State/ZIP ▼
Berkeley, CA 94710

YOU MUST:
• Complete all necessary spaces
• Sign your application in Space F
SEND ALL ELEMENTS IN THE
SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or
   money order payable to Register of
   Copyrights
MAIL TO:
Library of Congress
Copyright Office-RACO
101 Independence Avenue SE
Washington, DC 20559

**G**

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

Form CA-Full  Rev: 10/2011 Printed on recycled paper

U.S. Government Printing Office: 2011-xxx-xxx/xx,xxx