# EXHIBIT 3





Firefox File Edit View History Bookmarks Tools Window Help
54% U.S. Mon 27 Apr 3:53 PM Lee Kar Yin
27/4/2020 3:53 PM
Booking.com: Hotels in Cavelo
The Leela Goa, Cavelossim – U
https://www.booking.com/hotel/in/the-leela-goa.en-gb.html?label=gen173nr-
67%
Booking.com
S$
List your property
Register
Sign in
Stays
Flights
Car rentals
Attractions
Airport taxis
We understand your travel plans may be affected by Coronavirus (COVID-19). Please check for travel restrictions before booking and travelling to an accommodation. Travel may be permitted only for certain purposes and in particular, touristic travel may not be allowed. For existing bookings, Contact the property you've booked or visit our Help Centre for support changing your reservation.
The Leela Goa (Resort), Cavelossim (India) deals
Reserve
We Price Match
Search
Cavelossim
Wednesday 9 September
Thursday 10 September
2 adults
No children
1 room
Search
Show on map
Info & prices
Facilities
House rules
The fine print
Guest reviews (718)
The Leela Goa
Great for two travellers
Beachfront · Private beach
Airport shuttle
Mobor, 403731 Cavelossim, India – Excellent location - show map
Reserve
We Price Match
https://r-ak.bstatic.com/images/hotel/max400/342/34261055.jpg

Firefox File Edit View History Bookmarks Tools Window Help 42% U.S. Sat 30 Jan 1:46 AM Lee Kar Yin

American Airlines : Hotels in Ca

30/1/2021 1:46 AM

https://www.bookaahotels.com/searchresults.en-us.html?sid=80a08fc2788add50 90%

US$ U.S. Dollar | English (US)

American Airlines | Powered by Booking.com

Find deals | Destination inspiration | Manage my booking

Coronavirus (COVID-19) support

Home > India > Goa > Cavelossim > Search results

**Search**

Destination/property name:
Cavelossim

Check-in date
Sunday, August 8, 2021

Check-out date
Monday, August 9, 2021

1-night stay

2 adults

No children | 1 room

I'm traveling for work

Search

Stay flexible with free cancellation. Read more.

Only show properties with free

AAdvantage

**Book your hotel with us and earn up to 10,000 miles per night on select properties**

Enter your AAdvantage® number when booking and receive miles in 6-8 weeks.

## Cavelossim: 14 properties found

Map View

Nearby Beaches: Cavelossim Beach | Mobor Beach

Our Top Picks | Entire homes & apartments | Price (lowest first) | Review Score & Price | •••

Showing AAdvantage properties

**The Leela Goa** ★★★★★

Cavelossim Beach, Cavelossim · Show on map · 3.1 km from center
· Beachfront

Wonderful 9.2
712 reviews

**Lagoon Terrace Room** –
Hotel room
1 king bed

**FREE cancellation**
You can cancel later, so lock in this great price today!

1 night, 2 adults
**US$186**
includes taxes and charges

See availability >

https://www.bookaahotels.com/hotel/in/the-leela-goa.en-us.html?aid=366304&sid=80a08fc2788add5074e14caa3...276538413_2_0_0_1357000&srepoch=1611942375&srpvid=20cf7cf33b4e0083&ucfs=1&from=searchresults#hotelTmpl

Firefox  File  Edit  View  History  Bookmarks  Tools  Window  Help

American Airlines : Hotels in C... ✕    The Leela Goa, Cavelossim – U... ✕    +

https://www.bookaahotels.com/hotel/in/the-leela-goa.en-us.html?aid=366304

Page Info — https://www.bookaahotels.com/hotel/in/the-leela-goa.en-us.html?aid=366304;sid=80a08fc2788add5071e14caa39540bd66;all_sr_blocks=25165401_276538413_2_0_0;checkin=2021-08-08...

General  **Media**  Permissions  Security

| Address | Type |
|---|---|
| https://cf.bstatic.com/xdata/images/hotel/max1024x768/34261022.jpg?k=693977f345e861a3e3dd85fe5ae2216743a51cb92665207810761ba26a369318o= | Image |
| https://cf.bstatic.com/xdata/images/hotel/max1024x768/34261043.jpg?k=18a147a0e6c3a46811aadbaf78efbf0327940f4c5252fa6966a7ee566099d42038o= | Image |
| https://cf.bstatic.com/xdata/images/hotel/max1024x768/34261051.jpg?k=3a4440614 2c88b49f1610d6e9ec637c401e177cab3f4f4bfa238936941473dceb&o= | Image |
| https://cf.bstatic.com/xdata/images/hotel/max1024x768/34261021.jpg?k=ab5f4eaff20a2aa7f4cce66f4943070a70211f43f8f89f9f2b1aa8cbd4d4c5668o= | Image |
| https://cf.bstatic.com/xdata/images/hotel/square60/34261037.jpg?k=ca6568f46c55cacee852980171f23a07c72f0ba6336d82b42073ff4d1aed0b0418o= | Image |
| https://cf.bstatic.com/xdata/images/hotel/square60/34261041.jpg?k=c77c1d43df7a281361 8bf0b22db977b9d84a636b89dc7f658cf9cb64462380a&o= | Image |

Location:    https://cf.bstatic.com/xdata/images/hotel/max1024x768/34261022.jpg?k=693977f345e861a3e3dd85fe5ae2216743a51cb92665207810761ba26a369318o=
Type:    JPEG image
Size:    63.02 KB (64,529 bytes)
Dimensions:    1,024px × 680px (scaled to 413px × 274px)
Associated Text:    Photo of Club Suite with 2 way Private Airport Transfer #3



Select All    Save As...

30/1/2021  1:48 AM



2/25/2021

The Lalu, Sun Moon Lake Hotel (Nantou) - Deals, Photos & Reviews

Q  The Lalu, Sun Moon Lake

📅 Check-in    📅 Check-out    Map    Check-in

👥 2 adults
1 room

SEARCH

Rooms    Facilities    Reviews    Children and extra beds

Home  >  Taiwan Hotels (19,582)  >  Nantou Hotels (1,007)  >  Book The Lalu, Sun Moon Lake

See all 1,007 properties in Nantou



"The food are really nice especially the Chinese restaurant - everything tasted really good!"
Andès · September 3, 2017

SEE ALL 53 PHOTOS

Excellent
/10 (474 reviews)

View 6 ⭐    Breakfast 1 ⭐
Food & Dining 1 ⭐

Free Wi-Fi

The Lalu, Sun Moon Lake ⭐⭐⭐⭐⭐
No.142, Zhongzing Rd., Sun Moon Lake, Nantou, Taiwan, 555 · SEE MAP

SEE MAP

9.4    Exceptional
📍 Location rating score
📍 Exceptional location
📍 Popular neighbourhood

Property highlights

🔑 Front desk [24-hour]     🌿 Close to Yuchi Wenwu Temple
Hassle-free check-in        Within 670 m of property

🅿️ Parking                                              FREE

Popular landmarks

Wellness

Everything you need for a rejuvenating retreat for both body and spirit.

🧖 Spa & Beauty      🏋️ Workout and Leisure
  · Massage           · Fitness center
  · Spa               · Swimming pool [outdoor]

| Yuchi Wenwu Temple | 670 m |
| Xiangshan Visitor Center❤️ | 1.54 km |
| Formosan Aboriginal Culture Vil... | 3.72 km |
| Chung Tai World Museum | 17.08 km |
| Xitou Nature Education Area | 23.9 km |
| Xitou Monster Village❤️ | 23.99 km |
| Hohuan Mountain (Hehuanshan) | 28.5 km |
| Small Swiss Garden❤️ | 32.23 km |
| Cingjing Veterans Farm❤️ | 33.71 km |
| Ali Mountain (Alishan) | 40.15 km |

Nearby landmarks

| Christian Church | 100 m |
| Hanbi Trail | 200 m |
| Maihe Garden | 210 m |
| Shuishe Pier | 320 m |
| Sun Moon Lake Butterfly Garden | 370 m |
| Sun Moon Lake | 370 m |
| Shuishe Visitors Center | 400 m |

SEE NEARBY PLACES

Amenities

See all amenities

Things you will love

🚌 400 meters to           🛫 Airport transfer       📍 Located in heart
public                                                of Nantou
transportation

Available in all rooms      🍽️ Dining, drinking, and snacking   📶 Internet access        Things to do, ways to relax     📶 Free Wi-Fi in all
❄️ Air conditioning           🛒 Grocery delivery               📶 Wi-Fi in public areas     🏋️ Fitness center              rooms!
🛁 Bathrobes                 🍴 Restaurants                                               🛁 Hot tub

This is a popular property. Don't miss out!

Back to room choices  |  Dismiss    BACK TO TOP ⬆️



The Lalu, Sun Moon Lake Hotel (Nantou) - Deals, Photos & Reviews

2/25/2021

Q  The Lalu, Sun Moon Lake

Rooms    Facilities    Reviews    Children and extra beds    Map    Check-in

Check-in    Check-out    2 adults 1 room    SEARCH

BACK TO TOP

Location rating    9.4

Nearest airport    Taichung Airport (RMQ)

Distance to airport    53.6 Km

This is a popular property. Don't miss out!    Back to room choices  |  Dismiss

2/15

2/25/2021

The Lalu, Sun Moon Lake Hotel (Nantou) - Deals, Photos & Reviews

Q The Lalu, Sun Moon Lake

Rooms    Facilities    Reviews    Children and extra beds    Map    Check-in    [ ] Check-in    [ ] Check-out    ⌂ 2 adults / 1 room    ▶    SEARCH

BACK TO TOP





**Pool Villa**
🛏 Garden view
🚪 Balcony/terrace
🛏 1 double bed
Enter dates to see prices

**Suite Lake View**
⬚ Room size 83 m²/893 ft²
🏞 Lake view
🛏 1 double bed
Enter dates to see prices

**Lakeside Suite**
⬚ Room size 83 m²/893 ft²
🏞 Partial lake view
🛏 1 double bed
Enter dates to see prices

**Suite Courtyard**
⬚ Room size 83 m²/893 ft²
🏞 Garden view
🛏 1 king bed
Enter dates to see prices

**COURTYARD SUITE (ONE ROOM)**
⬚ Room size 82 m²/883 ft²
🚪 Balcony/terrace
🛏 1 queen bed
Enter dates to see prices

**Lakeside Quadruple Room**
⬚ Room size 122 m²/1313 ft²
🛏 2 single beds and 1 queen b...
Enter dates to see prices

**Lakeview Suite**
⬚ Room size 83 m²/893 ft²
🛏 1 queen bed
Enter dates to see prices

**Quadruple Room with Lake View**
⬚ Room size 122 m²/1313 ft²
🛏 2 single beds and 1 queen b...
Enter dates to see prices

**Double Room with Lake View**
⬚ Room size 83 m²/893 ft²
🛏 1 queen bed
Enter dates to see prices

**Double Room with Lake View**
⬚ Room size 83 m²/893 ft²
🛏 1 queen bed
Enter dates to see prices

## What people love about The Lalu, Sun Moon Lake

10.0 Exceptional
"This is definitely worthy, everything was wonderful."
Andrei | September...

10.0 Exceptional
"The exterior was very nice throughout our stay."

8.8 Excellent
"Comfy room with stunning view. Food is good too."
Wing | November 29,...

Back to room choices | Dismiss

This is a popular property. Don't miss out!



https://www.agoda.com/the-lalu-sun-moon-lake/hotel/nantou-tw.html

2/25/2021

The Lalu, Sun Moon Lake Hotel (Nantou) - Deals, Photos & Reviews



Q The Lalu, Sun Moon Lake

Rooms   Facilities   Reviews   Children and extra beds   Map   Check-in

🛏 Check-in    🛏 Check-out    👤 2 adults / 1 room    SEARCH

Bigger than          Better than         Better than         Better than
99 %                 98 %                98 %                96 %
of Nantou properties of Nantou properties of Nantou properties of Nantou properties

Up to 30% off with Agoda Insider Deals!
Prices drop the moment you sign in!

Sign in now ❯

Overall rating:
8.9  Excellent
474 reviews

Cleanliness          9.1
Facilities           8.8
Location             9.4

Read all reviews ❯

What travelers say they love:

Highly recommended to have meal there if you visit Sun Moon...

Aridas from Hong Kong
Family with young children

More about
The Lalu, Sun Moon Lake

Dating back to 1901, this 5-star hotel overlooking the mystical Sun Moon Lake was once the favorite summer getaway of Taiwanese President Chiang Kai Shek. After being renovated, the contrasting light and shadow details accentuate the hotel's sleek, minimalist décor, creating a mood enhancing Zen experience. Choose from a suite or get a courtyard villa with its own private swimming pool attached. All the rooms are elaborately designed and feature Bose stereo systems and Asian flourishes. Some rooms even come with stone fireplaces, and the balconies are adorned with bonsai trees.

Show less ▲

Most talked about facilities

🍴 Food & Dining        🖼 View               ☕ Breakfast          🏊 Swimming Pool
6 mentions              6 mentions            4 mentions           1 mention

This is a popular property. Don't miss out!

Back to room choices  |  Dismiss

BACK TO TOP ⌃

2/25/2021

The Lalu, Sun Moon Lake Hotel (Nantou) - Deals, Photos & Reviews



🔍 The Lalu, Sun Moon Lake

👤 2 adults
1 room   ▾

| Rooms | Facilities | Reviews | Children and extra beds | Map | Check-in | Check-out |

SEARCH

BACK TO TOP ⌃

English | Chinese (Mandarin) | Japanese

**Accessibility**
⊘ Elevator
⊘ Facilities for disabled guest...
⊘ Wheelchair accessible

**Internet access**
📶 Free Wi-Fi in all rooms!
📶 Wi-Fi in public areas

**Things to do, ways to relax**
🏃 Fitness center
♨ Hot tub
💆 Massage
💆 Spa
🏊 Swimming pool [outdoor]
🚶 Tours

**Dining, drinking and snacking**
🛒 Grocery delivery
🍴 Restaurants
🛎 Room service

**Services and conveniences**
🛎 Concierge
🧹 Daily housekeeping
🧺 Dry cleaning
🔒 Safety deposit boxes
🧺 Laundry service
🧳 Luggage storage
🐾 Pets allowed
🚭 Smoke-free property
🚭 Smoking area
🛎 Front desk [24-hour]

**Getting around**
🚌 Airport transfer
🅿 Car park [free of charge]
🚌 Shuttle service
🚕 Taxi service
🅿 Valet parking

**Available in all rooms**
❄ Air conditioning
🚪 Bathrobes
🛁 Bathtub
🪟 Blackout curtains
👕 Clothes rack
🍵 Complimentary tea
🛏 Desk
💧 Free bottled water
📺 Satellite/cable channels
🛁 Hair dryer
📶 Internet access – wireless
📶 LAN Internet in room [free]
🛏 Linens
🍷 Mini bar
🪞 Mirror
🚭 Non-smoking
❄ Refrigerator
🚿 Separate shower/bathtub
🚿 Shower
🥿 Slippers
☎ Telephone
🧴 Toiletries
🛏 Towels
📶 Wi-Fi [free]
☕ Free instant coffee

Show less ▲

**Nearest essentials**

✈ Airports
Taichung Airport (RMQ)    Chiayi Airport (CYI)
53.6 km   🕐 1.2 hours        68.7 km

🚍 Public transportation
Shuttle Visitor Center Bus    Jiji Train Station
Station    13.3 km
470 m

🏥 Hospital or clinic
Puli Christian Hospital
12.5 km

🏪 Convenience store

This is a popular property. Don't miss out!

Back to room choices  |  Dismiss

5/15

https://www.agoda.com/the-lalu-sun-moon-lake/hotel/nantou-tw.html

The Lalu, Sun Moon Lake Hotel (Nantou) - Deals, Photos & Reviews

Q The Lalu, Sun Moon Lake

🔍 Check-in     📅 Check-out     ►     👥 2 adults / 1 room     SEARCH

Rooms   Facilities   Reviews   Children and extra beds   Map   Check-in

BACK TO TOP ⚲

Distances shown are straight-line distances on the map. Actual travel distances may vary.

Show less ▲

What's nearby

∞  **Popular landmarks**

Yuchi Wenwu Temple - 670 m

Xiangshan Visitor Center - 1.54 km

Formosan Aboriginal Culture Village - 3.72 km

Chung Tai World Museum - 17.08 km

Xitou Nature Education Area - 23.9 km

Xitou Monster Village - 23.99 km

Hehuan Mountain (Hehuanshan) - 28.5 km

Small Swiss Garden - 32.23 km

Cingjing Veterans Farm - 33.71 km

Ali Mountain (Alishan) - 40.11 km.

**Nearby landmarks**

Christian Church - 100 m

Hanbi Trail - 200 m

Meihe Garden - 210 m

Shezhui Pier - 320 m

Sun Moon Lake Butterfly Garden - 370 m

Sun Moon Lake - 370 m

Shueishe Vistors Center - 400 m

Shueishe Visitor Center Bus Station - 410 m

Longfeng Temple - 520 m

Sun Moon Village Shueiwatou Trail - 550 m

Distances shown are straight-line distances on the map. Actual travel distances may vary.

Show less ▲

This is a popular property. Don't miss out!                 Back to room choices  |  Dismiss

2/25/2021

The Lalu, Sun Moon Lake Hotel (Nantou) - Deals, Photos & Reviews



🔍 The Lalu, Sun Moon Lake          👥 2 adults, 1 room          SEARCH

📅 Check-in          📅 Check-out

Rooms    Facilities    Reviews    Children and extra beds    Map    Check-in                                    BACK TO TOP ⌃

🧒 Infant 0–1 year(s)                    **Stay for free if using existing bedding.**
                                         Baby cot/crib available upon request

🧒 Children 2–11 year(s)                 **Stay for free if using existing bedding.**
                                         Extra beds may be requested directly from this property; additional
                                         charges may apply

👤 Guests 12 years and older are         Extra beds may be requested directly from the property; additional
   considered as adults                  charges may apply

**Others**

• Pets are strictly prohibited at the property, with the exception of guide dogs.
• Maximum children allowed per room is 1.
• Children under 3 years old will receive a meal free of charge.
• Children 4-11 years old will be charged TWD 429 for breakfast per day.
• Airport transfer is available at an additional charge, with additional conditions. Please contact the property for more
  details in advance.
• When booking more than 5 rooms, different policies and additional supplements may apply.

Extra beds, if available, are dependent on the room you choose. Please ask the property for more details.

☐ ASK THE PROPERTY

Show less ▲

**Some helpful facts**

**Check-in/Check-out**

🕒 Check-in from: 03:00 PM
🕒 Check-out until: 12:00 PM

**The property**

🚭 Non-smoking rooms/floors: Yes
🍸 Number of bars/lounges: 1
🏢 Number of floors: 8
🍴 Number of restaurants: 5
🛏 Number of rooms: 96
⚡ Room voltage: 110 / 220
🏨 Year property opened: 2002
🔧 Most recent renovation: 2011

Show less ▲

## Compare to other recommended properties

*This is a popular property. Don't miss out*



The Lalu, Sun Moon Lake          Fleur De Chine Hotel          The Crystal Resort Sun Moon
★★★★★                            ★★★★★                         Lake
                                                               ★★★★★

TWxxTBxxB@Canlive

Back to room choices  |  Dismiss

https://www.agoda.com/the-lalu-sun-moon-lake/hotel/nantou-tw.html

Q The Lalu, Sun Moon Lake     ☷ Check-in    ☷ Check-out    ▸    ⚇ 2 adults 1 room    SEARCH

| Neighborhood | Sun Moon Lake | Rooms | Facilities | Reviews | Children and extra beds | Yuchi Township | Map | Check-in | Sun Moon Lake | BACK TO TOP ⚐ |

Select dates     View property     View property     View property

# Reviews of The Lalu, Sun Moon Lake from real guests ⓘ

Provided by verified guests of

**AGODA REVIEWS (474)**    ADDITIONAL REVIEWS (298)

**8.9**/10

**Excellent**

● From 474 reviews

High score for Nantou

| | | Rating | Time of the year |
|---|---|---|---|
| Cleanliness | 9.1 | Facilities | 8.8 | ☐ 9+ Exceptional (175) | ☐ Mar - May (75) |
| Location | 9.4 | Room comfort and quality | 9.4 | ☐ 8-9 Excellent (77) | ☐ Jun - Aug (89) |
| Service | 9.3 | Value for money | 8.1 | ☐ 7-8 Very Good (33) | ☐ Sep - Nov (83) |
| | | | | ☐ 6-7 Good (10) | ☐ Dec - Feb (68) |
| | | | | ☐ <6 Below Expectation (19) | |

⏱ Don't miss out! Users are booking a place in **Nantou** every 1 minutes on Agoda.com

| All reviews | Breakfast (4) | All room types | chinese restaurant (10) | lake view (7) | All languages | Food & Dining (6) | View (6) |

Show reviews that mention    Swimming pool (1)

1 2 3 4 5    Sort by   Most helpful ✓

Showing 315 verified guest comments

**10.0 Exceptional**

KENNETH from United States

⚇ Couple

☐ Lakeside Suite

☐ Stayed 3 nights in July 2017

**"Wonderful experience"**

Lalu has the best location overlooking Sun Moon Lake. Facilities and staffs are both very nice. The Spa is a bit pricey but offers great services and wonderful massage and great view over the lake. It's both relaxing and romantic. Few things that we were not so impressed by are cooking at the Chinese restaurant at Building B is so amature and no where close to the overall standard of Lalu; we booked from Avoca and asked for higher level in the building. With the hotel less than a third full, we were placed in a room close to bottom of the building and had to suffer interruption to our view of the Lake.

Reviewed July 09, 2017

Did you find this review helpful? YES | NO

This is a popular property. Don't miss out!     Back to room choices | Dismiss

https://www.agoda.com/the-lalu-sun-moon-lake/hotel/nantou-tw.html

The Lalu, Sun Moon Lake Hotel (Nantou) - Deals, Photos & Reviews

Q The Lalu, Sun Moon Lake        📅 Check-in    📅 Check-out

Rooms   Facilities   Reviews   Children and extra beds   Map   Check-in

👥 2 adults
1 room

SEARCH

BACK TO TOP ⇧



☐ Couple
🏔 Suite Lake View
📅 Stayed 2 nights in May 2012

It was such a treat for the senses to stay at the lalu.. calming, soothing, and quiet with every detail, from the architecture to the service. In our opinion, the best way to enjoy sun moon lake is from the massive patio of one of lalu's lakeview suites, things that stand out... our very warm welcome to the hotel nearly put me in tears by the time we were guided to our room to see its unbeatable view of the lake, music created especially for the hotel, the old bonsai tree on our patio, viewing and listening to the rain, very comfortable bed, borrowed art books from their library, hot bath overlooking lake from suite, cool dip in the heated infinity pool, delicious dinner at their western restaurant (we were told, headed by a canadian chef), a kind send off before we were shuttled back to the bus station.

Reviewed May 23, 2012

Did you find this review helpful?  YES | NO

**"Fabulous!"**

10.0 Exceptional

Andes from Hong Kong
👪 Family with young children
🏔 Lakeside Suite
📅 Stayed 1 night in August 2017

This is definitely worthy, everything was wonderful. Spectacular Sun Moon Lake view from the room. The food are really nice especially the Chinese restaurant - everything tasted really good! I highly recommended to have meal there if you visit Sun Moon Lake. The only downside, they restricted you to wear a swimming cap (if you wanted to go into the swimming pool (even though you will not-wet your hair but just wanted to snap some photos in the pool).. otherwise, we had great time there. The SPA is superb also..

Reviewed September 04, 2017

Did you find this review helpful?  YES | NO

**"The ultimate Sun Moon Lake experience"**

9.3 Exceptional

Kenneth from Taiwan
👪 Family with young children
🏔 Suite Lake View
📅 Stayed 1 night in November 2014

● Best view of the lake, modern zen architecture, service level

Everything is perfect, no complaints at all, and the children would love to come back, it's a bit pricey (around US$600 including additional child with breakfast) but commensurate to the ultimate sun moon lake experience. It's a hotel most Taiwanese people would like to visit, I think the Lalu lived up to its name.

Reviewed November 05, 2014

Did you find this review helpful?  YES | NO

This is a popular property. Don't miss out!

Back to room choices | Dismiss

2/25/2021

The Lalu, Sun Moon Lake Hotel (Nantou) - Deals, Photos & Reviews



Q The Lalu, Sun Moon Lake

Check-in    Check-out    Map    Check-in

2 adults
1 room

SEARCH

Rooms    Facilities    Reviews    Children and extra beds    Map    Check-in

BACK TO TOP ⌂

☐ Family with young children
▦ Suite Lake View
☐ Stayed 1 night in November 2012

The Lalu must be the nicest hotel at Sun Moon Lake. Not only we are facing a good view from the room, the interior of the hotel is nicely decorated too. We had dinner at the Chinese restaurant, & the food & service is 5 start Wished the price is lower.

Reviewed December 01, 2012

Did you find this review helpful? YES | NO

**9.6 Exceptional**

Damiano from Taiwan
⊕ Couple
▦ Suite Courtyard
☐ Stayed 1 night in August 2016

**"Dreamy place"**

Probably the best place to experience Sun Moon Lake. Choose Lalu for: tranquillity / peaceful environment - amazing breakfast buffet - feel the lake belongs to you only

Reviewed November 18, 2016

Did you find this review helpful? YES | NO

**8.7 Excellent**

Lay from Singapore
⊕ Couple
▦ Suite Lake View
☐ Stayed 1 night in December 2014

**"Fabulous view and hotel"**

⊕ Location, great view, best room and balcony

Best in sun moon lake area in terms of location and hotel comfort. Views are fabulous as it's just at the lake. Throw in a nice room with a fabulous balcony! Only suggestion is to change the lounge chairs in the room for a more comfortable sofa. We dined at the Chinese restaurant which is nothing to shout about for the price. This hotel is highly recommended

Reviewed December 26, 2014

Did you find this review helpful? YES | NO

**9.3 Exceptional**

Wal from Hong Kong
⊕ Group
▦ Suite Lake View
☐ Stayed 1 night in December 2012

**"It is just wonderful"**

⊕ Luxury 5-star hotel. Nice Sun Moon Lake view. Very nice service.

The experience is just wonderful. View of Sun Moon Lake is extremely perfect. The bed is comfortable. Hotel staff are very nice and they explained the facilities of the hotel clearly. Room is very large. Overall it's just amazing.

Reviewed January 01, 2013

Did you find this review helpful? YES | NO

This is a popular property. Don't miss out!

Back to room choices | Dismiss

The Lalu, Sun Moon Lake Hotel (Nantou) - Deals, Photos & Reviews

2/25/2021

🔍 The Lalu, Sun Moon Lake

👤 2 adults
1 room

SEARCH

Rooms   Facilities   Reviews   Children and extra beds   Map   Check-in

🖥 Check-in    🛏 Check-out    Check-in

BACK TO TOP ⌃

☐ Couple
🛏 Suite Lake View
📅 Stayed 3 nights in December 2012

Great thanks to all the staff at the Lalu which made our honeymoon stay so memorable. We were not able to book in advance but managed to secure a last minute booking and the staff were able to provide us with an amazing lake view suite with a fireplace and also cake to celebrate! Karen who was at the desk was also extremely resourceful and managed to help me purchase a battery charger + SD card which I left at home in my rush to pack while off duty. Truly the staff went out of their way to make us feel welcome.

Reviewed December 28, 2012.

Did you find this review helpful? YES | NO

**8.3** Excellent

frengky from Indonesia
☐ Couple
🛏 Suite Lake View
📅 Stayed 1 night in March 2014

"good food, good laugh, good sleep"

📍 location, view and surroundings

spacious room, great view, tentative staffs, great foods, would visit Sun Lake Moon again and definitely stay at The Lalu Hotel again.

Reviewed March 20, 2014

Did you find this review helpful? YES | NO

**7.7** Very good

Nyak from Brunei Darussalam
☐ Couple
🛏 Suite Lake View
📅 Stayed 1 night in July 2012

"Fantastic architecture with picture perfect views"

📍 Great design that fit in to the surrounding, spectacular views, friendly service

excellent choice for short romantic escape.  well designed room with the perfect balcony to enjoy the beautiful sun moon lake. nice furnishings include bose sound system.  had dinner at chinese restaurant, nothing spectacular. the breakfast buffet was much better. don't forget to go for a nice scenic walk on the hanningfield trail.

Reviewed July 23, 2012

Did you find this review helpful? YES | NO

This is a popular property. Don't miss out.

Back to room choices | Dismiss

2/25/2021

The Lalu, Sun Moon Lake Hotel (Nantou) - Deals, Photos & Reviews

🔍 The Lalu, Sun Moon Lake

📅 Check-in     📅 Check-out

👥 2 adults
1 room

SEARCH

Rooms   Facilities   Reviews   Children and extra beds   Map   Check-in

BACK TO TOP ⊗

☐ Couple
🛏 Suite Lake View
📅 Stayed 2 nights in June 2014

From the hotel, one can walk up to the stunning view of Sun Moon Lake. The hotel is beautifully designed in most areas, except the Chinese restaurant which looked quite ordinary. But food was tasty. The hotel is within walking distance from the town which has some good local restaurants. The downside of the hotel is that the windows are not sealed completely so the noise of nature (insects, birds) may wake you up before sunrise and mosquitoes are seen in the room.

Reviewed June 14, 2014

Did you find this review helpful? YES | NO

**9.0** Exceptional

Isaac Kwan from Hong Kong
☐ Solo traveler
🛏 Suite Lake View
📅 Stayed 1 night in July 2015

**"Isaac Kwan"**

⊕ 1. Unbeatable view of the lake. 2. Great service. 3. Great Facilities

The Lalu hotel itself is a destination. I only stayed for one night and wish to stay longer. Service is excellent and that's not much I can complain. If really have to say something for improvement it will be there isn't too much choice for food for solo travellers.

Reviewed July 16, 2015

Did you find this review helpful? YES | NO

**7.7** Very good

Tsanwan from Canada
☐ Couple
🛏 Suite Lake View
📅 Stayed 1 night in June 2013

**"Best hotel in sun moon lake"**

⊕ Unique design, quiet, best location

One of the best hotel in sun moon lake, best location to look over lake view. Despite the hotel is older, need maintain, but still one of the best in Taiwan.

Reviewed June 25, 2013

Did you find this review helpful? YES | NO

**10.0** Exceptional

KASITAD From Thailand
☐ Couple
🛏 Lakeside Suite
📅 Stayed 2 nights in November 2016

**"Luxury, Great Service and breathtaking scenery"**

Unstoppanable but only place to stay in Sun Moon Lake

Reviewed November 22, 2016

Did you find this review helpful? YES | NO

This is a insider property. Don't miss out

Back to room choices | Dismiss

12/15

2/25/2021

The Lalu, Sun Moon Lake Hotel (Nantou) - Deals, Photos & Reviews



🔍 The Lalu, Sun Moon Lake          👥 2 adults / 1 room    ▸         SEARCH

Rooms    Facilities    Reviews    Children and extra beds    Map    Check-in

🏢 Check-in    🏢 Check-out    Map    Check-in                          BACK TO TOP ⇑

☐ Family with teens
🏢 Lakeside Suite
☐ Stayed 1 night in April 2016

Reviewed April 06, 2016

Did you find this review helpful? YES | NO

**8.3 Excellent**

Edwin from Singapore
☐ Couple
☐ Stayed 1 night in July 2008

**"Excellent - Lalu Sun Moon Lake"**

✅ View, room, spa and the whole hospitality.

👎 Far from the city.

The hotel premises is huge, with different sections. The reception area has one of the breathtaking views. My room has the lake view. It was spacious, the adjoining toilet/bath was excellent. The balcony overlooks the lake. We tried the spa and its facility was excellent. They have a number of baths ranging from hot to cold. SF was alright, although we didn't have dinner there.

Reviewed December 22, 2008

Did you find this review helpful? YES | NO

**9.6 Exceptional**

Kin from United Kingdom
☐ Family with young children
🏢 Suite Courtyard
☐ Stayed 2 nights in December 2018

**"Exceptionally pretty. Stunning views of lake. Excellent designs throughout the hotel."**

Great infinity pool looking across the lake. In December at least when we stayed there were beautiful views of sunrise and sunset. Excellent breakfast with wide selection and great quality. Expensive, but worth it for at least once. Probably the best hotel I've stayed at.

Reviewed December 23, 2018

Did you find this review helpful? YES | NO

**10.0 Exceptional**

Ting from Singapore
☐ Couple
🏢 Suite Lake View
☐ Stayed 1 night in December 2018

**"The best"**

Friendly staff, great food (Jap restaurant), unbeatable view especially during sunrise. This is the hotel to stay for the view. Choose the correct rooms to enjoy the view though. Lake view room.

Reviewed December 23, 2018

Did you find this review helpful? YES | NO

This is a popular property. Don't miss out.                    Back to room choices | Dismiss

https://www.agoda.com/the-lalu-sun-moon-lake/hotel/nantou-tw.html

13/15



The Lalu, Sun Moon Lake Hotel (Nantou) - Deals, Photos & Reviews

SEARCH

BACK TO TOP

The Lalu, Sun Moon Lake

Check-in    Check-out

Check-in    Check-out

2 adults
1 room

Rooms    Facilities    Reviews    Children and extra beds    Map    Check-in

☐ Couple
☐ Lakeside Suite
☐ Stayed 1 night in February 2017

Reviewed March 01, 2017

Did you find this review helpful?   YES  |  NO

1 | 2 | 3 | 4 | 5

Check in. Step out.
Experiences on Agoda. Because your room is just the beginning.

♦ Exceptional location

⌖ Yuchi Wenwu Temple

⌖ Shueishe Visitor Center Bus Station is within 0.41 km

SHOW EXPERIENCES

The Lalu, Sun Moon Lake
★★★★★ | Excellent 8.9

Map data ©2021 Google

Top destinations

| United States | Malaysia | Thailand | Indonesia |
| Philippines | India | Singapore | United Arab Emirates |

This is a popular property. Don't miss out!

| Help | About us | Destinations | Partner with us | Get the app |
| Help center | PointsMAX | Countries/Territories | YCS partner portal | iOS app |
| FAQs | Careers | Cities | Partner solutions | Android app |
| Privacy policy | Press | | Affiliates | |

Back to room choices  |  Dismiss



















Firefox File Edit View History Bookmarks Tools Window Help
Mon 27 Apr 2:29 PM Lee Kar Yin
27/4/2020 2:28 PM
Agoda | Hotels in Langkawi
https://www.agoda.com/search?asq=NQVGXW6jsE3IbdY9S%2BqUCIKKfSolg
90%
Langkawi
535 choices
9 Sep 2020
Wednesday
10 Sep 2020
Thursday
2 adults
1 room
SEARCH
Filter
Popular
Your budget
Stars
Location
More
What are you looking for?
325 reviews
Price per night as low as
SGD 915
Save more
Langkawi
Malaysia
Bundle deals
Special offers
Free cancellation
The Andaman, a Luxury Collection Resort, Langkawi
Datai Bay Area, Langkawi - Show on map
Excellent location
Breakfast
Free cancellation
Pay later
Recommended by 91% of guests
Excellent
2,341 reviews
8.5
ONLY 5 LEFT
MEGA SALE
Price per night as low as
676
SGD 214
FREE CANCELLATION
See all
Get instant access to cheaper prices just by signing in.
Our Insider Deals can save you up to 30% more!
SIGN IN - IT'S EASY!
Breakfast included
Four Seasons Resort Langkawi, Malaysia
Tanjung Rhu, Langkawi - Show on map
Excellent location
Breakfast
Free cancellation
Pay at the hotel
+1
Lowest price includes
Free cancellation
Free breakfast
Recommended by 95% of guests
Exceptional
325 reviews
9.0
19% OFF TODAY
Price per night as low as
1,127
SGD 915
FREE CANCELLATION
See all

Firefox File Edit View History Bookmarks Tools Window Help 60% U.S. Sat 16 Jan 11:35 AM Lee Kar Yin

HSBC Singapore | Travel | 7% o

**16/1/2021 11:35 AM**

https://cardpromotions.hsbc.com.sg/online/agoda-hnaglobal 67%

HSBC Lunar New Year ENTERTAINER with HSBC Dining Travel & Staycay Online Lifestyle Petrol

home&Away

Apply for a card

Agoda
Extra 7% off hotel bookings worldwide

Additional 7% off hotel bookings worldwide

See more

Until Date 31 December 2021

https://www.agoda.com/hna

https://www.agoda.com/hna

Firefox File Edit View History Bookmarks Tools Window Help
60% U.S. Sat 16 Jan 11:37 AM Lee Kar Yin
HSBC Singapore | Travel | 7%
agoda.com/search?asq=eOWW
16/1/2021 11:36 AM
https://www.agoda.com/search?asq=eOWW7HMLvD5fE%2FYpZk9uCfjJ5q8By
90%
agoda
HSBC
List your place
$
Sign in
Create account
Miami Beach (FL)
568 choices
22 Feb 2021
Monday
23 Feb 2021
Tuesday
2 adults
1 room
SEARCH
Filter
Popular
Your budget
Stars
Location
More
What are you looking for?
SEE MAP VIEW
View a map of Miami Beach (FL)
Hurry! 58% of properties on our site are fully booked!
Rooms in Miami Beach (FL) are in high demand on your selected dates. Reserve yours now before prices go up.
SORT:
BEST MATCH
LOWEST PRICE FIRST
DISTANCE
TOP REVIEWED
SECRET DEALS
These properties were selected just for you.
Private stays
Serviced apartment
Family Friendly
I want free breakfast
Book without credit card
Excellent choice! Book now to secure your room at the lowest guaranteed price.
The Setai, Miami Beach
South Beach, Miami Beach (FL) - View on map
Breakfast
Free cancellation
Promo Eligible
Exceptional
109 reviews
9.1
Total price per night
$846
Select room
See all
Recommended for you in Miami Beach (FL)
Fontainebleau Miami Beach
8.0
Excellent
https://www.agoda.com/the-setai-miami-beach_4/hotel/miami-beach-fl-us.html?finalPriceView=2&isShowMobileA...=false&currencyCode=USD&isFreeOccSearch=false&los=1&searchrequestid=09398d59-f589-4ead-ac55-005921738316

Firefox File Edit View History Bookmarks Tools Window Help
59% U.S. Sat 16 Jan 11:37 AM Lee Kar Yin
HSBC Singapore | Travel | 7%
agoda.com/search?asq=eOWW
16/1/2021 11:36 AM
https://www.agoda.com/search?asq=eOWW7HMLvD5fE%2FYpZk9uCfjJ5q8By
90%
VA 1-432-331
setai127
Property overview
Air conditioning
Mini bar
Nearby Attraction
Collins Avenue 570 m
Holocaust Memorial 780 m
Española Way 1.15 km
Lincoln Road Mall 1.16 km
Dining, drinking and snacking
Coffee/tea maker
Free bottled water
Mini bar
50/60
All (60)
Rooms (12)
Other (48)
View property
https://www.agoda.com/the-setai-miami-beach_4/hotel/miami-beach-fl-us.html?finalPriceView=2&isShowMobileA...=false&currencyCode=USD&isFreeOccSearch=false&los=1&searchrequestid=09398d59-f589-4ead-ac55-005921738316

Firefox File Edit View History Bookmarks Tools Window Help
90% U.S. Sun 3 Nov 11:17 PM Lee Kar Yin
Alaska Airlines Hotels: Hotel d
3/11/2019 11:17 PM
https://www.alaskaair.com/hotels/details?id=234617&region=44198&q
90%
Page Info - https://www.alaskaair.com/hotels/details?id=234617&region=44198&query=Yuchi,%20Yuchi%20Township,%20Nantou%20County,%20Taiwan&latitude=23.896528&longitude=120.938223&c...
General
Media
Permissions
Security
Address
Type
https://res.cloudinary.com/rocketmiles/image/fetch/w_755,h_390,c_fill/https%3A%2F%2Fq-xx.bstatic.com%2Fxdata%2Fimages%2Fhotel%2Fmax500%2F59605253.jpg%253Fk%253D359d... Image
https://res.cloudinary.com/rocketmiles/image/fetch/w_755,h_390,c_fill/https%3A%2F%2Fq-xx.bstatic.com%2Fxdata%2Fimages%2Fhotel%2Fmax500%2F7884334.jpg%253Fk%253Dc5f5da... Image
https://res.cloudinary.com/rocketmiles/image/fetch/w_755,h_390,c_fill/https%3A%2F%2Fq-xx.bstatic.com%2Fxdata%2Fimages%2Fhotel%2Fmax500%2F59605151.jpg%253Fk%253De6ba3... Image
https://res.cloudinary.com/rocketmiles/image/fetch/w_755,h_390,c_fill/https%3A%2F%2Fq-xx.bstatic.com%2Fxdata%2Fimages%2Fhotel%2Fmax500%2F31614852.jpg%253Fk%253D7a524... Background
Location: https://res.cloudinary.com/rocketmiles/image/fetch/w_755,h_390,c_fill/https%3A%2F%2Fq-xx.bstatic.com%2Fxdata%2Fimages%2Fhotel%2Fmax500%2F59605151.jpg%253Fk%253De6ba39896a7e9a6a402eec073032
Type: JPEG Image
Size: 63.41 KB (64,929 bytes)
Dimensions: 755px × 390px
Block Images from res.cloudinary.com
Media Preview:
Select All
Save As...

Firefox File Edit View History Bookmarks Tools Window Help
54% U.S. Mon 27 Apr 3:54 PM Lee Kar Yin
27/4/2020 3:53 PM
Booking.com: Hotels in Cavelo
The Leela Goa, Cavelossim – U
https://www.booking.com/hotel/in/the-leela-goa.en-gb.html?label=gen173nr-
67%
Booking.com
List your property
Register
Sign in
Stays
Flights
Car rentals
Attractions
Airport taxis
We understand your travel plans may be affected by Coronavirus (COVID-19). Please check for travel restrictions before booking and travelling to an accommodation. Travel may be permitted only for certain purposes and in particular, touristic travel may not be allowed. For existing bookings, Contact the property you've booked or visit our Help Centre for support changing your reservation.
Info & prices
Facilities
House rules
The fine print
Reserve
We Price Match
The Leela Goa
Great for two travellers
Beachfront · Private beach
Airport shuttle
Reserve
Search
Cavelossim
Wednesday 9 September
Thursday 10 September
2 adults
No children
1 room
Search
Show on map
https://q-ak.bstatic.com/images/hotel/max400/342/34261089.jpg
nearby

Firefox  File  Edit  View  History  Bookmarks  Tools  Window  Help

Goa Hotels: 08/08 - 08/09 | P... ×    The Leela Goa - Priceline.com    ×    +

← → C ⟳    🛡 🔒 https://www.priceline.com/relax/at/22677606/from/20200808/to/20200809/rooms/1?pclnid=868EB50C0C37B721DF53CF75584ADCBB1020957DCA812B2B02554EAA6A9E7F77F43B730F9...

Page Info - https://www.priceline.com/relax/at/22677606/from/20200808/to/20200809/rooms/1?pclnid=868EB50C0C37B721DF53CF75584ADCBB1020957DCA812B2B02554EAA6A9E7F77F43B730F9...

General  Media  Permissions  Security

| Address | Type |
|---|---|
| https://q-xx.bstatic.com/xdata/images/hotel/max500/34261022.jpg?k=69397771345e881a3e3ddd85fe5ae2216743a51cb9266520781076931ba26a36931&o= | Image |
| https://q-xx.bstatic.com/xdata/images/hotel/max500/34261043.jpg?k=18a147a0e6c3a46811aadbaf76efbf0327940f4c5257a5966647ee566996d42093&o= | Image |
| https://q-xx.bstatic.com/xdata/images/hotel/max500/34261021.jpg?k=ab5f4eaff20a2aa7f4cde66419430370a70211f43f818919f2b1a8cbdd4d4c5668o= | Image |
| https://pix6.agoda.net/hotel/images/437/43797/43797/181203172100708067B.jpg?s=800x | Image |
| https://q-xx.bstatic.com/xdata/images/hotel/max500/85996407.jpg?k=a771a0c2b2f6a8a67a793856ac74a06a63c40d716d9e9f43693a1cb7ad0e6318o= | Image |
| https://q-xx.bstatic.com/xdata/images/hotel/max500/14197413?.jpg?k=fda72a690d1981c84a29a2122a51ec2b9db2029ecfbd6f712395d88a0754cd1e9&o= | Image |
| https://q-xx.bstatic.com/xdata/images/hotel/max500/34261087.jpg?k=a764455ea93b5b71e8daf8cef2d2f92c8028845a7bcfd1e6ad9a28a50a9e634608o= | Image |

Location:  https://q-xx.bstatic.com/xdata/images/hotel/max500/34261021.jpg?k=ab5f4eaff20a2aa7f4cde66419430370a70211f43f818919f2b1a8cbdd4d4c5668o=
Type:      JPEG Image
Size:      22.66 KB (23,206 bytes)
Dimensions: 500px × 332px (scaled to 359px × 241px)
Associated Text:  Image #6

Select All    Save As...





Firefox File Edit View History Bookmarks Tools Window Help — U.S. Tue 9 Jun 10:43 PM

Goa Hotels: 08/08 - 08/09 | Pr — The Leela Goa - Priceline.com

**9/6/2020 10:43 PM**

https://www.priceline.com/relax/at/22677606/from/20200808/to/20200809/rooms/1?pclnIc

Page Info – https://www.priceline.com/relax/at/22677606/from/20200808/to/20200809/rooms/1?pclnId=868EB50CC37B721DF53CF75584ADCBB10209571DCA812B2B02554EAA6A9E7F77F43B730F9...

General | Media | Permissions | Security

| Address | Type |
|---|---|
| data:image/svg+xml,%3Csvg%20xmlns%3D%22http%3A%2F%2Fwww.w3.org%2F2000%2Fsvg%22%20width%3D%2224px%22%20height%3D%2224px%22%20viewBox%3D%220%200%... | Image |
| https://pix6.agoda.net/hotelImages/437/43797/43797_16060407000043133259.jpg?s=1024x768 | Image |
| https://pix6.agoda.net/hotelImages/437/43797/43797_15083118440035453195.jpg?s=1024x768 | Image |
| https://pix6.agoda.net/hotelImages/43797/0/0e0cc392a4d5c2f586a026bf93c1a1bb.jpg?s=1024x768 | Image |

Location: https://pix6.agoda.net/hotelImages/437/43797/43797_15083118440035453195.jpg?s=1024x768
Type: JPEG Image
Size: 50.16 KB (51,359 bytes)
Dimensions: 1,024px × 768px (scaled to 1,112px × 524px)

Select All | Save As...

Firefox File Edit View History Bookmarks Tools Window Help 55% U.S. Sun 23 Jun 7:32 PM Lee Kar Yin

Southwest Airlines: Resort The

23/6/2019 7:32 PM

Southwest Airlines Co. (US) | https://www.southwesthotels.com/hotel/ 80%

Southwest | In partnership with Booking.com

S$ Singaporean Dollar | English (US)

FLIGHT | HOTEL | CAR SPECIAL OFFERS RAPID REWARDS® MANAGE MY BOOKING

Home > USA > Florida > Miami Beach Hotels > The Setai, Miami Beach (Resort) (USA) Deals

Reserve

We Price Match

Search

Destination/Property Name:

Miami Beach

Check-in Date

7 Sunday, July 7, 2019

Check-out Date

8 Monday, July 8, 2019

1-night stay

1 adult

No children | 1 room

☐ I'm traveling for work

Search

319 people are currently looking for a place in Miami Beach

Info & prices | Facilities | House Rules | Guest Reviews (125)

Resort **The Setai, Miami Beach** ★★★★★

2001 Collins Avenue, Miami Beach, FL 33139, United States of America – Excellent location – show map

Reserve

VA 1-432-331
setai127

Gallery image of this property

E... Service at The Setai, Miami Beach

Guests love

https://q-cf.bstatic.com/images/hotel/max400/770/77017125.jpg



Firefox File Edit View History Bookmarks Tools Window Help 55% U.S. Sun 23 Jun 7:32 PM Lee Kar Yin

23/6/2019 7:32 PM

Southwest Airlines: Resort The

Southwest Airlines Co. (US) | https://www.southwesthotels.com/hotel/ 80%

The Setai, Miami Beach Reserve now

Close

VA 1-432-331
setai127

39 / 43

https://q-cf.bstatic.com/images/hotel/max1024x768/770/77017125.jpg

**The Setai, Miami Beach**

★★★★★

9.0 Wonderful
125 reviews

9.4 Excellent location!

What guests loved the most:

"Sheets were like a dove's wing: soft and smooth. Zen like mood. Decor perfect and lux. Poolside elegance with impeccable service! Cocktails especially nice! Felt transported to Thailand or Singapore. "

Nondita United States of America

"The service is the best I have ever experienced. The hotel is beautiful, the location on Miami beach is perfect and the vibe is excellent"

Keith United States of America

"This place lives up to its 5 star rating. I would compare this hotel to luxury hotels you find in Asia. The service is top notch from the moment you enter. "

Divya United States of America

"Location great. We didn't have breakfast, no one mentioned it. I probably missed it in the writing on my reservation somewhere. Jaya

Firefox  File  Edit  View  History  Bookmarks  Tools  Window  Help

Page Info - https://www.southwesthotels.com/hotel/us/the-setai-south-beach.en-us.html?aid=961823;label=SWA-SB-HP-CLICK;sid=b29234816d227e9fb0e1ddb9d351e2d0;all_sr_blocks=18070704_88...

General  Media  Permissions  Security

Address

| | Type |
|---|---|
| https://r-cf.bstatic.com/static/img/flags/flags.12px_d3/437a96939c64591af902e1a9331fdb483f81a1594.png | Background |
| https://r-cf.bstatic.com/static/img/cta_material/map_cta_pin_small_sprite/282fe351577daee951a53d531f1a065e7a5d04.png | Background |
| https://q-cf.bstatic.com/images/hotel/max1280x900/770/77017125.jpg | Image |
| https://q-cf.bstatic.com/images/hotel/max200/122/122647438.jpg | Image |

Location:     https://q-cf.bstatic.com/images/hotel/max1280x900/770/77017125.jpg
Type:         JPEG Image
Size:         87,84 KB (89,946 bytes)
Dimensions:   1,280px × 852px (scaled to 969px × 645px)
Associated Text:   Gallery image of this property

☐ Block images from q-cf.bstatic.com

Media Preview:

Firefox File Edit View History Bookmarks Tools Window Help
45% U.S. Wed 27 Jan 3:03 PM Lee Kar Yin
The Lalu, Sun Moon Lake, 2/22
27/1/2021 3:03 PM
https://www.momondo.com/hotel-search/The-Lalu,Sun-Moon-Lake,Nantou-City,Taiwan-c46
momondo
Flights
Stays
Car Rental
Packages
Explore
More
Trips
1 room, 2 guests
The Lalu, Sun Moon Lake – Nantou City, Taiwan
Mon 2/22
Tue 2/23
Search
Go to map
Sign in to unlock savings with Private Deals.
Log in
176 of 270 properties
Sorted by Recommended
Price Alerts
Track prices
Star class
0+
2
3
4
5
Review score
0+
6+
7+
8+
9+
Price
The Lalu, Sun Moon Lake
9.0
Excellent
108 reviews
VA 1-432-324
lalu016
Call
+886 492 855 311
WHAT TRAVELERS HAD TO SAY...
"The views were truly amazing from every angle! (We were very lucky with the weather too...so the lake colours were spectacular.) Staf..." by Anonymous
Open to alternatives? We recommend these nearby hotels:
Nantou City – Hotels up to
hands-free help
with the Google Assistan
Compare vs. momondo
Booking.com
Compa
COMPARE ALL



