**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
Attorney: Browne George Ross O'Brien Annaguey & Ellis LLP
Address: 5 Penn Plaza - 24th Floor New York, NY 10001

Job #: 1451027

THE WAVE STUDIO, LLC,

*Plaintiff*

vs

BOOKING HOLDINGS INC.; et al.,

*Defendant*

Civil Action #: 1:21-cv-02691-LLS
Client's File No.:
Court Date:
Court Time:

Date Filed: 03/29/2021

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF ALBANY, SS.:

**James Boland**, being sworn says:
Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On 04/13/2021, at 2:30 PM at: 80 STATE STREET, ALBANY, NY 12207 Deponent served Summons in a Civil Action to Booking Holdings Inc.; Complaint with Exhibits 1-3; Civil Cover Sheet (ECF No. 21); Related Case Statement; Form AO 120 Report on the Filing or Determination of an Action Regarding a Copyright (ECF No. 5); The Wave Studio, LLC Rule 7.1 Statement (ECF No. 20); U.S.D.C. S.D.N.Y. Electronic Case Filing Rules & Instructions, February 1, 2021 Edition; Individual Practices of Judge Louis L. Stanton, Revised 5/7/2020; Individual Practices of Magistrate Judge Stewart D. Aaron, Revised July 6, 2020; and Emergency Individual Practices of Magistrate Judge Stewart D. Aaron in Light of Covid-19.

On: **BOOKING HOLDINGS INC. c/o CORPORATION SERVICE COMPANY**, therein named.

Said documents were conformed with index number and date of filing endorsed thereon.

☒ **#1 Corporation or Partnership or Trust or LLC or Agency or P.C. or Banking Institution or Insurance Company/ Agency**
By delivering thereat a true copy of each to JUDY CARKNER personally. Deponent knew said entity to be the corporation/partnership /trust /LLC/ agency/ P.C. /banking institution / insurance company/ agency described in said aforementioned document as said defendant and knew said individual to be Litigation Management Specialist thereof, authorized to accept on behalf.

☒ **#2 DESCRIPTION**
Sex: Female      Color of skin: White        Color of hair: Gray    Glasses: Yes
Age: 51 - 65 Yrs.  Height: 5ft 4inch - 5ft 8inch       Weight: 131-160 Lbs.     Other Features:

☐ **#3 WITNESS FEES**
Subpoena Fee Tendered in the amount of $

☐ **#4 OTHER**

Sworn to before me on 4/15/21

PATRICIA A. BURKE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BU4922372
Qualified in Albany County
My Commission Expires February 28,

James Boland
DCA License#

*Court Support, Inc., 181 Hillside Avenue, Williston Park, NY 11596 License #1382542*