Browne George Ross O'Brien Annaguey & Ellis LLP 5 Penn Plaza - 24th Floor New York, NY 10001

# AFFIDAVIT OF SERVICE

Client's File No.: _____
Civil Action #: 1:21-cv-02691-LLS
Date Filed: March 29, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE WAVE STUDIO, LLC,

*Plaintiff*

vs

BOOKING HOLDINGS INC.; et al.,

*Defendant*

STATE OF DELAWARE COUNTY OF NEW CASTLE SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Delaware

That on the following date: __April 14, 2021__, at the following time: __3:30 PM__,

at __251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808__ deponent served the within

Summons in a Civil Action to Rocket Travel, Inc.; Complaint with Exhibits 1-3; Civil Cover Sheet (ECF No. 21); Related Case Statement; Form AO 120 Report on the Filing or Determination of an Action Regarding a Copyright (ECF No. 5); The Wave Studio, LLC Rule 7.1 Statement (ECF No. 20); U.S.D.C. S.D.N.Y. Electronic Case Filing Rules & Instructions, February 1, 2021 Edition; Individual Practices of Judge Louis L. Stanton, Revised 5/7/2020; Individual Practices of Magistrate Judge Stewart D. Aaron, Revised July 6, 2020; and Emergency Individual Practices of Magistrate Judge Stewart D. Aaron in Light of Covid-19.

[X] Papers so served were properly endorsed with the Civil Action # and date of filing.

Upon: ROCKET TRAVEL, INC. c/o CORPORATION SERVICE COMPANY

[ ] **Individual** — By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described

[ ] **Responsible Person** — By delivering to and leaving with _____, _____ Relationship
a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's
[ ] dwelling place  [ ] place of business/employment  [ ] last known address within the State.  [ ] usual place of abode

[ ] **Mail** — A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U. S. P. S. and mailed First Class mail to the above address on _____

[X] **Corporation LLC / LLP** — By delivering to and leaving with __LYNANNE GARES__ said individual to be __Litigation Management Services Leader__ who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

[ ] **Affixing To Door** — By affixing a true copy thereof to the door, being the defendant/respondent's [ ] dwelling place  [ ] place of business/employment
[ ] last known address within the State. [ ] usual place of abode

[ ] **Previous Attempts** — Deponent previously attempted to serve the above named defendant/respondent on:

**Description of Recipient**
Sex: Female    Color of skin: White    Color of hair: Brown    Age: 26 - 35 Yrs.    Height: 5ft 4inch - 5ft 8inch
Weight: 131-160 Lbs.    Other Features: _____

[ ] **WITNESS FEES** — Subpoena Fee Tendered in the amount of $ _____

[ ] **MILITARY SERVICE** — I asked the person spoken to whether defendant was in active military service of the United States in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[ ] **Other**

Sworn to before me on __April 14, 2021__

[signature]

PROCESS SERVER - PRINT NAME BELOW SIGNATURE
Danielle Stevens
PROCESS SERVER LICENSE # No #'s in DE
4/14/2021

Work Order # 1451030

KIMBERLY J. RYAN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires March 31, 2024