UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE WAVE STUDIO, LLC,<br><br>   Plaintiff,<br><br>  v.<br><br>BOOKING HOLDINGS INC.; AGODA COMPANY PTE. LTD.; AGIP LLC; BOOKING.COM B.V.; BOOKING.COM (USA) INC.; ROCKET TRAVEL, INC.; and MOMONDO A/S,<br><br>   Defendants. | Case No. 1:21-cv-02691-LLS |

## APPEARANCE OF COUNSEL

To:  The Clerk of Court and all parties of record:

 I am admitted or otherwise authorized to practice in this Court, and I appear in the above-captioned case as counsel for Defendants Booking Holdings Inc.; Agoda Company (Pte. Ltd.); AGIP LLC; Booking.com B.V.; Booking.com (USA) Inc.; Rocket Travel, Inc.; and Momondo A/S.

             Respectfully submitted,

             FISH & RICHARDSON P.C.

Dated: May 3, 2021     By:  */s/ Kristen McCallion*
             Kristen McCallion (KM5593)
             mccallion@fr.com
             7 Times Square, 20th Floor
             New York, NY 10036
             Telephone: (212) 765-5070
             Facsimile: (212) 258-2291

             *Attorney for Defendants*
             Booking Holdings Inc.; Agoda Company Pte. Ltd.; AGIP LLC; Booking.com B.V.; Booking.com (USA) Inc.; Rocket Travel, Inc.; and Momondo A/S

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 3, 2021, a true and correct copy of the foregoing document has been served on counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Kristen McCallion*
Kristen McCallion