UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE WAVE STUDIO, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>BOOKING HOLDINGS INC.; AGODA COMPANY PTE. LTD.; AGIP LLC; BOOKING.COM B.V.; BOOKING.COM (USA) INC.; ROCKET TRAVEL, INC.; and MOMONDO A/S,<br><br>        Defendants. | Case No. 1:21-cv-02691-LLS |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in the above-captioned case as counsel for Defendants Booking Holdings Inc.; Agoda Company (Pte. Ltd.); AGIP LLC; Booking.com B.V.; Booking.com (USA) Inc.; Rocket Travel, Inc.; and Momondo A/S.

Dated: May 3, 2021

Respectfully submitted,

FISH & RICHARDSON P.C.

By: /s/ Vivian Cheng
Vivian Cheng (VC6321)
cheng@fr.com
7 Times Square, 20th Floor
New York, NY 10036
Telephone: (212) 765-5070
Facsimile: (212) 258-2291

*Attorney for Defendants*
Booking Holdings Inc.; Agoda Company Pte. Ltd.; AGIP LLC; Booking.com B.V.; Booking.com (USA) Inc.; Rocket Travel, Inc.; and Momondo A/S

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 3, 2021, a true and correct copy of the foregoing document has been served on counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Vivian Cheng*
Vivian Cheng