AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| THE WAVE STUDIO, LLC ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 7:21-cv-02691-CS |
| BOOKING HOLDINGS INC., et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants BOOKING HOLDINGS INC.; AGODA COMPANY PTE LTD; AGIP LLC; BOOKING.COM BV; BOOKING.COM (USA) INC.; ROCKET TRAVEL, INC., and MOMONDO A/S

Date: December 12, 2022

/s/ Carla B. Oakley
*Attorney's signature*

Carla B. Oakley
*Printed name and bar number*

MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
*Address*

carla.oakley@morganlewis.com
*E-mail address*

(415) 442-1301
*Telephone number*

(415) 442-1001
*FAX number*