# ELLIS GEORGE CIPOLLONE
ELLIS GEORGE CIPOLLONE O'BRIEN ANNAGUEY LLP

Carnegie Hall Tower
152 West 57th Street, 28th Floor
New York, NY 10019

Brett D. Katz
212.413.2604
bkatz@egcfirm.com

December 15, 2022

**BY CM/ECF**

Honorable Cathy Seibel, U.S.D.J.
United States District Court
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

*Application granted. The Clerk of Court is respectfully directed to terminate counsel as set forth below.*

SO ORDERED.

*Cathy Seibel*   12/15/22
CATHY SEIBEL, U.S.D.J.

Re:   *The Wave Studio, LLC v. General Hotel Management, Ltd.*, No. 7:13-cv-09239 (CS) and related cases:
*The Wave Studio, LLC v. American Express Company*, No. 7:15-cv-03420 (CS)
*The Wave Studio, LLC v. Amadeus North America, Inc.*, No. 7:15-cv-06995 (CS)
*The Wave Studio, LLC v. AOL Inc.*, No. 7:15-cv-05962 (CS)
*The Wave Studio, LLC v. Booking Holdings Inc.*, No. 7:21-cv-02691 (CS)
*The Wave Studio, LLC v. British Airways PLC*, No. 7:15-cv-07950 (CS)
*The Wave Studio, LLC v. Groupon, Inc.*, No. 7:17-cv-03589 (CS)
*The Wave Studio, LLC v. United Airlines, Inc.*, No. 7:15-cv-05392 (CS)
*The Wave Studio, LLC v. Virgin America Inc.*, No. 7:15-cv-05960 (CS)
*The Wave Studio, LLC v. Visa, Inc.*, No. 7:15-cv-04953 (CS)

Dear Judge Seibel:

This firm no longer represents The Wave Studio, LLC, the Plaintiff in each of the above cases, which is now represented by Vijay K. Toke of Rimon P.C. who has already appeared in these cases.

We respectfully request, therefore, that our appearances be withdrawn from these cases as listed below, the withdrawals noted on the dockets, and our names removed from the ECF distribution lists:

1.   *The Wave Studio, LLC v. General Hotel Management, Ltd.*, No. 7:13-cv-09239 (CS): Keith J. Wesley, Lori Sambol Brody, Brett David Katz, Richard A. Schwartz[1];

---

[1]   Mr. Schwartz is no longer with our firm.

ELLIS GEORGE CIPOLLONE
O'BRIEN ANNAGUEY LLP

Honorable Cathy Seibel, U.S.D.J.
December 15, 2022
Page 2

2. *The Wave Studio, LLC v. American Express Company*, No. 7:15-cv-03420 (CS): Brett David Katz;

3. *The Wave Studio, LLC v. Amadeus North America, Inc.*, No. 7:15-cv-06995 (CS): Brett David Katz;

4. *The Wave Studio, LLC v. AOL Inc.*, No. 7:15-cv-05962 (CS): Brett David Katz;

5. *The Wave Studio, LLC v. Booking Holdings Inc.*, No. 7:21-cv-02691 (CS): Lori Sambol Brody, Brett David Katz, Richard A. Schwartz;

6. *The Wave Studio, LLC v. British Airways PLC*, No. 7:15-cv-07950 (CS): Brett David Katz;

7. *The Wave Studio, LLC v. Groupon, Inc.*, No. 7:17-cv-03589 (CS): Brett David Katz;

8. *The Wave Studio, LLC v. United Airlines, Inc.*, No. 7:15-cv-05392 (CS): Brett David Katz;

9. *The Wave Studio, LLC v. Virgin America Inc.*, No. 7:15-cv-05960 (CS): Brett David Katz; and

10. *The Wave Studio, LLC v. Visa, Inc.*, No. 7:15-cv-04953 (CS): Brett David Katz.

Thank you for your attention to this matter.

Respectfully submitted,

s/Brett D. Katz
Brett D. Katz

BDK/eis

cc: All counsel of record (by CM/ECF)

2147906.1