

FISH & RICHARDSON

The Clerk of Court is respectfully directed to
terminate Ms. McCallion and Ms. Cheng as counsel
for Southwest, Priceline.com, Booking.com B.V.,
Booking.com (USA) Inc., Booking Holdings,
Agoda, AGIP, Rocket Travel and Momondo in
the below-captioned cases.

Fish & Richardson P.C.
7 Times Square
20th Floor
New York, NY 10036

212 765 5070 main
212 258 2291 fax

<u>VIA ECF</u>

December 16, 2022

Honorable Cathy Seibel
United States District Court
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

SO ORDERED.

*Cathy Seibel*

CATHY SEIBEL, U.S.D.J.

12/16/22

**Kristen McCallion**
Principal
McCallion@fr.com
212 641 2261  direct

Re:     *The Wave Studio, LLC v. Citibank N.A. et al*, **No. 7:22-cv-05141-CS**
        *The Wave Studio, LLC v. Amadeus North America, Inc. et al.*, **No. 15-cv-06995**
        *The Wave Studio, LLC v. Booking Holdings Inc. et al.*, **No. 21-cv-02691**

Dear Judge Seibel:

        We write pursuant to paragraph 1.A of Your Honor's Individual Practices and Local Civil
Rule 1.4 to request an order permitting Fish & Richardson P.C. ("Fish") to withdraw its attorneys,
Kristen McCallion and Vivian Cheng, as counsel for Defendant Southwest Airlines Co.
("Southwest"), Defendant Priceline.com LLC ("Priceline.com"), Defendant Booking.com B.V.,
Defendant Booking.com (USA) Inc., Defendant Booking Holdings Inc. ("Booking Holdings"),
Defendant Agoda Company Pte. Ltd. ("Agoda"), Defendant AGIP LLC ("AGIP"), Defendant
Rocket Travel, Inc. ("Rocket Travel"), and Defendant Momondo A/S ("Momondo") in the above-
captioned actions.  Fish no longer represents Southwest, Priceline.com, Booking.com B.V.,
Booking.com (USA) Inc., Booking Holdings, Agoda, AGIP, Rocket Travel, or Momondo in these
actions and replacement counsel from the law firm of Morgan Lewis & Bockius LLP have
appeared for Southwest, Priceline.com, Booking.com B.V., Booking.com (USA) Inc., Booking
Holdings, Agoda, AGIP, Rocket Travel, and Momondo.  We therefore respectfully request that
the attorneys from Fish be permitted to withdraw as counsel for Southwest, Priceline.com,
Booking.com B.V., Booking.com (USA) Inc., Booking Holdings, Agoda, AGIP, Rocket Travel,
and Momondo and that Your Honor direct the Clerk of Court to remove Kristen McCallion and
Vivian Cheng from the CM/ECF distribution list for the above-captioned actions as well as in the
lead consolidated action, *The Wave Studio v. General Hotel Management*, No. 7:13-cv-09239-CS.

        These actions are stayed pending the determination of a separate lawsuit between The
Wave Studio, LLC and General Hotel Management Ltd. in Singapore.  No. 7:22-cv-05141-CS,
Dkt. 40; No. 15-cv-06995, Dkt. 55; No. 21-cv-02691, Dkt. 38.  As such, Fish's withdrawal will
not affect the case schedule.  Fish is not asserting a retaining or charging lien in these actions.

        We thank the Court for its attention to this matter.

fr.com



December 16, 2022
Honorable Cathy Seibel

Respectfully submitted,

 */s/ Kristen McCallion*
  Kristen McCallion


cc:     All counsel of record (via ECF)
         Southwest Airlines Co. (via e-mail)
         Priceline.com LLC (via e-mail)
         Booking.com B.V. (via e-mail)
         Booking.com (USA) Inc. (via e-mail)
         Booking Holdings Inc. (via e-mail)
         Agoda Company Pte. Ltd. (via e-mail)
         AGIP LLC (via e-mail)
         Rocket Travel, Inc. (via e-mail)
         Momondo A/S (via e-mail)