# Morgan Lewis

**Carla B. Oakley**
Partner
+1.415.442.1301
carla.oakley@morganlewis.com

December 6, 2024

**VIA E-MAIL (CHAMBERSNYSDSEIBEL@NYSD.USCOURTS.GOV)**

The Honorable Cathy Seibel
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St., Courtroom 621
White Plains, NY 10601-4150

Re: *The Wave Studio, LLC v. Priceline.com LLC,* Case No. 7:15-cv-06995
*The Wave Studio, LLC v. Hotels Combined LLC,* Case No. 7:15-cv-07950
*The Wave Studio, LLC v. Booking Holdings Inc.,* Case No. 7:21-cv-02691
*The Wave Studio, LLC v. Southwest Airlines Co.,* Case No. 7:22-cv-05141

Request for Oral Argument on The Booking Holdings Defendants' Motion to Dismiss

Dear Judge Seibel:

I write on behalf of the following Defendants in the above-captioned matters: Booking Holdings Inc., Agoda Company Pte. Ltd., AGIP LLC, Booking.com BV, Booking.com (USA) Inc., Rocket Travel, Inc., Momondo A/S, Priceline.com LLC, Hotels Combined LLC, and Southwest Airlines Co. (the "Moving Defendants").

Pursuant to Rule 2.D of Your Honor's Individual Rules of Practice, the Moving Defendants respectfully request that the Court hear oral argument on their Motion to Dismiss, served and submitted to Your Honor today pursuant to Magistrate Judge Reznik's order. The Moving Defendants believe that oral argument will aid the Court in deciding the issues presented in the Motion.

Respectfully Submitted,

*/s/ Carla B. Oakley*
Carla B. Oakley

c: Plaintiff's Counsel

Morgan, Lewis & Bockius LLP

One Market
Spear Street Tower
San Francisco, CA  94105-1596        T +1.415.442.1000
United States                                         F +1.415.442.1001